**Guttilla & Murphy, PC**
Firm No. 00133300
Ryan W. Anderson (No. 020974)
4150 West Northern Ave.
Phoenix, Arizona  85051
(623) 937-2795
randerson@gamlaw.com

Attorneys for the Receiver

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence J. Warfield, Receiver,<br><br>        Plaintiff,<br><br>v.<br><br>Michael Alaniz, et al.<br><br>        Defendants. | Cause No. CV 03-2390 PHX JAT<br><br>STIPULATED JUDGMENT AGAINST<br>JON BELL |

Plaintiff, Lawrence J. Warfield and Defendant, Jon Bell, hereby stipulate and agree to the following terms of stipulated judgment against Defendant John Bell.

It is stipulated and agreed that Plaintiff shall have judgment against Defendant Jon Bell in the amount of $17,750.00.

Respectfully submitted this 20ᵗʰ day of September, 2005.

_____
Jon Bell – Defendant

GUTTILLA & MURPHY, PC

_____
Ryan W. Anderson
Attorneys for the Receiver

0758-011(42346)