IN THE UNITED STATES COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lawrence J. Warfield, Receiver, | ) | |
| | ) | Cause No. CV 03-2390 PHX JAT |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AGAINST JON BELL |
| | ) | |
| | ) | |
| Michael Alaniz, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the stipulation filed by the Plaintiff and Defendant Jon Bell (Docket

No. 400), and there being no just reason for delay pursuant to Rule 54(b),

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall have

judgment against Defendant Jon Bell in the amount of $17,750.00.

DATED this 6th day of October, 2005.

James A. Teilborg
United States District Judge