**Guttilla & Murphy, PC**
**Firm No. 00133300**
**Ryan W. Anderson (No. 020974)**
**4150 West Northern Ave.**
**Phoenix, Arizona  85051**
**(623) 937-2795**
**randerson@gamlaw.com**

Attorneys for the Receiver

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence J. Warfield, Receiver,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>Michael Alaniz, et al.<br><br>　　　　Defendants. | Cause No. CV 03-2390 PHX JAT<br><br>MOTION TO DISMISS DEFENDANT<br>JON BELL |

Plaintiff Lawrence J. Warfield, by and through counsel undersigned, hereby requests this Court to dismiss Defendant Jon Bell.  Defendant Jon Bell has executed a Stipulated Judgment in favor of the Plaintiff in the amount of $17,750.00 which was filed with this Court on September 26, 2005 (Docket No. 400) and the Court has entered its Judgment Against Jon Bell (Docket No. 411).

Wherefore, the Plaintiff requests that Defendant Jon Bell be dismissed from the above-captioned litigation and removed from the Master Service List.

**Guttilla & Murphy, PC**
4150 West Northern Ave
Phoenix, Arizona 85051
(623) 937-2795

Guttilla & Murphy, PC
4150 West Northern Ave
Phoenix, Arizona 85051
(623) 937-2795

Respectfully submitted this 12th day of October, 2005.

GUTTILLA & MURPHY, PC

s/Ryan W. Anderson
Ryan W. Anderson
Attorneys for the Receiver

**PROOF OF SERVICE**

This is to certify that a true copy of the foregoing Motion has been filed electronically with the Court and that the persons on service list designated as "CM/ECF Registered" will be served with same by the Court's CM/ECF system; that a proposed Order has been e-mailed to the assigned Judge with copies to all persons on the attached service list designated as "CM/ECF Registered"; and that the other persons on the service list have been served with a copy of the Motion and proposed Order by first class mail this 12th day of October, 2005.

s/Ryan W. Anderson
Ryan W. Anderson

Burton M. Bentley
CM/ECF Registered
bmb@burtonbentley.com
Attorney for Defendants Leonard and Elizabeth Bestgen, Robert Carroll,Rudy and Mary Crosswell, David Cutshall, Charles Davis,Richard Derk, Orville Fraiser, Ronald Kerher, Dwight Lankford, John and Candes Rada, Paul Richards, Fera Shivaee, Patrick and Andrea Wehrly and Donald Muchmore

Brad A. Denton
Robert Payne
Gunderson, Denton & Proffitt, P.C.
CM/ECF Registered
Brad@GundersonDenton.com
Robert@GundersonDenton.com
Attorneys for Michael and Ann McLaughlin

2

Albert P. Massey
Lentz, Cantor & Massey
CM/ECF Registered
massey@lentzlaw.com
Attorneys for Richard Wilson

Gregory Shebest
CM/ECF Registered
gregs@americanfamilylegal.com
Attorney for Heritage Marketing

Martin D. Koczanowicz
Larry Alvin Donaldson
Koczanowicz & Donaldson
CM/ECF Registered
office@yosemitelaw.com
Attorneys for Ron Tucker

David L. Kagel
John Torbett
CM/ECF Registered
dkagel@earthlink.net
jt007@dslextreme.com
Attorneys for Paul Pichie

Jon Bell
2420 Grand Avenue, Suite C-2
Vista, CA 92081
Defendant Pro Se

Steve A. Bryant
Steve Bryant & Associates
3618 Mt. Vernon Street, Suite A
Houston, TX 77006
Attorneys for Dwight Lankford

Robert Tretiak
4615 N. Ft. Apache Road
Las Vegas, NV 89129
Defendant Pro Se

Ren Bidwell
3430 Pacific Ave SE
Olympia, WA 98501
Defendant Pro Se

David Knutson
First Financial Center, Ltd.
119 Third  Street, N.E. #333
Cedar Rapids, IA 52401

David Tigges
First Financial Center, Ltd.
119 Third Street, N.E. #333
Cedar Rapids, IA 52401

Bruce F. Walters
2606 - C.W. Roosevelt Blvd.
Monrow, NC 28110
Defendant Pro Per

0758-011(44224)

Guttilla & Murphy, PC
4150 West Northern Ave
Phoenix, Arizona 85051
(623) 937-2795

3