MAR 3 1 1999

# CHARITABLE GIFT ANNUITY CLIENT INFORMATION

# 20695



**MID-AMERICA FOUNDATION**

STRENGTH & CONFIDENCE THROUGH EXPERIENCE

# CONFIDENTIAL

The information in this document is personal and confidential

*8630 E. Via de Ventura, Suite 100*
*Scottsdale, AZ 85258*
*Tel: (800) 535-7722  Fax: (602) 483-2063*
*website: www.mid-americacompanies.com*
*e-mail address: mkt@mid-americatrust.com*

Exhibit 91

MAF001808

| HOME OFFICE USE ONLY | |
| --- | --- |
| Date Received: 3/31/99 | Menius    Leonard C. |
| | Client's Last Name    First Name    M.I. |
| | 409-639-3835 |
| | Client's Phone No. # |
| Gift Amount: $263,290.00 | Dwight Bankford |
| | Associate's Name    Associate's I.D. # |
| | 281 444-3774 |
| | Associate's Phone No. # |
| | c/o Houston Office |
| | Associate's Address |

# MID-AMERICA FOUNDATION
## CHARITABLE GIFT ANNUITY

**Personal Data**

Donor's Full Name: Leonard C. Menius    Address: 205 Innsbrook

City: Lufkin    State: TX    Zip: 75901-7483

Home Phone Number: (409) 639-3835    Alternate Phone Number: (___)

S.S. #: 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    D.O.B.: 6/14/19    Place of Birth: Rowan Co. N.C.

Current Tax Bracket: _____%

If Donor is NOT the Annuitant OR if there is a Second Annuitant, please provide the following information:

Full Name: Helen Virginia Byrd Menius Relationship: Wife

Address: 205 Innsbrook    City: Lufkin    State: TX    Zip: 75901-7483

Home Phone Number: (___)    Alternate Phone Number: (___)

S.S. #: 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 D.O.B.: 1/16/20    Place of Birth: Howartt Co. N.C.

**Asset/Financial Information**

Type of Asset being used to fund the annuity: (Attach Schedule as Needed)

[ ] Cash
[X] Stock/Securities
[ ] Real Estate
[ ] Is this the separate property of one spouse?    Holding period: _____
[ ] Other

Fair Market Value: $275,000  288,000.    Cost Basis: 9000 00

**Desired Pay Out from Annuity:**

[ ] 5%    [ ] 6%
[ ] 7%    [ ] 8%
[ ] Other: _____%

**Desired Payment Frequency:**

[ ] Monthly [ ] Quarterly
[ ] Semi-Annually [X] Annually

• If selecting a deferred payment, the first payment date should be: Proceeds to pay ILIT Ins Premms.

| Charity Name | Address | Phone | Percentage (%) going to charity |
| --- | --- | --- | --- |
| Leonard C. Menius and Helen Virginia Menius Family Foundation | | | 100% |
| | | | |
| | | | |
| | | | |
| | | | |

Gift will be endowed to charity unless otherwise specified.

MAF001809

# MID-AMERICA FOUNDATION
## CLIENT RECEIPT

Mid–America Foundation, Inc. hereby acknowledges receipt of $ _265,000_

from_____ as Donor, for the purchase of a Charitable Gift Annuity as outlined below:

(Print Donor's Full Name)

[ ] One Life / Immediate Payment
[ ] One Life / Deferred Payment
[X] Two Lives / Joint and Survivor Immediate / Successive Payment*
[ ] Two Lives / Joint and Survivor Deferred / Successive Payment*
[ ] Fixed Term (College Annuity)
[ ] One Life Deferred with Indeterminate settlement date

The annuity will have scheduled payments:

[ ] Monthly
[ ] Quarterly
[ ] Semi-Annually
[X] Annually

*All annuity agreements funded with real property will be conditioned upon sale and funding of the annuity contract before payments will commence.*

---

### Charitable Gift Annuity Liquidation and/or Transfer Disclosure

The undersigned Client(s) hereby acknowledge(s) and agree(s) that he/she/they are liquidating and/or transfer-ring the asset(s) identified as _Dave Warner Stock_ to Mid-America Foundation, Inc. for the purpose of making a charitable gift and for the purpose of entering into a Charitable Gift Annuity Contract with Mid-America Foundation, Inc. The Client(s) acknowledge(s) and agrees(s) that said liquidation and/or transfer of the above identified asset(s) may be subject to an early withdrawal penalty or liquidation loss.

The Donor acknowledges that by entering into a Charitable Gift Annuity Contract with Mid-America Foundation, he/she/they is/are making an irrevocable gift to the Foundation while purchasing a fixed income for the life of the annuitant. The Donor hereby acknowledges that he/she/they has/have been informed of his/her/their absolute right to cancel this contract within three (3) business days of the date below:

_Leonard C Menius_     _3/29/99_
Client's Signature                Date

_Helen B. Menius_     _3/29/99_
Spouse's Signature               Date

_[signature]_     _3/29/99_
Associate's Signature            Date

---

* Donor retains power to revoke interest of second annuitant (non spouses only)

### Transfer Guidelines

It is imperative that the asset be transferred to Mid-America Foundation, Inc. directly. Real estate should not be under contract for sale, and securities should not be liquidated to provide funds, or favored treatment of gain will be lost.

MAF001810

# MID-AMERICA PROCEDURES
# FOR ISSUANCE OF GIFT ANNUITY

### Checks/Cash

All checks received take three business days to clear. After said time period has passed, the annuity contract will then be issued.

### Stocks/Securities

Stocks/Securities take approximately fifteen (15) to thirty (30) days for ownership transfer. Value of stock/securities is determined by date on new certificate or date transfer is made in Mid-America Foundation's brokerage account. The annuity contract will be issued once final value is determined. Please contact Mid-America Foundation, Inc. for Transfer of Ownership forms.

### Life Insurance/Annuities

Life Insurance/Annuities transfer will take approximately thirty (30) days. Once ownership transfer has been completed and surrender value determined, the annuity contract will then be issued.

### Real Estate

Please call Mid-America Foundation, Inc. for specifics on each individual case.

---

### FORMULA TO DETERMINE PAYMENT DATE

If monies and verification of transfer are received or a check has cleared at Mid-America Foundation's Bank by the 20th of the current month, payment will be made on the first day of the following month. If monies and verification are received after the 20th of the current month, payment will not be made on the first day of the following month, but the month after. (i.e. If monies are verified on January 15th, payment will begin on February 1st. If monies are verified on January 25th, payment will begin on March 1st.)

---

MAF001811



**MID-AMERICA FOUNDATION**

April 1, 1999

Mr. and Mrs.Leonard C. Menius
205 Innisbrook Drive
Lufkin, TX 75901

Dear Mr. and Mrs. Menius;

Welcome to the Mid-America Foundation. We gratefully acknowledge your establishment of the Leonard C. and Helen B. Menius Family Foundation under our charitable umbrella. Your Foundation Certificate is enclosed.

Your Mid-America personal representative will be Nancy Harrower. Please don't hesitate to call her with any questions you have or for any assistance you need. And, as always, I welcome a personal call from you with comments.

We will keep you advised of our charitable activities in the coming months, and will be pleased to receive your suggestions.

Best Regards,

ROBERT R. DILLIE
Executive Director

Enclosure

MAF001831

Mid-America Foundation, Inc.
Corporate Headquarters • 8630 East Via de Ventura • Suite 100 • Scottsdale, Arizona 85258 • 800 535-7722 • Fax (602) 483-2063
Website: http://www.mid-americatrust.com • E-Mail: mkt@mid-americatrust.com

MAR 30 '99

8649- Nancy

🏛 MID-AMERICA FOUNDATION        Rec'd 3/31/99        **Application**

| To: | Mid-America Foundation | Tel: | 602-483-7722/-or-800-535-7722 |
|---|---|---|---|
| | 8630 E. Via De Ventura | Fax: | 602-483-2063 |
| | Scottsdale, AZ 85258 | | |

*By signing below the undersigned agrees to abide by the conditions set forth in this application for the establishment of a charitable project.*

The Name desired for this proposed *charitable* project is:

*Leonard C and Helen B. Menius Family Foundation*

The mailing address of the project will be:

*305 Innisbruck Dr.*
*Lufkin Texas 75901*

**Enclosed is a $185 application fee and a $500 initial donation.***
(The entire amount is a charitable expense and therefore tax deductible).
*Donation checks are to be made payable to Mid-America Foundation*

Please check one or more of the categories below indicating how your charitable project will be funded.

- ☑ Minimum donation Account
- ○ Investment Earning Account
- ○ Life Insurance or Annuity *Mid-America C.GA.*
- ○ Endowing Account
- ○ Uni-Trust/Other Trust Accounts (additional $500 not required)*
- ○ Legacy Fund

Please supply the following information:

Life Insurance or Annuity Face Value $ *275,000.00*

(a) Long Term Objective (s) of Policy _____

(b) Insurance Company _____

Endowing Account Purpose (s) _____

Initial Amount $_____

Uni-Trust/Other Accounts _____

Remainderment Account $ _____

(Note: Checking any one of the above five categories does not preclude charitable giving or activity of another category. An Endowing Project can also receive a Life Insurance contract or a Charitable Remainder Uni-trust at a later date).

**Statement of Foundation Purpose**
The religious, educational, scientific or other charitable purposes of the proposed Foundation project are: (List names of specific charities, or a percentage of earnings that are going to other charitable projects etc. This will be M.A.F. primary focus of your charitable intent for generations. Attach a separate sheet of paper for more specific details)

MAF001833

MAR 30 '99   09:05 AM   MID AMERICA COMPANIES

**Application-Page 2**

🏛 MID-AMERICA FOUNDATION

The undersigned applicant understands that gifts to and disbursements from the charitable project will go only to qualified charitable organizations and/or activities which satisfy the requirements of the Internal Revenue Code, the regulations of the Internal Revenue Service, and the policies of **Mid-America Foundation**. The undersigned applicant further understands that in order to qualify as a deductible contribution for income tax purposes, the ownership and custody of the donated funds and property must be fully relinquished to Mid-America Foundation.

It is understood that the applicant is not an agent of **Mid-America Foundation** and agrees that he will not represent himself as such an agent.

The undersigned applicant certifies that he has been fully apprised of the policies and procedures of **Mid-America Foundation** by the Charitable Emissary.

**Applicant**

Date of Application: 3/29/99

Mr. Leonard Minius
_____
Name (Mr., Mrs., Miss, or Ms) please print

Leonard C Menius
_____
Signature

Mrs Helen Minius
_____
Name (Mr., Mrs., Miss, or Ms) please print

Helen B. Menius
_____
Signature

205 Innsbrook  Lufkin Texas  75901
_____
Address

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
_____
Social Security Number

409-639-3835
_____
Telephone

**CHARITABLE EMISSARY STATEMENT**

I hereby certify that the applicant is a person or organization of good reputation. I recommend approval of this application by the board of directors.

_____
Signature (Charitable Emissary)

Dwight Sandford
_____
Name Printed or Typed

The foregoing application is hereby approved effective this ____ day of _____, 19___

**Mid-America Foundation, Inc.**

By: _____

(Confirmation of acceptance usually is processed within 10 working days. Notification by mail)

Neither the Director nor M.A.F. are liable for any misprints, typographical errors, or other misinformation herein contained. The entire contents of this application copyrighted by M.A.F. No portion of this application may be reproduced in any form whatsoever without the express written consent of M.A.F.

MAR 30 '99   09:05 AM   MID AMERICA COMPANIES

 **MID-AMERICA FOUNDATION**

**Application-Page 3**

## SUCCESSOR ELECTION

*(Successor may be a spouse, child, or other advisors to succeed you
in recommending qualified charitable activities).*

### INDIVIDUALS

| | |
|---|---|
| Name: *Helen Virginia Menius* | Relationship to Donor: *Wife* |
| Address: *Same* | Social Security Number: *239-32-888C* |
| Day Phone: *Same* | Date of Birth: |
| Name: *Robert Carry Menius* | Relationship to Donor: *Son* |
| Address: | Social Security Number: |
| Day Phone: | Date of Birth: *10/24/47* |
| Name: *Joseph Martin Menius* | Relationship to Donor: *Son* |
| Address: | Social Security Number: |
| Day Phone: | Date of Birth: *4/27/53* |

*(Please attach any additional elections)*

### Your Signature(s)

*(Each donor applicant must sign this section before the successor applicant can be established)*

| | |
|---|---|
| *Leonard C Menius* | *3/29/99* |
| Signature | Date |
| *Helen B. Menius* | *3/29/99* |
| Signature | Date |



**MID-AMERICA**
**FOUNDATION**

April 6, 1999

Mr. and Mrs. Leonard C. Menius
205 Innsbrook
Lufkin, TX 75901-7483

RE:    Gift Annuity Certificate No. 20695

Dear Mr. and Mrs. Menius:

This letter is to serve as confirmation that one Charitable Gift Annuity in the amount of $283,250.00 has been issued in the name of Leonard C. Menius and Helen B. Menius.   The certificate and contract have been forwarded to Mr. Lankford for delivery to you.  Please sign the enclosed delivery receipt and return it to us at your earliest convenience.  Our address is:

> Mid-America Foundation, Inc.
> 8630 E. Via De Ventura
> Suite 100
> Scottsdale, Arizona 85258

Thank you for allowing us the opportunity to assist you with your Charitable and Estate Planning needs.

Sincerely,

Robert R. Dillie
Executive Director

/fim

Enclosure

MAF001799

Mid-America Foundation, Inc.
Corporate Headquarters • 8630 East Via de Ventura • Suite 190 • Scottsdale, Arizona 85258 • 400-535-7722 • Fax (602) 483-2963
Website: http://www.mid-americatrust.com • E-Mail: mkt@mid-americatrust.com

Contract Number:     20695

THE FOUNDATION CERTIFIES THAT, LEONARD C. MENIUS AND HELEN B. MENIUS AS EVIDENCE OF THEIR DESIRE TO SUPPORT THE WORK OF **MID-AMERICA FOUNDATION, INC.** AND TO MAKE A CHARITABLE GIFT, HAS THIS DAY CONTRIBUTED TO THE FOUNDATION FOR THE USE AND BENEFIT OF THE CHARITIES NAMED HEREIN.

## I.      CONTRACT TERMS

MID-AMERICA FOUNDATION, INC. WILL PAY A JOINT AND SURVIVORSHIP AN ANNUITY TO **LEONARD C. MENIUS**, BORN JUNE 14, 1919, SOCIAL SECURITY NUMBER 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, RESIDING AT 205 INNSBROOK, LUFKIN, TX 75901-7483, AND HELEN B. MENIUS, BORN JANUARY 16, 1920, SOCIAL SECURITY NUMBER 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, RESIDING AT 205 INNSBROOK, LUFKIN, TX 75901-7483, FOR THEIR JOINT LIVES. THE FIRST PAYMENT SHALL BE IN THE AMOUNT OF $22,438.06, TO BE PAID ON THE FIRST DAY OF APRIL, 2000, AND CONTINUE ANNUALLY THEREAFTER IN THE AMOUNT OF **$22,376.75**, UNTIL THE PASSING OF THE SECOND TO DIE.

THE OBLIGATION OF THE FOUNDATION TO MAKE ANNUITY PAYMENTS SHALL CONTINUE TO THE SURVIVOR FOR HIS/HER LIFETIME BEGINNING WITH THE PAYMENT FOR THE FIRST PERIOD SUCCEEDING THE DEATH OF THE FIRST ANNUITANT TO DIE. THIS ANNUITY IS NONASSIGNABLE EXCEPT TO THE FOUNDATION AND IS IRREVOCABLE.

THE FOUNDATION CERTIFIES THAT, DONOR, AS EVIDENCE OF THEIR DESIRE TO SUPPORT THE WORK OF **MID-AMERICA FOUNDATION**, AND TO MAKE A CHARITABLE GIFT, HAS THIS DAY CONTRIBUTED TO THE FOUNDATION AND HAS REQUESTED THAT THE GIFT BE MADE AVAILABLE FOR THE USE AND BENEFIT OF THE FOLLOWING:

LEONARD C. MENIUS AND HELEN VIRGINIA MENIUS FAMILY FOUNDATION

MID-AMERICA FOUNDATION HEREBY ACKNOWLEDGES RECEIPT OF $ 283,250.00.
THE LAWS OF THE STATE OF ARIZONA SHALL GOVERN THIS ANNUITY.

THIS CONTRACT IS A LEGAL CONTRACT BETWEEN LEONARD C. MENIUS, HELEN B. MENIUS AND **MID-AMERICA FOUNDATION, INC.** IT IS ISSUED IN CONSIDERATION OF THE APPLICATION AND THE PAYMENT OF THE INITIAL PURCHASE PAYMENT AS PROVIDED IN THIS CONTRACT.

THIS CHARITABLE GIFT ANNUITY IS NOT INSURANCE UNDER THE LAWS OF THE STATE OF TEXAS AND IS NOT SUBJECT TO REGULATION BY THE DEPARTMENT OF INSURANCE OR PROTECTED BY GUARANTY ASSOCIATION WITH THE DEPARTMENT OF INSURANCE.

IF DONOR HAS ANY QUESTIONS, NEEDS INFORMATION ABOUT THEIR CONTRACT OR NEEDS ASSISTANCE IN RESOLVING A COMPLAINT, DONOR CAN WRITE TO MID-AMERICA FOUNDATION, INC. AT 8630 E. VIA DE VENTURA, SUITE 100, SCOTTSDALE, ARIZONA 85258 OR CALL 1- (800)-535-7722.

MAF001854

## II.    THE PERSONS INVOLVED

**OWNER:**  THE PERSON(S) NAMED AS DONOR/ANNUITANT AT THE TIME OF APPLICATION IS THE OWNER OF THIS CONTRACT, UNLESS SUBSEQUENTLY CHANGED.  AS OWNER, DONOR MAY EXERCISE ALL RIGHTS STATED IN THIS CONTRACT SUBJECT TO THE RIGHTS OF ANY IRREVOCABLE BENEFICIARY.

**ANNUITANT:** THE PERSON(S) NAMED AT THE TIME OF APPLICATION IS THE ANNUITANT, UNLESS SUBSEQUENTLY CHANGED.  THE ANNUITANT WILL CHANGE IF AND ONLY IF;

(A)    THE ANNUITANT DIES;
(B)    THE ANNUITANT IS SOMEONE OTHER THAN DONOR WHO DIES; AND
(C)    THE CONTRACT PROVIDES INITIALLY THAT THERE WILL BE A PERMITTED SUCCESSOR SECOND-LIFE ANNUITANT.

**BENEFICIARY:** THE BENEFICIARY SHALL BE THE MID-AMERICA FOUNDATION, INC. OF SCOTTSDALE, ARIZONA.  IF MID-AMERICA FOUNDATION, INC. SHOULD NO LONGER BE IN EXISTENCE, THE BENEFICIARY SHALL BE ITS CORPORATE SUCCESSOR, OR SUCH PARTY AS MAY HAVE BEEN DESIGNATED AS SUCCESSOR BY ANY APPROPRIATE COURT ORDER, BUT UNDER NO CONDITION SHALL THE BENEFICIARY BE ANY INSTITUTION WHICH IS NOT AN APPROVED CHARITY UNDER IRC SECTION 501(C)(3), OR SUCH CODE SECTIONS AS MAY BE SUBSEQUENTLY ENACTED, TO QUALIFY DONOR/ANNUITANT'S CHARITABLE GIFT FOR THE APPROPRIATE CHARITABLE DEDUCTION.

UPON FIRST ANNUITANT'S DEATH WHERE THE ANNUITY IS A TWO-LIFE CONTRACT, THE FOUNDATION MUST BE PROVIDED WITH DUE PROOF OF DEATH.

DUE PROOF OF DEATH IS ONE OF THE FOLLOWING;

(A)    A CERTIFIED COPY OF A DEATH CERTIFICATE; OR
(B)    A CERTIFIED COPY OF A DECREE OF A COURT OF COMPETENT JURISDICTION AS TO A FINDING OF DEATH, OR
(C)    ANY OTHER PROOF ACCEPTABLE TO MID-AMERICA FOUNDATION.

## III.    CONTRACT

THIS CONTRACT AND ANY ATTACHED APPLICATION, AMENDMENTS TO ANY ATTACHED APPLICATION AND ANY ATTACHED RIDERS OR ENDORSEMENTS COMPRISE THE ENTIRE CONTRACT.  ALL STATEMENTS MADE IN ANY APPLICATION ARE ASSUMED, IN THE ABSENCE OF FRAUD, TO BE REPRESENTATIONS AND NOT WARRANTIES.  ANY CHANGES, MODIFICATIONS OR WAIVERS MUST BE IN WRITING.  NO AGENT OR PERSON OTHER THAN ONE OF MID-AMERICA FOUNDATION'S OFFICERS HAS THE AUTHORITY TO CHANGE OR MODIFY THIS CONTRACT OR WAIVE ANY OF ITS PROVISIONS.  MID-AMERICA FOUNDATION MAY NOT MODIFY THIS CONTRACT WITHOUT DONOR'S CONSENT, EXCEPT TO MAKE IT COMPLY WITH ANY CHANGES IN THE INTERNAL REVENUE CODE, OR AS REQUIRED BY ANY OTHER APPLICABLE LAW.

**ASSIGNMENT.** DONOR/ANNUITANT(S) MAY NOT ASSIGN AN INTEREST IN THIS CONTRACT, OTHER THAN TO ASSIGN HIS/HER REMAINING FULL INTEREST IN THE ANNUITY TO THE FOUNDATION.

MAF001855

Mid-America Foundation, Inc. Texas Annuity Form 4/99d

**POWER TO REVOKE.** DONOR RESERVES THE RIGHT TO REVOKE ALL OR ANY PART OF THE SCHEDULED PAYMENTS TO SECOND ANNUITANT (IF 2 LIFE ANNUITY), TO ANNUITANT (IF DONOR IS NOT AN ANNUITANT), OR TO SPOUSE, AS TO ANY EXTENDED PAYMENTS PAST LIFE EXPECTANCY, ON A JOINT AND SURVIVOR ANNUITY BETWEEN SPOUSES. DONOR MUST PROVIDE THE FOUNDATION WITH A MINIMUM 60 DAY NOTICE, WHICH HAS BEEN WITNESSED AND NOTARIZED, TO EXERCISE THIS POWER OF REVOCATION.

**PREMIUM TAX.** PREMIUM TAXES ARE ANY TAXES RELATED TO THIS CONTRACT IMPOSED ON MID-AMERICA FOUNDATION BY STATES OR OTHER GOVERNMENTAL JURISDICTIONS. IF AND WHEN MID-AMERICA FOUNDATION INCURS PREMIUM TAXES, MID-AMERICA FOUNDATION WILL DEDUCT SUCH TAXES FROM THE ACCOUNT VALUE. SUCH TAXES MAY BE IMPOSED AT THE TIME THE PURCHASE PAYMENT IS MADE, ON THE DATE THE ACCOUNT VALUE IS APPLIED TO A SETTLEMENT OPTION, THE DATE ANY WITHDRAWALS ARE MADE, OR ON OTHER DATES. THE TIME AT WHICH A PREMIUM TAX, IF ANY, IS IMPOSED MAY DEPEND ON DONOR'S PLACE OF RESIDENCE. WHEN MID-AMERICA FOUNDATION HAS AN OPTION AS TO WHEN TO PAY PREMIUM TAXES, MID-AMERICA FOUNDATION MAY POSTPONE THE PAYMENT UNTIL THE LATEST POSSIBLE DATE.

**ANNUAL STATEMENT.** AT LEAST ONCE EACH CONTRACT YEAR, MID-AMERICA FOUNDATION WILL SEND CLIENT A STATEMENT CONTAINING INFORMATION ON THIS CONTRACT, INCLUDING THE ACCOUNT VALUE. THE INFORMATION PRESENTED WILL COMPLY WITH THEN CURRENT REPORTING LAWS.

**INCONTESTABILITY.** MID-AMERICA FOUNDATION WILL NOT CONTEST THE VALIDITY OF THIS CONTRACT AFTER THE ISSUE DATE.

**MISSTATEMENT OF MATERIAL FACT.** IF THE DATE OF BIRTH OR THE SEX OF THE ANNUITANT OR ANY MATERIAL FACT HAS BEEN MISSTATED, THE AMOUNT OF THE PAYMENTS SHALL BE BASED ON THE CORRECTED INFORMATION WITHOUT CHANGING THE DATE OF THE FIRST PAYMENT. THE DOLLAR AMOUNT OF ANY UNDERPAYMENT MADE BY MID-AMERICA FOUNDATION SHALL BE PAID WITH THE NEXT PAYMENT DUE THE PAYEE. THE DOLLAR AMOUNT OF ANY OVERPAYMENT MADE BY MID-AMERICA FOUNDATION DUE TO ANY MISSTATEMENT BE DEDUCTED FROM ANY FUTURE PAYMENTS TO THE PAYEE. MID-AMERICA FOUNDATION SHALL HAVE THE RIGHT TO CORRECT SCRIVENER'S ERRORS.

**SETTLEMENTS.** MID-AMERICA FOUNDATION MAY REQUIRE THAT THIS CONTRACT BE RETURNED TO MID-AMERICA FOUNDATION PRIOR TO ANY SETTLEMENT.

**SETTLEMENT TERMS AND CONDITIONS.** ON THE ANNUITY STARTING DATE, MID-AMERICA FOUNDATION WILL DISTRIBUTE THE ACCOUNT VALUE UNDER THE SETTLEMENT OPTION DESCRIBED IN THE SETTLEMENT OPTIONS SECTION. THE ANNUITY PAYMENTS SHALL BE PAID AS INDICATED ON THE CONTRACT DATA PAGE. THE OPTIONS INCLUDE THE FOLLOWING:

**OPTIONS 1 & 2  PAYMENT FOR ANNUITANT'S LIFETIME - IMMEDIATE, AND PAYMENT FOR SECOND ANNUITANT'S LIFETIME - IMMEDIATE** IF A SETTLEMENT OPTION DEPENDS ON A PERSON'S LIFE, MID-AMERICA FOUNDATION MAY REQUIRE:

    (A)    DUE PROOF OF AGE OR SEX BEFORE PAYMENTS BEGIN; AND

    (B)    DUE PROOF THAT THE PERSON IS STILL ALIVE BEFORE MID-AMERICA FOUNDATION MAKES EACH PAYMENT, UPON REASONABLE CAUSE TO BELIEVE THAT THE PERSON IS NO LONGER LIVING.

**OPTIONS 3 & 4  PAYMENTS BEGINNING AT A DEFERRED DATE -SINGLE AND TWO LIFE ANNUITIES** PAYMENTS MAY BE DEFERRED FOR A STATED NUMBER OF YEARS INDICATED ON THE CONTRACT DATA PAGE. PAYMENTS SHALL THEN CONTINUE FOR ANNUITANT'S LIFE OR TWO ANNUITANTS' LIVES, AS INDICATED ON THE CONTRACT DATA PAGE ATTACHED HERETO.

**OPTION 5 - COLLEGE ANNUITY** PAYMENTS SHALL BE MADE TO THE NAMED PAYEE FOR PURPOSES OF EDUCATION OVER A STATED TERM OF YEARS. PAYMENTS SHALL BE DEFERRED AS INDICATED ON THE CONTRACT DATA PAGE.

DONOR MAY MAKE ADDITIONAL DEPOSITS, ACCORDING TO THE SCHEDULE SHOWN ON THE CONTRACT DATA PAGE CONTAINED HEREIN.

**OPTION 6 - DEFERRED, WITH INDETERMINATE SETTLEMENT DATE** PAYMENTS SHALL BE DEFERRED, WITH DISBURSEMENTS TO COMMENCE AT DATE TO BE SUBSEQUENTLY DETERMINED BY ANNUITANT, BY NOTICE IN CONTENT AND FORMAT INDICATED BELOW.

**OPTION 7 - OTHER PAYMENTS** THE PROCEEDS MAY BE USED TO SET UP ANY OTHER SETTLEMENT OPTION THAT IS AGREED TO BY DONOR AND MID-AMERICA FOUNDATION.

**OPTION 8 - CONVERSION** DONOR/ANNUITANT MAY CONVERT FROM A TWO LIFE ANNUITY TO A SINGLE LIFE, OR VICE-VERSA, UPON WRITTEN REQUEST. THE FOUNDATION SHALL RECOMPUTE THE ANNUITY CALCULATIONS RESULTING FROM SAID CONVERSION REQUEST, AND SUBMIT SAME TO ANNUITANT. THE NEW PROVISIONS AND FIGURES SHALL GOVERN UPON AMENDMENT, OR CANCELLATION AND REISSUE OF A NEW CONTRACT, EXECUTED BY ALL DONORS/ANNUITANTS AND MID-AMERICA FOUNDATION, INC.

**OPTION 9 -** THE PROCEEDS SHALL BE VESTED IN TRUSTEE IMMEDIATELY, BUT EXACT DETERMINATION OF FINAL ANNUITY AND DEDUCTION FIGURES WILL BE ADJUSTED UPON OBTAINING FINAL DOCUMENTATION AS TO VALUATION.

**OPTION 10 -** RETENTION OF A LIFE ESTATE IN DONOR'S HOMESTEAD, WITH REMAINDER INTEREST TO FOUNDATION.

**SETTLEMENT** ANY PAYMENT BY MID-AMERICA FOUNDATION UNDER THIS CONTRACT IS PAYABLE AT OUR HOME OFFICE. SETTLEMENT OPTIONS ELECTED SUBSEQUENT TO THE ANNUITY DATE SHALL BE CALCULATED AT IRS TABLES AND RATES IN EFFECT AT ISSUE DATE. NO ADJUSTMENT SHALL BE MADE SUBSEQUENTLY DUE TO CHANGES IN ACTUARIAL VALUES FOR LIFE EXPECTANCY IN ANY IRS TABLE.

**PAYMENT ALLOCATION -** DONOR ACKNOWLEDGES THAT ALL PAYMENT ALLOCATIONS AS TO CAPITAL GAIN, TAX-FREE, OR ORDINARY INCOME ARE BASED ON THE COST BASIS PROVIDED BY DONOR. THE FOUNDATION ASSUMES NO RESPONSIBILITY FOR INCORRECT 1099R FORMS BASED ON INCORRECT COST BASIS PROVIDED.

**EVIDENCE OF SURVIVAL** WHEN ANY PAYMENT DEPENDS UPON A PERSON BEING ALIVE ON ANY DATE, MID-AMERICA FOUNDATION SHALL HAVE THE RIGHT TO REQUIRE DUE PROOF THAT SUCH PERSON WAS ALIVE ON SUCH DATE. NO PAYMENT WILL BE MADE UNTIL SUCH PROOF HAS BEEN RECEIVED. THE HOME OFFICE SHALL SUSPEND PAYMENTS UNTIL DOCUMENTATION, SUFFICIENT, IN ITS SOLE DISCRETION, TO ESTABLISH THE NECESSARY PROOF, HAS BEEN PROVIDED. AFTER THREE YEARS, IF SAID PROOF IS NOT FORTHCOMING, THE FOUNDATION'S OBLIGATION TO MAKE PAYMENTS SHALL TERMINATE AND THE FOUNDATION SHALL HAVE NO FURTHER OBLIGATION TO ANY ANNUITANT.

**INTEGRATION** THIS AGREEMENT CONSTITUTES THE ENTIRE AGREEMENT AMONG THE PARTIES. IT SUPERSEDES ANY PRIOR AGREEMENT OR UNDERSTANDINGS AMONG THEM, AND IT MAY NOT BE MODIFIED OR AMENDED IN ANY MANNER OTHER THAN AS SET FORTH HEREIN.

**GOVERNING LAW** THIS AGREEMENT AND THE RIGHTS OF THE PARTIES HEREUNDER SHALL BE GOVERNED BY AND INTERPRETED IN ACCORDANCE WITH THE LAWS OF THE STATE OF ARIZONA.

**SUCCESSORS AND ASSIGNS** EXCEPT AS HEREIN OTHERWISE SPECIFICALLY PROVIDED, THIS AGREEMENT SHALL BE BINDING UPON AND INURE TO THE BENEFIT OF THE PARTIES AND THEIR LEGAL REPRESENTATIVES, HEIRS, ADMINISTRATORS, EXECUTORS, SUCCESSORS AND ASSIGNS.

Mid-America Foundation, Inc. Texas Annuity Form 4-99©

MAF001857

**NUMBER AND GENDER**  Wherever from the context it appears appropriate, each term stated in either the singular or the plural shall include the singular and the plural, and pronouns stated in either the masculine, the feminine, or the neuter gender shall include the masculine, feminine and neuter.

**CAPTIONS**  Captions contained in this Agreement are inserted only as a matter of convenience and in no way define, limit or extend the scope or intent of this Agreement or any provision hereof.

**SEVERABILITY**  If any provision of this Agreement, or the application of such provision to any person or circumstance, shall be held invalid, the remainder of this Agreement, or the application of such provision to persons or circumstances other than those to which it is held invalid, shall not be affected thereby.

**COUNTERPARTS**  This Agreement may be executed in multiple counterparts, each of which shall be deemed an original but all of which shall constitute one and the same instrument.

**NOTICES**  All notices and demands required or permitted under this Agreement shall be deemed properly given and effective upon receipt (or, if refused, upon the date of such refusal) if in writing and sent by U.S. registered or certified mail, postage prepaid, overnight air courier or personal delivery to the parties at their addresses as shown from time to time on the records of the Annuity Contract. Any party may specify a different address by notifying the other party in writing of such different address.

**PAYMENT AT DEATH OF LAST SURVIVING PAYEE**  After the last designated Payee has died, Mid-America Foundation will pay any remaining payments, if required by a term schedule, in one lump sum to the Estate of the Annuitant. Payments exceeding Annuitant's life expectancy may require payments from the remainder interest.

With a gift annuity, you simultaneously make a charitable gift and provide guaranteed payments for life to yourself and/or another person. The fact that you are making a charitable gift may entitle you to income, gift, and estate tax deductions.

These payments are a general obligation of our organization, and they are backed by all of our assets. At present, our total invested funds are in stocks, bonds, money market funds, and federal obligations.

Responsibility for governing the **Mid-America Foundation** is vested in a Board of Directors comprised of three persons, who are nominated by the Executive Director of the Foundation.

Common investment funds managed by our organization are exempt from registration requirements of the federal securities laws, pursuant to the exemption for collective investment funds and similar funds maintained by charitable organizations under the Philanthropy Protection Act of 1995 (P.L. 104-62). Information in this document is provided to you in accordance with the requirements of that Act. Mid-America Foundation acknowledges that it will be guided by donor's written request in its distribution of the Charitable Remainder to the extent permitted by all relevant laws in exercise of its fiduciary powers, as determined by its Board of Directors.

**IN WITNESS WHEREOF**, the Foundation has executed this instrument.

MID-AMERICA FOUNDATION, INC.

**BY:**_____       **Date: March 31, 1999**

       Robert R. Dillie
       Executive Director

## MID-AMERICA FOUNDATION, INC.
### IMMEDIATE OR DEFERRED ANNUITY

### IV.    DEFINITIONS

**Age:**  The Annuitant's age on his or her last birthday.

**Annuitant:**  The person to whom Mid-America Foundation is obligated to initially make periodic payments, according to the terms of the Contract Data Page.

**Annuity Starting Date:**  The Annuity Starting Date is shown on the Contract Data Page.

**Beneficiary:**  The Beneficiary shall be Mid-America Foundation, who shall receive the charitable remainder portion of the charitable gift, unless agreed differently in writing by the parties.

**Charitable Deduction:**  The tax deduction as defined by Sections 170, 664 and 2055 and 2522 of the Internal Revenue Code, and as subsequently modified by amendments to these and other relevant Code sections.

**Charitable Gift:**  The transfer by a donor of an asset for the purposes described in Sections 170, 664, 2055 and 2522 of the Internal Revenue Code, all or part of which may qualify the donor for a charitable deduction, and part of which is the purchase price of an annuity to be provided by the Foundation.

**Contract Anniversary:**  The anniversary of the Issue Date for every year this Contract is in force.

**Contract Data Page:**  The page or pages of the contract between Mid-America Foundation and Annuitant, which spells out all options, payment terms, and performance conditions, which are particular to this annuity agreement, and which are incorporated by reference.

**Contract Year:**  Each period of twelve (12) months beginning on the Issue Date and each Contract Anniversary.

**Donor/Annuitant:**  The party who is making a charitable gift with the intended purpose of making a remainder transfer at death to a Section 501(c)(3) charity, simultaneously with the creation of an annuity interest vesting in himself or herself.

**Foundation:**  An institution which governs itself in all respects necessary as an approved entity under the provisions of Internal Revenue Code Section 501(c)(3).  Where the term "The Foundation" is used, it shall mean the Mid-America Foundation, Inc.

**Issue Date:**  The date this Contract becomes effective if donor is living, and the Charitable Gift has been paid to the Foundation.

**Payee:**    Any party(ies) who receives any proceeds under this Contract.

**Request:**   Request means a request in writing on a form acceptable to Mid-America Foundation, signed and dated by donor and received by Mid-America Foundation, Inc.

**Second Annuitant:**  The party named herein as joint Annuitant or successor-in-interest to Donor/Annuitant.

CHARITABLE GIFT ANNUITY
CONTRACT DATA PAGE

| | | |
|---|---|---|
| CONTRACT NUMBER | . | No. 20695 |
| DATE OF CONTRACT | . | MARCH 31, 1999 |
| PURCHASE PAYMENT | . | *$283,250.00* |
| ANNUITANT: | . | LEONARD C. MENIUS |
| | | |
| ANNUITANT'S AGE ON ISSUE DATE | . | AGE 80 |
| ANNUITANT'S SEX | . | MALE |
| ANNUITANT'S SOCIAL SECURITY NUMBER | . | 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 |
| ANNUITANT'S ADDRESS AND PHONE | . | 205 INNSBROOK |
| | | LUFKIN, TX 75901-7483 |
| | | 409-639-3835 |
| | | |
| SECOND-LIFE ANNUITANT | . | HELEN B. MENIUS |
| ANNUITANT'S AGE ON ISSUE DATE | . | AGE 79 |
| ANNUITANT'S SEX | . | FEMALE |
| ANNUITANT'S SOCIAL SECURITY NUMBER | . | 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 |
| ANNUITANT'S ADDRESS AND PHONE | . | 205 INNSBROOK |
| | | LUFKIN, TX 75901-7483 |
| | | 409-639-3835 |

| | | |
|---|---|---|
| JOIN AND SURVIVOR ANNUITY | . | YES |
| JOIN AND SUCCESSIVE ANNUITY | . | NO |
| TAX BASIS (ATTACH SCHEDULE IF NECESSARY) | . | $ |
| PROPERTY: SEPARATE/ COMMUNITY/JOINT | . | |
| HOLDING PERIOD (ATTACH SCHEDULE IF NECESSARY) | . | |
| ANNUITY STARTING DATE | . | APRIL 1, 2000 |
| DEFERRAL EFFECTIVE DATE | . | |
| FIELD AGENT                       NAME | . | DWIGHT LANKFORD |
| ADDRESS | . | 15603 KUYKENDAHL, SUITE 150 |
| | | HOUSTON, TX 77090-3655 |
| PHONE | . | 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 |
| | | |
| PAYMENT AMOUNT | . | $ 22,376.75 |
| FIRST PRORATED PAYMENT AMOUNT | . | $ 22,438.06 |
| | | |
| GUARANTEED ANNUAL RETURN | . | 7.9% |
| | | |
| OPTIONAL SCHEDULE OF ADDITIONAL | | |
| CONTRIBUTIONS | . | |

Mid-America Foundation, Inc. Texas Annuity Form 4-99B

MAF001860

PAGE 2 OF CONTRACT DATA PAGE

PAYMENT OPTIONS:
    1     IMMEDIATE.................1 LIFETIME
    2     IMMEDIATE.................2 LIFETIME    X
            A: JOINT & SURVIVOR       X
            B: SUCCESSIVE ANNUITANTS
    3     DEFERRED...................1 LIFETIME
              DEFERRAL TERM  YRS
    4     DEFERRED...................2 LIFETIME
            A: JOINT & SURVIVOR
            B: SUCCESSIVE ANNUITANTS
              DEFERRAL TERM  YRS
    5     COLLEGE ANNUITY
    6.    DEFERRED - UNDETERMINED TERM
    7.    OTHER AS AGREED
    8.    CONVERSION
    9.    CONDITIONAL
    10.   LIFE ESTATE IN HOMESTEAD

OPTIONAL SCHEDULE OF ADDITIONAL CONTRIBUTIONS

    DATE _____    AMOUNT $ _____
    DATE _____    AMOUNT $ _____
    DATE _____    AMOUNT $ _____
    DATE _____    AMOUNT $ _____

DESIGNATION OF REMAINDER INTEREST:

        (1)    CONTINUE WITH MID-AMERICA FOUNDATION FOR ADMINISTRATION PURSUANT TO OUR STATED CHARITABLE PURPOSES.

X       (2)    PAY REMAINDER UPON DEATH TO :

                           (TO THE EXTENT PERMITTED BY FEDERAL OR STATE LAW)

                           LEONARD C. MENIUS AND HELEN VIRGINIA MENIUS FAMILY FOUNDATION

FURTHER PROVISIONS:

MAF001861



# MID-AMERICA FOUNDATION

## OFFICIAL CERTIFICATE

This is to certify the acceptance of

*Leonard C. Menius and Helen B. Menius*

as an official Donor Advised Account of
Mid-America Foundation

Certificate Number **20695**

**March 31, 1999**
DATE

Tax I.D. #86-0878049

_____
EXECUTIVE DIRECTOR

MAF001877

MAF001830



MID-AMERICA
FOUNDATION

# EVIDENCE OF FOUNDATION PARTICIPATION

This is to certify acceptance of

*Leonard C. and Helen B. Menius*

as an official Donor Advisor to the
Mid-America Foundation

EXECUTIVE DIRECTOR

MID-AMERICA FOUNDATION, INC.

*April 1, 1999*

DATE

Tax I.D. #86-0878049



**MID-AMERICA FOUNDATION**

April, 1999

Mr. Dwight Lankford
15603 Kuykendahl, Suite 150
Houston, TX 77090-3655

Dear Mr. Lankford:

It is with great pleasure that I enclose your commission check in the amount of $22,438.06 resulting from the sale of the Leonard C. Menius and Helen B. Menius Gift Annuity.

Mid America's growth and success depends on agents of your caliber. Congratulations on an outstanding job!

Very truly yours,

Robert R. Dillie
Executive Director

MAF001803



**MID-AMERICA FOUNDATION**
8630 EAST VIA DE VENTURA, SUITE 100
SCOTTSDALE, AZ 85258
(800) 535-7722

BANK ONE, ARIZONA, NA
90TH ST. - SHEA OFFICE (244)
SCOTTSDALE, ARIZONA
94-2-1221

4368

4/15/99

PAY TO THE
ORDER OF   Mid-America Estate Services LLC

$ **22,660.00

Twenty-Two Thousand Six Hundred Sixty and 00/100********************************************** DOLLARS

Mid-America Estate Services LLC
15603 Kukendahl,
Suite 150
Houston, TX 77090-3655

MEMO    GA 20695 Menius comp

⑈004368⑈ ⑆122100024⑆ 0382⑈7142⑈

---

**ID-AMERICA FOUNDATION**

Mid-America Estate Services LLC                     4/15/99         4368
                         20695 Menius                           22,660.00

Operating account        GA 20695 Menius comp                   22,660.00

MAF001804

CF45482:200510280067:1005 scanned on B1-S30 by Operator FRODGERS on Nov 11, 2005 at 04:43:50 PM - Page 6 of 31.





REQUEST  200510280067     22660.00
ROLL 034519  19990422  000000054353062
ACS P   ACCT  6010000003827142
REQUESTER SUBPNA RK 1028050003
(EE) SUBPOENA MID-AMERICA FOUNDATION

TX1-0053
TEXAS PHOTO

Leonard C. and Helen B. Menius
205 Innsbrook
Lafkin, TX 75901-7483

Gift Annuity

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

© WILSON JONES COMPANY    G7203 GREEN    7203 BUFF

| | | | Leonard C. and Helen B. Menius | Cert # 20695 | Rate 7.9083% | |
|---|---|---|---|---|---|---|
| | | | 205 Innsbrook | | | |
| | | | Lafkin, TX 75901-7483 | Debit | Credit | |
| 2 | 3/31/99 | | Gift rec'd stock | | 283250.00 | |
| 3 | 4/06/99 | | Comm Dwight Lankford 8% | 22660.00 | | |
| 4 | 4/06/99 | | Admin Fee MAFG 3% | 8497.50 | | |
| 5 | 4/01/00 | | 1st Payment – 1 day + 1yr | 22438.06 | | |
| 6 | 4/01/01 | | Annual Payment | 22400.26 | | |

MAF001814

**MID-AMERICA COMPANIES**

## PAY TRANSMITTAL

Please submit this form with all business written and send to Mid-America.

| ✔ | Type of Business | Cost | Payment Received | Balance Due If Any |
|---|---|---|---|---|
| | Document Preparation | $ | $ | $ |

| ✔ | Type of Business | Premium | Payment Received | Balance Due If Any |
|---|---|---|---|---|
| | Life Insurance | $ | $ | $ |
| | Commercial Annuity | $ | $ | $ |
| ✔ | Charitable Gift Annuity | $ 283,250.00 | $ ✔ | $ ✔ |

| | |
|---|---|
| Client Name: *Leonard G. Helen S Menius* | Date: *4-6-99* |
| Writing Associate Name: *Dwight Lankford* | Associate I.D. #: |
| Payee Name & Address below: | MAC Code #: *20695* |
| | Company Business Written With: *MAF* |
| Commission %: *8%* | Actual Amount of Premium: *283,250.00* |
| Overrides: | |
| 1 | Policy Number: |
| 2 | |
| 3 | Amount Due Agent: *22,660.00* |

FOR ACCOUNTING USE ONLY

Amount Paid to Agent: $ _____    Date Paid: _____

MAF001815

Mid-America Companies
Corporate Headquarters • 8630 East Via de Ventura • Suite 100 • Scottsdale, Arizona 85258 • (800) 535-7722 • Fax (602) 483-2063
Website: http://www.mid-americatrust.com • E-Mail: mkt@mid-americatrust.com

# CHARITABLE GIFT ANNUITY CLIENT INFORMATION



**MID-AMERICA FOUNDATION**

STRENGTH & CONFIDENCE THROUGH EXPERIENCE

## CONFIDENTIAL

The information in this document is personal and confidential

### MID-AMERICA FOUNDATION

STRENGTH & CONFIDENCE THROUGH EXPERIENCE

*8630 E. Via de Ventura, Suite 100*
*Scottsdale, AZ 85258*
*Tel: (800) 535-7722  Fax: (602) 483-2063*
*website: www.mid-americacompanies.com*
*e-mail address: mkt@mid-americacompanies.com*

Exhibit 92

MAF007262

| HOME OFFICE USE ONLY | Client's Last Name   First Name   M.I. |
|---|---|
| Date Received: _5/13/99_ | _Welch       Charles    W._ |
| | _903-984-4800_ |
| | Client's Phone No. # |
| Gift Amount: _____ | _Dwight  Lankford_ |
| | Associate's Name      Associate's I.D. # |
| | _254-444  3774_ |
| | Associate's Phone No. # |
| | |
| | Associate's Address |

# 20706

## MID-AMERICA FOUNDATION
## CHARITABLE GIFT ANNUITY

### Personal Data

Donor's Full Name: _Charles W. Welch_ Address: _3412 Pearl St._
City: _Kilgore_ State: _Texas_ Zip: _75662_
Home Phone Number: (_903_) _984-4800_ Alternate Phone Number: (___) _____
S.S. #: _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_ D.O.B.: _11/22/32_ Place of Birth: _Hillsville Texas_
Current Tax Bracket: _33_ %
If Donor is NOT the Annuitant OR if there is a Second Annuitant, please provide the following information:
Full Name: _Mary J. Welch_ Relationship: _Wife_
Address: _(Same)_ City: _____ State: _____ Zip: _____
Home Phone Number: (___) _____ Alternate Phone Number: (___) _____
S.S. #: _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_ D.O.B.: _8/1/38_ Place of Birth: _Harrison Texas_

### Asset/Financial Information

Type of Asset being used to fund the annuity: (Attach Schedule as Needed)
[ ] Cash
[X] Stock/Securities
[ ] Real Estate
[ ] Is this the separate property of one spouse?   Holding period: _____
[ ] Other

Fair Market Value: _500,000_ Cost Basis: _400,000_

### Desired Pay Out from Annuity:

[ ] 5%     [ ] 6%
[ ] 7%     [ ] 8%
[ ] Other: _7.2_ %

### Desired Payment Frequency:

[ ] Monthly  [ ] Quarterly
[ ] Semi-Annually  [ ] Annually

• If selecting a deferred payment, the first payment date should be: _____

| Charity Name | Address | Phone | Percentage (%) going to charity |
|---|---|---|---|
| _Stephen F. Austin_ | | | |
| _Kilgore Jr. College_ | | | |
| _Charles W & Mary J Welch Family_ _Foundation_ | | | _100_ |
| | | | |
| | | | |

Gift will be endowed to charity unless otherwise specified.

MAF007263

# MID-AMERICA FOUNDATION
## CLIENT RECEIPT

Mid–America Foundation, Inc, hereby acknowledges receipt of $ _500,000_

from _Charles & Mary Welch_ as Donor, for the purchase of a Charitable Gift Annuity as outlined below:

(Print Donor's Full Name)

       [ ] One Life / Immediate Payment
       [ ] One Life / Deferred Payment
       [X] Two Lives / Joint and Survivor Immediate / Successive Payment*
       [ ] Two Lives / Joint and Survivor Deferred / Successive Payment*
       [ ] Fixed Term (College Annuity)
       [ ] One Life Deferred with Indeterminate settlement date

The annuity will have scheduled payments:

       [X] Monthly
       [ ] Quarterly
       [ ] Semi-Annually
       [ ] Annually

*All annuity agreements funded with real property will be conditioned upon sale and funding of the annuity contract before payments will commence.*

---

### Charitable Gift Annuity Liquidation and/or Transfer Disclosure

The undersigned Client(s) hereby acknowledge(s) and agree(s) that he/she/they are liquidating and/or transfer-ring the asset(s) identified as _Stock & Securities_ to Mid-America Foundation, Inc. for the purpose of making a charitable gift and for the purpose of entering into a Charitable Gift Annuity Contract with Mid-America Foundation, Inc. The Client(s) acknowledge(s) and agrees(s) that said liquidation and/or transfer of the above identified asset(s) may be subject to an early withdrawal penalty or liquidation loss.

The Donor acknowledges that by entering into a Charitable Gift Annuity Contract with Mid-America Foundation, he/she/they is/are making an irrevocable gift to the Foundation while purchasing a fixed income for the life of the annuitant. The Donor hereby acknowledges that he/she/they has/have been informed of his/her/their absolute right to cancel this contract within three (3) business days of the date below:

X _Charles W Welch_       _5-7-99_
Client's Signature            Date

_Mary J Welch_       _5-7-99_
Spouse's Signature            Date

_____       _5/7/99_
Associate's Signature          Date

---

* Donor retains power to revoke interest of second annuitant (non spouses only)

### Transfer Guidelines

It is imperative that the asset be transferred to Mid-America Foundation, Inc. directly. Real estate should not be under contract for sale, and securities should not be liquidated to provide funds, or favored treatment of gain will be lost.

MAF007264

# MID-AMERICA PROCEDURES
# FOR ISSUANCE OF GIFT ANNUITY

### Checks/Cash

All checks received take three business days to clear. After said time period has passed, the annuity contract will then be issued.

### Stocks/Securities

Stocks/Securities take approximately fifteen (15) to thirty (30) days for ownership transfer. Value of stock/securities is determined by date on new certificate or date transfer is made in Mid-America Foundation's brokerage account. The annuity contract will be issued once final value is determined. Please contact Mid-America Foundation, Inc. for Transfer of Ownership forms.

### Life Insurance/Annuities

Life Insurance/Annuities transfer will take approximately thirty (30) days. Once ownership transfer has been completed and surrender value determined, the annuity contract will then be issued.

### Real Estate

Please call Mid-America Foundation, Inc. for specifics on each individual case.

---

### FORMULA TO DETERMINE PAYMENT DATE

If monies and verification of transfer are received or a check has cleared at Mid-America Foundation's Bank by the 20th of the current month, payment will be made on the first day of the following month. If monies and verification are received after the 20th of the current month, payment will not be made on the first day of the following month, but the month after. (i.e. If monies are verified on January 15th, payment will begin on February 1st. If monies are verified on January 25th, payment will begin on March 1st.)

---

May, 1999

Mr. and Mrs. Charles W. Welch
3412 Pearl St.
Kilgore, TX 75662

RE:     Gift Annuity Certificate No. 20706

Dear Mr. and Mrs. Welch:

This letter is to serve as confirmation that one Charitable Gift Annuity in the amount of $102,500.00 has been issued in the name of Charles W. Welch and Mary J. Welch.   The certificate  and contract have been forwarded to Mr. Lankford for delivery to you.  Please sign the enclosed delivery receipt and return it to us at your earliest convenience.  Our address is:

> Mid-America Foundation, Inc.
> 8630 E. Via De Ventura
> Suite 100
> Scottsdale, Arizona 85258

Thank you for allowing us the opportunity to assist you with your Charitable and Estate Planning needs.

Sincerely,


Robert R. Dillie
Executive Director

/fim


Enclosure

MAF007247

Contract Number:      20706

THE FOUNDATION CERTIFIES THAT, CHARLES W. WELCH AND MARY J. WELCH AS EVIDENCE OF THEIR DESIRE TO SUPPORT THE WORK OF **MID-AMERICA FOUNDATION, INC.** AND TO MAKE A CHARITABLE GIFT, HAS THIS DAY CONTRIBUTED TO THE FOUNDATION FOR THE USE AND BENEFIT OF THE CHARITIES NAMED HEREIN.

**I.        CONTRACT TERMS**

MID-AMERICA FOUNDATION, INC. WILL PAY A JOINT AND SURVIVORSHIP AN ANNUITY TO **CHARLES W. WELCH**, BORN NOVEMBER 22, 1932, SOCIAL SECURITY NUMBER 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, RESIDING AT 3412 PEARL ST., KILGORE, TX 75662, AND MARY J. WELCH, BORN AUGUST 1, 1938, SOCIAL SECURITY NUMBER 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, RESIDING AT 3412 PEARL ST., KILGORE, TX 75662, FOR THEIR JOINT LIVES. THE FIRST PAYMENT SHALL BE IN THE AMOUNT OF $340.29, TO BE PAID ON THE FIRST DAY OF JUNE, 1999, AND CONTINUE MONTHLY THEREAFTER IN THE AMOUNT OF **$555.21**, UNTIL THE PASSING OF THE SECOND TO DIE.

THE OBLIGATION OF THE FOUNDATION TO MAKE ANNUITY PAYMENTS SHALL CONTINUE TO THE SURVIVOR FOR HIS/HER LIFETIME BEGINNING WITH THE PAYMENT FOR THE FIRST PERIOD SUCCEEDING THE DEATH OF THE FIRST ANNUITANT TO DIE. THIS ANNUITY IS NONASSIGNABLE EXCEPT TO THE FOUNDATION AND IS IRREVOCABLE.

THE FOUNDATION CERTIFIES THAT, DONOR, AS EVIDENCE OF THEIR DESIRE TO SUPPORT THE WORK OF **MID-AMERICA FOUNDATION**, AND TO MAKE A CHARITABLE GIFT, HAS THIS DAY CONTRIBUTED TO THE FOUNDATION AND HAS REQUESTED THAT THE GIFT BE MADE AVAILABLE FOR THE USE AND BENEFIT OF THE FOLLOWING:

CHARLES W. AND MARY J. WELCH FAMILY FOUNDATION

MID-AMERICA FOUNDATION HEREBY ACKNOWLEDGES RECEIPT OF $ 102,500.00.
THE LAWS OF THE STATE OF ARIZONA SHALL GOVERN THIS ANNUITY.

THIS CONTRACT IS A LEGAL CONTRACT BETWEEN CHARLES W. WELCH, MARY J. WELCH AND **MID-AMERICA FOUNDATION, INC.** IT IS ISSUED IN CONSIDERATION OF THE APPLICATION AND THE PAYMENT OF THE INITIAL PURCHASE PAYMENT AS PROVIDED IN THIS CONTRACT.

THIS CHARITABLE GIFT ANNUITY IS NOT INSURANCE UNDER THE LAWS OF THE STATE OF TEXAS AND IS NOT SUBJECT TO REGULATION BY THE DEPARTMENT OF INSURANCE OR PROTECTED BY GUARANTY ASSOCIATION WITH THE DEPARTMENT OF INSURANCE.

IF DONOR HAS ANY QUESTIONS, NEEDS INFORMATION ABOUT THEIR CONTRACT OR NEEDS ASSISTANCE IN RESOLVING A COMPLAINT, DONOR CAN WRITE TO MID-AMERICA FOUNDATION, INC. AT 8630 E. VIA DE VENTURA, SUITE 100, SCOTTSDALE, ARIZONA 85258 OR CALL 1- (800)-535-7722.

MAF007276

Mid America Foundation, Inc. Texas Annuity Form 4-99-*

## II.    THE PERSONS INVOLVED

**OWNER:**  THE PERSON(S) NAMED AS DONOR/ANNUITANT AT THE TIME OF APPLICATION IS THE OWNER OF THIS CONTRACT, UNLESS SUBSEQUENTLY CHANGED.  AS OWNER, DONOR MAY EXERCISE ALL RIGHTS STATED IN THIS CONTRACT SUBJECT TO THE RIGHTS OF ANY IRREVOCABLE BENEFICIARY.

**ANNUITANT:**  THE PERSON(S) NAMED AT THE TIME OF APPLICATION IS THE ANNUITANT, UNLESS SUBSEQUENTLY CHANGED.  THE ANNUITANT WILL CHANGE IF AND ONLY IF;

(A)    THE ANNUITANT DIES;
(B)    THE ANNUITANT IS SOMEONE OTHER THAN DONOR WHO DIES; AND
(C)    THE CONTRACT PROVIDES INITIALLY THAT THERE WILL BE A PERMITTED SUCCESSOR SECOND-LIFE ANNUITANT.

**BENEFICIARY:**  THE BENEFICIARY SHALL BE THE MID-AMERICA FOUNDATION, INC. OF SCOTTSDALE, ARIZONA.  IF MID-AMERICA FOUNDATION, INC. SHOULD NO LONGER BE IN EXISTENCE, THE BENEFICIARY SHALL BE ITS CORPORATE SUCCESSOR, OR SUCH PARTY AS MAY HAVE BEEN DESIGNATED AS SUCCESSOR BY ANY APPROPRIATE COURT ORDER, BUT UNDER NO CONDITION SHALL THE BENEFICIARY BE ANY INSTITUTION WHICH IS NOT AN APPROVED CHARITY UNDER IRC SECTION 501(c)(3), OR SUCH CODE SECTIONS AS MAY BE SUBSEQUENTLY ENACTED, TO QUALIFY DONOR/ANNUITANT'S CHARITABLE GIFT FOR THE APPROPRIATE CHARITABLE DEDUCTION.

UPON FIRST ANNUITANT'S DEATH WHERE THE ANNUITY IS A TWO-LIFE CONTRACT, THE FOUNDATION MUST BE PROVIDED WITH DUE PROOF OF DEATH.

DUE PROOF OF DEATH IS ONE OF THE FOLLOWING;

(A)    A CERTIFIED COPY OF A DEATH CERTIFICATE; OR
(B)    A CERTIFIED COPY OF A DECREE OF A COURT OF COMPETENT JURISDICTION AS TO A FINDING OF DEATH, OR
(C)    ANY OTHER PROOF ACCEPTABLE TO MID-AMERICA FOUNDATION.

## III.    CONTRACT

THIS CONTRACT AND ANY ATTACHED APPLICATION, AMENDMENTS TO ANY ATTACHED APPLICATION AND ANY ATTACHED RIDERS OR ENDORSEMENTS COMPRISE THE ENTIRE CONTRACT.  ALL STATEMENTS MADE IN ANY APPLICATION ARE ASSUMED, IN THE ABSENCE OF FRAUD, TO BE REPRESENTATIONS AND NOT WARRANTIES.  ANY CHANGES, MODIFICATIONS OR WAIVERS MUST BE IN WRITING.  NO AGENT OR PERSON OTHER THAN ONE OF MID-AMERICA FOUNDATION'S OFFICERS HAS THE AUTHORITY TO CHANGE OR MODIFY THIS CONTRACT OR WAIVE ANY OF ITS PROVISIONS. MID-AMERICA FOUNDATION MAY NOT MODIFY THIS CONTRACT WITHOUT DONOR'S CONSENT, EXCEPT TO MAKE IT COMPLY WITH ANY CHANGES IN THE INTERNAL REVENUE CODE, OR AS REQUIRED BY ANY OTHER APPLICABLE LAW.

**ASSIGNMENT.**  DONOR/ANNUITANT(S) MAY NOT ASSIGN AN INTEREST IN THIS CONTRACT, OTHER THAN TO ASSIGN HIS/HER REMAINING FULL INTEREST IN THE ANNUITY TO THE FOUNDATION.

MAF007277

**POWER TO REVOKE.** DONOR RESERVES THE RIGHT TO REVOKE ALL OR ANY PART OF THE SCHEDULED PAYMENTS TO SECOND ANNUITANT (IF 2 LIFE ANNUITY), TO ANNUITANT (IF DONOR IS NOT AN ANNUITANT), OR TO SPOUSE, AS TO ANY EXTENDED PAYMENTS PAST LIFE EXPECTANCY, ON A JOINT AND SURVIVOR ANNUITY BETWEEN SPOUSES. DONOR MUST PROVIDE THE FOUNDATION WITH A MINIMUM 60 DAY NOTICE, WHICH HAS BEEN WITNESSED AND NOTARIZED, TO EXERCISE THIS POWER OF REVOCATION.

**PREMIUM TAX.** PREMIUM TAXES ARE ANY TAXES RELATED TO THIS CONTRACT IMPOSED ON MID-AMERICA FOUNDATION BY STATES OR OTHER GOVERNMENTAL JURISDICTIONS. IF AND WHEN MID-AMERICA FOUNDATION INCURS PREMIUM TAXES, MID-AMERICA FOUNDATION WILL DEDUCT SUCH TAXES FROM THE ACCOUNT VALUE. SUCH TAXES MAY BE IMPOSED AT THE TIME THE PURCHASE PAYMENT IS MADE, ON THE DATE THE ACCOUNT VALUE IS APPLIED TO A SETTLEMENT OPTION, THE DATE ANY WITHDRAWALS ARE MADE, OR ON OTHER DATES. THE TIME AT WHICH A PREMIUM TAX, IF ANY, IS IMPOSED MAY DEPEND ON DONOR'S PLACE OF RESIDENCE. WHEN MID-AMERICA FOUNDATION HAS AN OPTION AS TO WHEN TO PAY PREMIUM TAXES, MID-AMERICA FOUNDATION MAY POSTPONE THE PAYMENT UNTIL THE LATEST POSSIBLE DATE.

**ANNUAL STATEMENT.** AT LEAST ONCE EACH CONTRACT YEAR, MID-AMERICA FOUNDATION WILL SEND CLIENT A STATEMENT CONTAINING INFORMATION ON THIS CONTRACT, INCLUDING THE ACCOUNT VALUE. THE INFORMATION PRESENTED WILL COMPLY WITH THEN CURRENT REPORTING LAWS.

**INCONTESTABILITY.** MID-AMERICA FOUNDATION WILL NOT CONTEST THE VALIDITY OF THIS CONTRACT AFTER THE ISSUE DATE.

**MISSTATEMENT OF MATERIAL FACT.** IF THE DATE OF BIRTH OR THE SEX OF THE ANNUITANT OR ANY MATERIAL FACT HAS BEEN MISSTATED, THE AMOUNT OF THE PAYMENTS SHALL BE BASED ON THE CORRECTED INFORMATION WITHOUT CHANGING THE DATE OF THE FIRST PAYMENT. THE DOLLAR AMOUNT OF ANY UNDERPAYMENT MADE BY MID-AMERICA FOUNDATION SHALL BE PAID WITH THE NEXT PAYMENT DUE THE PAYEE. THE DOLLAR AMOUNT OF ANY OVERPAYMENT MADE BY MID-AMERICA FOUNDATION DUE TO ANY MISSTATEMENT BE DEDUCTED FROM ANY FUTURE PAYMENTS TO THE PAYEE. MID-AMERICA FOUNDATION SHALL HAVE THE RIGHT TO CORRECT SCRIVENER'S ERRORS.

**SETTLEMENTS.** MID-AMERICA FOUNDATION MAY REQUIRE THAT THIS CONTRACT BE RETURNED TO MID-AMERICA FOUNDATION PRIOR TO ANY SETTLEMENT.

**SETTLEMENT TERMS AND CONDITIONS.** ON THE ANNUITY STARTING DATE, MID-AMERICA FOUNDATION WILL DISTRIBUTE THE ACCOUNT VALUE UNDER THE SETTLEMENT OPTION DESCRIBED IN THE SETTLEMENT OPTIONS SECTION. THE ANNUITY PAYMENTS SHALL BE PAID AS INDICATED ON THE CONTRACT DATA PAGE. THE OPTIONS INCLUDE THE FOLLOWING:

**OPTIONS 1 & 2  PAYMENT FOR ANNUITANT'S LIFETIME - IMMEDIATE, AND PAYMENT FOR SECOND ANNUITANT'S LIFETIME - IMMEDIATE** IF A SETTLEMENT OPTION DEPENDS ON A PERSON'S LIFE, MID-AMERICA FOUNDATION MAY REQUIRE:

    (A)    DUE PROOF OF AGE OR SEX BEFORE PAYMENTS BEGIN; AND

    (B)    DUE PROOF THAT THE PERSON IS STILL ALIVE BEFORE MID-AMERICA FOUNDATION MAKES EACH PAYMENT, UPON REASONABLE CAUSE TO BELIEVE THAT THE PERSON IS NO LONGER LIVING.

**OPTIONS 3 & 4  PAYMENTS BEGINNING AT A DEFERRED DATE -SINGLE AND TWO LIFE ANNUITIES** PAYMENTS MAY BE DEFERRED FOR A STATED NUMBER OF YEARS INDICATED ON THE CONTRACT DATA PAGE. PAYMENTS SHALL THEN CONTINUE FOR ANNUITANT'S LIFE OR TWO ANNUITANTS' LIVES, AS INDICATED ON THE CONTRACT DATA PAGE ATTACHED HERETO.

MAF007278

Mid-America Foundation, Inc   Texas Annuity Form 4/99/5

**OPTION 5 - COLLEGE ANNUITY** PAYMENTS SHALL BE MADE TO THE NAMED PAYEE FOR PURPOSES OF EDUCATION OVER A STATED TERM OF YEARS. PAYMENTS SHALL BE DEFERRED AS INDICATED ON THE CONTRACT DATA PAGE.

DONOR MAY MAKE ADDITIONAL DEPOSITS, ACCORDING TO THE SCHEDULE SHOWN ON THE CONTRACT DATA PAGE CONTAINED HEREIN.

**OPTION 6 - DEFERRED, WITH INDETERMINATE SETTLEMENT DATE** PAYMENTS SHALL BE DEFERRED, WITH DISBURSEMENTS TO COMMENCE AT DATE TO BE SUBSEQUENTLY DETERMINED BY ANNUITANT, BY NOTICE IN CONTENT AND FORMAT INDICATED BELOW.

**OPTION 7 - OTHER PAYMENTS** THE PROCEEDS MAY BE USED TO SET UP ANY OTHER SETTLEMENT OPTION THAT IS AGREED TO BY DONOR AND MID-AMERICA FOUNDATION.

**OPTION 8 - CONVERSION** DONOR/ANNUITANT MAY CONVERT FROM A TWO LIFE ANNUITY TO A SINGLE LIFE, OR VICE-VERSA, UPON WRITTEN REQUEST. THE FOUNDATION SHALL RECOMPUTE THE ANNUITY CALCULATIONS RESULTING FROM SAID CONVERSION REQUEST, AND SUBMIT SAME TO ANNUITANT. THE NEW PROVISIONS AND FIGURES SHALL GOVERN UPON AMENDMENT, OR CANCELLATION AND REISSUE OF A NEW CONTRACT, EXECUTED BY ALL DONORS/ANNUITANTS AND MID-AMERICA FOUNDATION, INC.

**OPTION 9 -** THE PROCEEDS SHALL BE VESTED IN TRUSTEE IMMEDIATELY, BUT EXACT DETERMINATION OF FINAL ANNUITY AND DEDUCTION FIGURES WILL BE ADJUSTED UPON OBTAINING FINAL DOCUMENTATION AS TO VALUATION.

**OPTION 10 -** RETENTION OF A LIFE ESTATE IN DONOR'S HOMESTEAD, WITH REMAINDER INTEREST TO FOUNDATION.

**SETTLEMENT** ANY PAYMENT BY MID-AMERICA FOUNDATION UNDER THIS CONTRACT IS PAYABLE AT OUR HOME OFFICE. SETTLEMENT OPTIONS ELECTED SUBSEQUENT TO THE ANNUITY DATE SHALL BE CALCULATED AT IRS TABLES AND RATES IN EFFECT AT ISSUE DATE. NO ADJUSTMENT SHALL BE MADE SUBSEQUENTLY DUE TO CHANGES IN ACTUARIAL VALUES FOR LIFE EXPECTANCY IN ANY IRS TABLE.

**PAYMENT ALLOCATION** - DONOR ACKNOWLEDGES THAT ALL PAYMENT ALLOCATIONS AS TO CAPITAL GAIN, TAX-FREE, OR ORDINARY INCOME ARE BASED ON THE COST BASIS PROVIDED BY DONOR. THE FOUNDATION ASSUMES NO RESPONSIBILITY FOR INCORRECT 1099R FORMS BASED ON INCORRECT COST BASIS PROVIDED.

**EVIDENCE OF SURVIVAL** WHEN ANY PAYMENT DEPENDS UPON A PERSON BEING ALIVE ON ANY DATE, MID-AMERICA FOUNDATION SHALL HAVE THE RIGHT TO REQUIRE DUE PROOF THAT SUCH PERSON WAS ALIVE ON SUCH DATE. NO PAYMENT WILL BE MADE UNTIL SUCH PROOF HAS BEEN RECEIVED. THE HOME OFFICE SHALL SUSPEND PAYMENTS UNTIL DOCUMENTATION, SUFFICIENT, IN ITS SOLE DISCRETION, TO ESTABLISH THE NECESSARY PROOF, HAS BEEN PROVIDED. AFTER THREE YEARS, IF SAID PROOF IS NOT FORTHCOMING, THE FOUNDATION'S OBLIGATION TO MAKE PAYMENTS SHALL TERMINATE AND THE FOUNDATION SHALL HAVE NO FURTHER OBLIGATION TO ANY ANNUITANT.

**INTEGRATION** THIS AGREEMENT CONSTITUTES THE ENTIRE AGREEMENT AMONG THE PARTIES. IT SUPERSEDES ANY PRIOR AGREEMENT OR UNDERSTANDINGS AMONG THEM, AND IT MAY NOT BE MODIFIED OR AMENDED IN ANY MANNER OTHER THAN AS SET FORTH HEREIN.

**GOVERNING LAW** THIS AGREEMENT AND THE RIGHTS OF THE PARTIES HEREUNDER SHALL BE GOVERNED BY AND INTERPRETED IN ACCORDANCE WITH THE LAWS OF THE STATE OF ARIZONA.

**SUCCESSORS AND ASSIGNS** EXCEPT AS HEREIN OTHERWISE SPECIFICALLY PROVIDED, THIS AGREEMENT SHALL BE BINDING UPON AND INURE TO THE BENEFIT OF THE PARTIES AND THEIR LEGAL REPRESENTATIVES, HEIRS, ADMINISTRATORS, EXECUTORS, SUCCESSORS AND ASSIGNS.

Mid-America Foundation, Inc  Texas Annuity Form 4/99-2

MAF007279

**NUMBER AND GENDER**  WHEREVER FROM THE CONTEXT IT APPEARS APPROPRIATE, EACH TERM STATED IN EITHER THE SINGULAR OR THE PLURAL SHALL INCLUDE THE SINGULAR AND THE PLURAL, AND PRONOUNS STATED IN EITHER THE MASCULINE, THE FEMININE, OR THE NEUTER GENDER SHALL INCLUDE THE MASCULINE, FEMININE AND NEUTER.

**CAPTIONS**  CAPTIONS CONTAINED IN THIS AGREEMENT ARE INSERTED ONLY AS A MATTER OF CONVENIENCE AND IN NO WAY DEFINE, LIMIT OR EXTEND THE SCOPE OR INTENT OF THIS AGREEMENT OR ANY PROVISION HEREOF.

**SEVERABILITY**  IF ANY PROVISION OF THIS AGREEMENT, OR THE APPLICATION OF SUCH PROVISION TO ANY PERSON OR CIRCUMSTANCE, SHALL BE HELD INVALID, THE REMAINDER OF THIS AGREEMENT, OR THE APPLICATION OF SUCH PROVISION TO PERSONS OR CIRCUMSTANCES OTHER THAN THOSE TO WHICH IT IS HELD INVALID, SHALL NOT BE AFFECTED THEREBY.

**COUNTERPARTS**  THIS AGREEMENT MAY BE EXECUTED IN MULTIPLE COUNTERPARTS, EACH OF WHICH SHALL BE DEEMED AN ORIGINAL BUT ALL OF WHICH SHALL CONSTITUTE ONE AND THE SAME INSTRUMENT.

**NOTICES**  ALL NOTICES AND DEMANDS REQUIRED OR PERMITTED UNDER THIS AGREEMENT SHALL BE DEEMED PROPERLY GIVEN AND EFFECTIVE UPON RECEIPT (OR, IF REFUSED, UPON THE DATE OF SUCH REFUSAL) IF IN WRITING AND SENT BY U.S. REGISTERED OR CERTIFIED MAIL, POSTAGE PREPAID, OVERNIGHT AIR COURIER OR PERSONAL DELIVERY TO THE PARTIES AT THEIR ADDRESSES AS SHOWN FROM TIME TO TIME ON THE RECORDS OF THE ANNUITY CONTRACT. ANY PARTY MAY SPECIFY A DIFFERENT ADDRESS BY NOTIFYING THE OTHER PARTY IN WRITING OF SUCH DIFFERENT ADDRESS.

**PAYMENT AT DEATH OF LAST SURVIVING PAYEE**  AFTER THE LAST DESIGNATED PAYEE HAS DIED, MID-AMERICA FOUNDATION WILL PAY ANY REMAINING PAYMENTS, IF REQUIRED BY A TERM SCHEDULE, IN ONE LUMP SUM TO THE ESTATE OF THE ANNUITANT. PAYMENTS EXCEEDING ANNUITANT'S LIFE EXPECTANCY MAY REQUIRE PAYMENTS FROM THE REMAINDER INTEREST.

WITH A GIFT ANNUITY, YOU SIMULTANEOUSLY MAKE A CHARITABLE GIFT AND PROVIDE GUARANTEED PAYMENTS FOR LIFE TO YOURSELF AND/OR ANOTHER PERSON. THE FACT THAT YOU ARE MAKING A CHARITABLE GIFT MAY ENTITLE YOU TO INCOME, GIFT, AND ESTATE TAX DEDUCTIONS.

THESE PAYMENTS ARE A GENERAL OBLIGATION OF OUR ORGANIZATION, AND THEY ARE BACKED BY ALL OF OUR ASSETS. AT PRESENT, OUR TOTAL INVESTED FUNDS ARE IN STOCKS, BONDS, MONEY MARKET FUNDS, AND FEDERAL OBLIGATIONS.

RESPONSIBILITY FOR GOVERNING THE **MID-AMERICA FOUNDATION** IS VESTED IN A BOARD OF DIRECTORS COMPRISED OF THREE PERSONS, WHO ARE NOMINATED BY THE EXECUTIVE DIRECTOR OF THE FOUNDATION.

COMMON INVESTMENT FUNDS MANAGED BY OUR ORGANIZATION ARE EXEMPT FROM REGISTRATION REQUIREMENTS OF THE FEDERAL SECURITIES LAWS, PURSUANT TO THE EXEMPTION FOR COLLECTIVE INVESTMENT FUNDS AND SIMILAR FUNDS MAINTAINED BY CHARITABLE ORGANIZATIONS UNDER THE PHILANTHROPY PROTECTION ACT OF 1995 (P.L. 104-62). INFORMATION IN THIS DOCUMENT IS PROVIDED TO YOU IN ACCORDANCE WITH THE REQUIREMENTS OF THAT ACT. MID-AMERICA FOUNDATION ACKNOWLEDGES THAT IT WILL BE GUIDED BY DONOR'S WRITTEN REQUEST IN ITS DISTRIBUTION OF THE CHARITABLE REMAINDER TO THE EXTENT PERMITTED BY ALL RELEVANT LAWS IN EXERCISE OF ITS FIDUCIARY POWERS, AS DETERMINED BY ITS BOARD OF DIRECTORS.

**IN WITNESS WHEREOF,** THE FOUNDATION HAS EXECUTED THIS INSTRUMENT.

MID-AMERICA FOUNDATION, INC.

**BY:**_____          **Date: May 13, 1999**
     Robert R. Dillie
     Executive Director

MAF007280

Mid-America Foundation, Inc. Texas Annuity Form 4/99/05

### MID-AMERICA FOUNDATION, INC.
### IMMEDIATE OR DEFERRED ANNUITY

## IV.  DEFINITIONS

**Age:**  The Annuitant's age on his or her last birthday.

**Annuitant:**  The person to whom Mid-America Foundation is obligated to initially make periodic payments, according to the terms of the Contract Data Page.

**Annuity Starting Date:**  The Annuity Starting Date is shown on the Contract Data Page.

**Beneficiary:**  The Beneficiary shall be Mid-America Foundation, who shall receive the charitable remainder portion of the charitable gift, unless agreed differently in writing by the parties.

**Charitable Deduction:**  The tax deduction as defined by Sections 170, 664 and 2055 and 2522 of the Internal Revenue Code, and as subsequently modified by amendments to these and other relevant Code sections.

**Charitable Gift:**  The transfer by a donor of an asset for the purposes described in Sections 170, 664, 2055 and 2522 of the Internal Revenue Code, all or part of which may qualify the donor for a charitable deduction, and part of which is the purchase price of an annuity to be provided by the Foundation.

**Contract Anniversary:**  The anniversary of the Issue Date for every year this Contract is in force.

**Contract Data Page:**  The page or pages of the contract between Mid-America Foundation and Annuitant, which spells out all options, payment terms, and performance conditions, which are particular to this annuity agreement, and which are incorporated by reference.

**Contract Year:**  Each period of twelve (12) months beginning on the Issue Date and each Contract Anniversary.

**Donor/Annuitant:**  The party who is making a charitable gift with the intended purpose of making a remainder transfer at death to a Section 501(c)(3) charity, simultaneously with the creation of an annuity interest vesting in himself or herself.

**Foundation:**  An institution which governs itself in all respects necessary as an approved entity under the provisions of Internal Revenue Code Section 501(c)(3).  Where the term "The Foundation" is used, it shall mean the Mid-America Foundation, Inc.

**Issue Date:**  The date this Contract becomes effective if donor is living, and the Charitable Gift has been paid to the Foundation.

**Payee:**    Any party(ies) who receives any proceeds under this Contract.

**Request:**    Request means a request in writing on a form acceptable to Mid-America Foundation, signed and dated by donor and received by Mid-America Foundation, Inc.

**Second Annuitant:**  The party named herein as joint Annuitant or successor-in-interest to Donor/Annuitant.

Mid-America Foundation, Inc. Texas Annuity Form 4/99℠

MAF007281

CHARITABLE GIFT ANNUITY
CONTRACT DATA PAGE

| | | |
|---|---|---|
| CONTRACT NUMBER | . | No. 20706 |
| DATE OF CONTRACT | . | MAY 13, 1999 |
| PURCHASE PAYMENT | . | *$102,500.00* |
| ANNUITANT: | . | CHARLES W. WELCH |

| | | |
|---|---|---|
| ANNUITANT'S AGE ON ISSUE DATE | . | AGE 66 |
| ANNUITANT'S SEX | . | MALE |
| ANNUITANT'S SOCIAL SECURITY NUMBER | . | 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 |
| ANNUITANT'S ADDRESS AND PHONE | . | 3412 PEARL ST. |
| | | KILGORE, TX 75662 |
| | | 903-984-4800 |

| | | |
|---|---|---|
| SECOND-LIFE ANNUITANT | . | MARY J. WELCH |
| ANNUITANT'S AGE ON ISSUE DATE | . | AGE 60 |
| ANNUITANT'S SEX | . | FEMALE |
| ANNUITANT'S SOCIAL SECURITY NUMBER | . | 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 |
| ANNUITANT'S ADDRESS AND PHONE | . | 3412 PEARL ST. |
| | | KILGORE, TX 75662 |
| | | 903-984-4800 |

| | | |
|---|---|---|
| JOINT AND SURVIVOR ANNUITY | . | YES |
| JOINT AND SUCCESSIVE ANNUITY | . | NO |
| TAX BASIS (ATTACH SCHEDULE IF NECESSARY) | . | $ |
| PROPERTY: SEPARATE/ COMMUNITY/JOINT | . | |
| HOLDING PERIOD (ATTACH SCHEDULE IF NECESSARY) | . | |
| ANNUITY STARTING DATE | . | JUNE 1, 1999 |
| DEFERRAL EFFECTIVE DATE | | |
| FIELD AGENT        NAME | . | DWIGHT LANKFORD |
|                   ADDRESS | | 15603 KUYKENDAHL, SUITE 150 |
| | | HOUSTON, TX 77090-3655 |
|                   PHONE | . | 281-444-3774 |

| | | |
|---|---|---|
| PAYMENT AMOUNT | . | $ 555.21 |
| FIRST PRORATED PAYMENT AMOUNT | . | $ 340.29 |
| GUARANTEED ANNUAL RETURN | . | 6.5% |
| OPTIONAL SCHEDULE OF ADDITIONAL CONTRIBUTIONS | . | |

MAF007282

Mid-America Foundation, Inc. Texas Annuity Form 4/99-5

PAGE 2 OF CONTRACT DATA PAGE

PAYMENT OPTIONS:

|   |   |   |
|---|---|---|
| 1 | IMMEDIATE...................1 LIFETIME | |
| 2 | IMMEDIATE...................2 LIFETIME | X |
|   | A: JOINT & SURVIVOR | X |
|   | B: SUCCESSIVE ANNUITANTS | |
| 3 | DEFERRED....................1 LIFETIME | |
|   | DEFERRAL TERM  YRS | |
| 4 | DEFERRED....................2 LIFETIME | |
|   | A: JOINT & SURVIVOR | |
|   | B: SUCCESSIVE ANNUITANTS | |
|   | DEFERRAL TERM  YRS | |
| 5 | COLLEGE ANNUITY | |
| 6. | DEFERRED - UNDETERMINED TERM | |
| 7. | OTHER AS AGREED | |
| 8. | CONVERSION | |
| 9. | CONDITIONAL | |
| 10. | LIFE ESTATE IN HOMESTEAD | |

OPTIONAL SCHEDULE OF ADDITIONAL CONTRIBUTIONS

DATE _____     AMOUNT $ _____
DATE _____     AMOUNT $ _____
DATE _____     AMOUNT $ _____
DATE _____     AMOUNT $ _____

DESIGNATION OF REMAINDER INTEREST:

    (1)    CONTINUE WITH MID-AMERICA FOUNDATION FOR ADMINISTRATION PURSUANT TO OUR STATED CHARITABLE PURPOSES.

X    (2)    PAY REMAINDER UPON DEATH TO :
        (TO THE EXTENT PERMITTED BY
        FEDERAL OR STATE LAW)

        CHARLES W. AND MARY J. WELCH FAMILY FOUNDATION

FURTHER PROVISIONS:

MAF007283

May, 1999

Mr. Dwight Lankford
15603 Kuykendahl, Suite 150
Houston, TX 77090-3655

Dear Mr. Lankford:

It is with great pleasure that I enclose your commission check in the amount of $8,200.00 resulting from the sale of the Charles W. Welch and Mary J. Welch Gift Annuity.

Mid America's growth and success depends on agents of your caliber.  Congratulations on an outstanding job!

Very truly yours,

Robert R. Dillie
Executive Director

MAF007245

CF45482.200510280067.1007 scanned on B1-S17 by Operator KBROWN on Nov 14, 2005 at 07:16:29 AM - Page 9 of 31.





REQUEST  200510280067    8200.00
ROLL 038029  19990616  000000051531627
ACS  P   ACCT  601000003827142
REQUESTER SUBPNA RK 1028050003
(BB) SUBPOENA MID-AMERICA FOUNDATION

TX1-0053
TEXAS PHOTO

# MID-AMERICA
# COMPANIES

## PAY TRANSMITTAL

Please submit this form with all business written and send to Mid-America.

| ✔ | Type of Business | Cost | Payment Received | Balance Due If Any |
|---|---|---|---|---|
| | Document Preparation | $ | $ | $ |

| ✔ | Type of Business | Premium | Payment Received | Balance Due If Any |
|---|---|---|---|---|
| | Life Insurance | $ | $ | $ |
| | Commercial Annuity | $ | $ | $ |
| ✓ | Charitable Gift Annuity | $ *102,500.00* | $ ✓ | $ ✓ |

| | |
|---|---|
| Client Name: *Charles & Mary Welch* | Date: *5-17-99* |
| Writing Associate Name: *Mid-America Estate Services, LLC.* | Associate I.D. #: |
| Payee Name & Address below: | MAC Code #: *20706* |
| | Company Business Written With: *MAF* |
| Commission %: *8* | Actual Amount of Premium: *102,500.00* |
| Overrides: | |
| 1 | Policy Number: |
| 2 | |
| 3 | Amount Due Agent: *8200.00* |

### FOR ACCOUNTING USE ONLY

Amount Paid to Agent: $_____      Date Paid:_____

MAF007261