# CHARITABLE GIFT ANNUITY
# CLIENT INFORMATION



**MID-AMERICA FOUNDATION**

STRENGTH & CONFIDENCE THROUGH EXPERIENCE

# CONFIDENTIAL

The information in this document is personal and confidential

*8630 E. Via de Ventura, Suite 100*
*Scottsdale, AZ 85258*
*Tel: (800) 535-7722  Fax: (602) 483-2063*
*website: www.mid-americacompanies.com*
*e-mail address: mkt@mid-americatrust.com*
Exhibit 94

MAF003974

| HOME OFFICE USE ONLY | |
|---|---|
| Date Received: 5|18|99 | |
| Gift Amount: _____ | |

\# 20708

Client's Last Name    First Name    M.I.
301 - 663 - 0999
Client's Phone No. #
MARTIN v. BEESON    B9914
Associate's Name    Associate's I.D. #
30-352-6624
Associate's Phone No. #
12527 WINDOVER TURN BOWE MD 20715
Associate's Address

# MID-AMERICA FOUNDATION
# CHARITABLE GIFT ANNUITY

**Personal Data**

Donor's Full Name: Joseph P. Sheridan    Address: 6879 Snowberry Ct
City: Frederick    State: Maryland    Zip: 21703
Home Phone Number: (301) 663-0949    Alternate Phone Number: (___)
S.S. #: 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    D.O.B.: 4-22-15    Place of Birth: Joliet, Ill
Current Tax Bracket: 28 %

If Donor is NOT the Annuitant OR if there is a Second Annuitant, please provide the following information:
Full Name: Philip D. Sheridan    Relationship: Son
Address: 1589 Jackson St    City: Charleston    State: W Va.    Zip: 25314
Home Phone Number: (304) 346-2344    Alternate Phone Number: (___)
S.S. #: 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    D.O.B.: 9-16-54    Place of Birth: West Virginia

**Asset/Financial Information**

Type of Asset being used to fund the annuity: (Attach Schedule as Needed)
[ ] Cash
[X] Stock/Securities
[ ] Real Estate
[ ] Is this the separate property of one spouse?    Holding period: _____
[ ] Other

Fair Market Value: 500000 +/-    Cost Basis: 10% (50000)

**Desired Pay Out from Annuity:**

[ ] 5%    [ ] 6%
[ ] 7%    [ ] 8%
[ ] Other: _____%

**Desired Payment Frequency:**

[ ] Monthly    [X] Quarterly
[ ] Semi-Annually    [ ] Annually

• If selecting a deferred payment, the first payment date should be: _____

| Charity Name | Address | Phone | Percentage (%) going to charity |
|---|---|---|---|
| Catholic Diocese of Baltimore | Retired Priest Fund. | | 100 |
| | | | |
| | | | |
| | | | |

Gift will be endowed to charity unless otherwise specified.

MAF003975

# MID-AMERICA FOUNDATION
## CLIENT RECEIPT

Mid–America Foundation, Inc. hereby acknowledges receipt of $ ___50 000 00___ _____

from _Joseph P Sheridan_____ as Donor, for the purchase of a Charitable Gift Annuity as outlined below:

(Print Donor's Full Name)

[ ] One Life / Immediate Payment
[ ] One Life / Deferred Payment
[X] Two Lives / Joint and Survivor Immediate / Successive Payment*
[ ] Two Lives / Joint and Survivor Deferred / Successive Payment*
[ ] Fixed Term (College Annuity)
[ ] One Life Deferred with Indeterminate settlement date

The annuity will have scheduled payments:

[ ] Monthly
[X] Quarterly
[ ] Semi-Annually
[ ] Annually

*All annuity agreements funded with real property will be conditioned upon sale and funding of the annuity contract before payments will commence.*

---

### Charitable Gift Annuity Liquidation and/or Transfer Disclosure

The undersigned Client(s) hereby acknowledge(s) and agree(s) that he/she/they are liquidating and/or transfer-
ring the asset(s) identified as __Stock_____ to Mid-America Foundation, Inc. for the
purpose of making a charitable gift and for the purpose of entering into a Charitable Gift Annuity Contract
with Mid-America Foundation, Inc. The Client(s) acknowledge(s) and agrees(s) that said liquidation and/or
transfer of the above identified asset(s) may be subject to an early withdrawal penalty or liquidation loss.

The Donor acknowledges that by entering into a Charitable Gift Annuity Contract with Mid-America
Foundation, he/she/they is/are making an irrevocable gift to the Foundation while purchasing a fixed income
for the life of the annuitant. The Donor hereby acknowledges that he/she/they has/have been informed of
his/her/their absolute right to cancel this contract within three (3) business days of the date below:

X _Joseph P. Sheridan_____      _5-11-99_____
     Client's Signature                         Date

_____      _____
     Spouse's Signature                         Date

_Martin Re_____      _5-11-99_____
     Associate's Signature                      Date

---

* Donor retains power to revoke interest of second annuitant (non spouses only)

### Transfer Guidelines

It is imperative that the asset be transferred to Mid-America Foundation, Inc. directly. Real estate should not
be under contract for sale, and securities should not be liquidated to provide funds, or favored treatment of
gain will be lost.

MAF003976

# MID-AMERICA PROCEDURES
# FOR ISSUANCE OF GIFT ANNUITY

### Checks/Cash

All checks received take three business days to clear. After said time period has passed, the annuity contract will then be issued.

### Stocks/Securities

Stocks/Securities take approximately fifteen (15) to thirty (30) days for ownership transfer. Value of stock/securities is determined by date on new certificate or date transfer is made in Mid-America Foundation's brokerage account. The annuity contract will be issued once final value is determined. Please contact Mid-America Foundation, Inc. for Transfer of Ownership forms.

### Life Insurance/Annuities

Life Insurance/Annuities transfer will take approximately thirty (30) days. Once ownership transfer has been completed and surrender value determined, the annuity contract will then be issued.

### Real Estate

Please call Mid-America Foundation, Inc. for specifics on each individual case.

---

### FORMULA TO DETERMINE PAYMENT DATE

If monies and verification of transfer are received or a check has cleared at Mid-America Foundation's Bank by the 20th of the current month, payment will be made on the first day of the following month. If monies and verification are received after the 20th of the current month, payment will not be made on the first day of the following month, but the month after. (i.e. If monies are verified on January 15th, payment will begin on February 1st. If monies are verified on January 25th, payment will begin on March 1st.)

---

MAF003977

# MID-AMERICA
## COMPANIES

## PAY TRANSMITTAL

Please submit this form with all business written and send to Mid-America.

| ✔ | Type of Business | Cost | Payment Received | Balance Due If Any |
|---|---|---|---|---|
| | Document Preparation | $ | $ | $ |

| ✔ | Type of Business | Premium | Payment Received | Balance Due If Any |
|---|---|---|---|---|
| | Life Insurance | $ | $ | $ |
| | Commercial Annuity | $ | $ | $ |
| ✔ | Charitable Gift Annuity | $ 49,183.47 | $ ✔ | $ ✔ |

| | | |
|---|---|---|
| Client Name: *Joseph P. Sheridan* | Date: *5-27-99* | |
| Writing Associate Name: *Martin Beeson* | Associate I.D. #: | |
| Payee Name & Address below: | MAC Code #: *20708* | |
| | Company Business Written With: *MAF* | |
| Commission %: *4%* | Actual Amount of Premium: *49,183.47* | |
| Overrides: | | |
| 1 *Mid-America Estate Services, LLC  4%* | Policy Number: | |
| 2 | | |
| 3 | Amount Due Agent: *1967.34* | |

*Mid-Am Est. Svcs, LLC : 1967.34*

### FOR ACCOUNTING USE ONLY

Amount Paid to Agent: $_____        Date Paid:_____

MAF003978

Mid-America Companies
Corporate Headquarters • 8630 East Via de Ventura • Suite 100 • Scottsdale, Arizona 85258 • (800) 535-7722 • Fax (602) 483-2063
Website: http://www.mid-americatrust.com • E-Mail: mkt@mid-americatrust.com

Contract Number:      20708

THE FOUNDATION CERTIFIES THAT, JOSEPH P. SHERIDAN AS EVIDENCE OF HIS DESIRE TO SUPPORT THE WORK OF **MID-AMERICA FOUNDATION, INC.** AND TO MAKE A CHARITABLE GIFT, HAS THIS DAY CONTRIBUTED TO THE FOUNDATION FOR THE USE AND BENEFIT OF THE CHARITIES NAMED HEREIN.

**I.      CONTRACT TERMS**

MID-AMERICA FOUNDATION, INC. WILL PAY AN ANNUITY TO **JOSEPH P. SHERIDAN**, BORN APRIL 22, 1915, SOCIAL SECURITY NUMBER 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, RESIDING AT 6879 SNOWBERRY CT., FREDERICK, MD 21703, FOR HIS LIFE. THE FIRST PAYMENT SHALL BE IN THE AMOUNT OF $291.96, TO BE PAID ON THE FIRST DAY OF JULY, 1999, AND CONTINUE QUARTERLY THEREAFTER IN THE AMOUNT OF **$737.76**. UPON THE FIRST ANNUITANT'S DEATH, THE ANNUITY SHALL THEN BE PAID TO PHILIP D. SHERIDAN, BORN SEPTEMBER 16, 1954, SOCIAL SECURITY NUMBER 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, RESIDING AT 1589 JACKSON ST., CHARLESTON, W.VA. 25314, FOR HIS LIFETIME.

THE OBLIGATION OF THE FOUNDATION TO MAKE ANNUITY PAYMENTS SHALL CONTINUE TO THE SURVIVOR FOR HIS/HER LIFETIME BEGINNING WITH THE PAYMENT FOR THE FIRST PERIOD SUCCEEDING THE DEATH OF THE FIRST ANNUITANT TO DIE. UPON THE DEATH OF JOSEPH P. SHERIDAN THE ANNUITY PAYMENT SHALL CONTINUE PURSUANT TO THE ORIGINAL TERMS STATED ABOVE. THIS ANNUITY IS NONASSIGNABLE EXCEPT TO THE FOUNDATION AND IS IRREVOCABLE.

THE FOUNDATION CERTIFIES THAT, DONOR, AS EVIDENCE OF HIS DESIRE TO SUPPORT THE WORK OF **MID-AMERICA FOUNDATION**, AND TO MAKE A CHARITABLE GIFT, HAS THIS DAY CONTRIBUTED TO THE FOUNDATION AND HAS REQUESTED THAT THE GIFT BE MADE AVAILABLE FOR THE USE AND BENEFIT OF THE FOLLOWING:

CATHOLIC DIOCESE OF BALTIMORE, RETIRED PRIEST FUND

MID-AMERICA FOUNDATION HEREBY ACKNOWLEDGES RECEIPT OF $ 49,183.47.
THE LAWS OF THE STATE OF ARIZONA SHALL GOVERN THIS ANNUITY.

THIS CONTRACT IS A LEGAL CONTRACT BETWEEN JOSEPH P. SHERIDAN AND **MID-AMERICA FOUNDATION, INC.** IT IS ISSUED IN CONSIDERATION OF THE APPLICATION AND THE PAYMENT OF THE INITIAL PURCHASE PAYMENT AS PROVIDED IN THIS CONTRACT.

IF DONOR HAS ANY QUESTIONS, NEEDS INFORMATION ABOUT HIS CONTRACT OR NEEDS ASSISTANCE IN RESOLVING A COMPLAINT, DONOR CAN WRITE TO MID-AMERICA FOUNDATION, INC. AT 8630 E. VIA DE VENTURA, SUITE 100, SCOTTSDALE, ARIZONA 85258 OR CALL 1- (800)-535-7722.

MAF003996

Client annuity contract

## II.    THE PERSONS INVOLVED

**OWNER:**  THE PERSON(S) NAMED AS DONOR/ANNUITANT AT THE TIME OF APPLICATION IS THE OWNER OF THIS CONTRACT, UNLESS SUBSEQUENTLY CHANGED.  AS OWNER, DONOR MAY EXERCISE ALL RIGHTS STATED IN THIS CONTRACT SUBJECT TO THE RIGHTS OF ANY IRREVOCABLE BENEFICIARY.

**ANNUITANT:** THE PERSON(S) NAMED AT THE TIME OF APPLICATION IS THE ANNUITANT, UNLESS SUBSEQUENTLY CHANGED.  THE ANNUITANT WILL CHANGE IF AND ONLY IF;

- (A)    THE ANNUITANT DIES;
- (B)    THE ANNUITANT IS SOMEONE OTHER THAN DONOR WHO DIES; AND
- (C)    THE CONTRACT PROVIDES INITIALLY THAT THERE WILL BE A PERMITTED SUCCESSOR SECOND-LIFE ANNUITANT.

**BENEFICIARY:** THE BENEFICIARY SHALL BE THE MID-AMERICA FOUNDATION, INC. OF SCOTTSDALE, ARIZONA. IF MID-AMERICA FOUNDATION, INC. SHOULD NO LONGER BE IN EXISTENCE, THE BENEFICIARY SHALL BE ITS CORPORATE SUCCESSOR, OR SUCH PARTY AS MAY HAVE BEEN DESIGNATED AS SUCCESSOR BY ANY APPROPRIATE COURT ORDER, BUT UNDER NO CONDITION SHALL THE BENEFICIARY BE ANY INSTITUTION WHICH IS NOT AN APPROVED CHARITY UNDER IRC SECTION 501(C)(3), OR SUCH CODE SECTIONS AS MAY BE SUBSEQUENTLY ENACTED, TO QUALIFY DONOR/ANNUITANT'S CHARITABLE GIFT FOR THE APPROPRIATE CHARITABLE DEDUCTION.

UPON FIRST ANNUITANT'S DEATH WHERE THE ANNUITY IS A TWO-LIFE CONTRACT, THE FOUNDATION MUST BE PROVIDED WITH DUE PROOF OF DEATH.

DUE PROOF OF DEATH IS ONE OF THE FOLLOWING;

- (A)    A CERTIFIED COPY OF A DEATH CERTIFICATE; OR
- (B)    A CERTIFIED COPY OF A DECREE OF A COURT OF COMPETENT JURISDICTION AS TO A FINDING OF DEATH, OR
- (C)    ANY OTHER PROOF ACCEPTABLE TO MID-AMERICA FOUNDATION.

## III.    CONTRACT

THIS CONTRACT AND ANY ATTACHED APPLICATION, AMENDMENTS TO ANY ATTACHED APPLICATION AND ANY ATTACHED RIDERS OR ENDORSEMENTS COMPRISE THE ENTIRE CONTRACT.  ALL STATEMENTS MADE IN ANY APPLICATION ARE ASSUMED, IN THE ABSENCE OF FRAUD, TO BE REPRESENTATIONS AND NOT WARRANTIES.  ANY CHANGES, MODIFICATIONS OR WAIVERS MUST BE IN WRITING.  NO AGENT OR PERSON OTHER THAN ONE OF MID-AMERICA FOUNDATION'S OFFICERS HAS THE AUTHORITY TO CHANGE OR MODIFY THIS CONTRACT OR WAIVE ANY OF ITS PROVISIONS. MID-AMERICA FOUNDATION MAY NOT MODIFY THIS CONTRACT WITHOUT DONOR'S CONSENT, EXCEPT TO MAKE IT COMPLY WITH ANY CHANGES IN THE INTERNAL REVENUE CODE, OR AS REQUIRED BY ANY OTHER APPLICABLE LAW.

**ASSIGNMENT.** DONOR/ANNUITANT(S) MAY NOT ASSIGN AN INTEREST IN THIS CONTRACT, OTHER THAN TO ASSIGN HIS/HER REMAINING FULL INTEREST IN THE ANNUITY TO THE FOUNDATION.

MAF003997

Client/annuity contract                                          (c) Mid-America Foundation, Inc. 1997

**POWER TO REVOKE.** DONOR RESERVES THE RIGHT TO REVOKE ALL OR ANY PART OF THE SCHEDULED PAYMENTS TO SECOND ANNUITANT (IF 2 LIFE ANNUITY), TO ANNUITANT (IF DONOR IS NOT AN ANNUITANT), OR TO SPOUSE, AS TO ANY EXTENDED PAYMENTS PAST LIFE EXPECTANCY, ON A JOINT AND SURVIVOR ANNUITY BETWEEN SPOUSES. DONOR MUST PROVIDE THE FOUNDATION WITH A MINIMUM 60 DAY NOTICE, WHICH HAS BEEN WITNESSED AND NOTARIZED, TO EXERCISE THIS POWER OF REVOCATION.

**PREMIUM TAX.** PREMIUM TAXES ARE ANY TAXES RELATED TO THIS CONTRACT IMPOSED ON MID-AMERICA FOUNDATION BY STATES OR OTHER GOVERNMENTAL JURISDICTIONS. IF AND WHEN MID-AMERICA FOUNDATION INCURS PREMIUM TAXES, MID-AMERICA FOUNDATION WILL DEDUCT SUCH TAXES FROM THE ACCOUNT VALUE. SUCH TAXES MAY BE IMPOSED AT THE TIME THE PURCHASE PAYMENT IS MADE, ON THE DATE THE ACCOUNT VALUE IS APPLIED TO A SETTLEMENT OPTION, THE DATE ANY WITHDRAWALS ARE MADE, OR ON OTHER DATES. THE TIME AT WHICH A PREMIUM TAX, IF ANY, IS IMPOSED MAY DEPEND ON DONOR'S PLACE OF RESIDENCE. WHEN MID-AMERICA FOUNDATION HAS AN OPTION AS TO WHEN TO PAY PREMIUM TAXES, MID-AMERICA FOUNDATION MAY POSTPONE THE PAYMENT UNTIL THE LATEST POSSIBLE DATE.

**ANNUAL STATEMENT.** AT LEAST ONCE EACH CONTRACT YEAR, MID-AMERICA FOUNDATION WILL SEND CLIENT A STATEMENT CONTAINING INFORMATION ON THIS CONTRACT, INCLUDING THE ACCOUNT VALUE. THE INFORMATION PRESENTED WILL COMPLY WITH THEN CURRENT REPORTING LAWS.

**INCONTESTABILITY.** MID-AMERICA FOUNDATION WILL NOT CONTEST THE VALIDITY OF THIS CONTRACT AFTER THE ISSUE DATE.

**MISSTATEMENT OF MATERIAL FACT.** IF THE DATE OF BIRTH OR THE SEX OF THE ANNUITANT OR ANY MATERIAL FACT HAS BEEN MISSTATED, THE AMOUNT OF THE PAYMENTS SHALL BE BASED ON THE CORRECTED INFORMATION WITHOUT CHANGING THE DATE OF THE FIRST PAYMENT. THE DOLLAR AMOUNT OF ANY UNDERPAYMENT MADE BY MID-AMERICA FOUNDATION SHALL BE PAID WITH THE NEXT PAYMENT DUE THE PAYEE. THE DOLLAR AMOUNT OF ANY OVERPAYMENT MADE BY MID-AMERICA FOUNDATION DUE TO ANY MISSTATEMENT BE DEDUCTED FROM ANY FUTURE PAYMENTS TO THE PAYEE. MID-AMERICA FOUNDATION SHALL HAVE THE RIGHT TO CORRECT SCRIVENER'S ERRORS.

**SETTLEMENTS.** MID-AMERICA FOUNDATION MAY REQUIRE THAT THIS CONTRACT BE RETURNED TO MID-AMERICA FOUNDATION PRIOR TO ANY SETTLEMENT.

**SETTLEMENT TERMS AND CONDITIONS.** ON THE ANNUITY STARTING DATE, MID-AMERICA FOUNDATION WILL DISTRIBUTE THE ACCOUNT VALUE UNDER THE SETTLEMENT OPTION DESCRIBED IN THE SETTLEMENT OPTIONS SECTION. THE ANNUITY PAYMENTS SHALL BE PAID AS INDICATED ON THE CONTRACT DATA PAGE. THE OPTIONS INCLUDE THE FOLLOWING:

**OPTIONS 1 & 2  PAYMENT FOR ANNUITANT'S LIFETIME - IMMEDIATE, AND PAYMENT FOR SECOND ANNUITANT'S LIFETIME - IMMEDIATE** IF A SETTLEMENT OPTION DEPENDS ON A PERSON'S LIFE, MID-AMERICA FOUNDATION MAY REQUIRE:

    (A)   DUE PROOF OF AGE OR SEX BEFORE PAYMENTS BEGIN; AND

    (B)   DUE PROOF THAT THE PERSON IS STILL ALIVE BEFORE MID-AMERICA FOUNDATION MAKES EACH PAYMENT, UPON REASONABLE CAUSE TO BELIEVE THAT THE PERSON IS NO LONGER LIVING.

**OPTIONS 3 & 4  PAYMENTS BEGINNING AT A DEFERRED DATE -SINGLE AND TWO LIFE ANNUITIES**
PAYMENTS MAY BE DEFERRED FOR A STATED NUMBER OF YEARS INDICATED ON THE CONTRACT DATA PAGE. PAYMENTS SHALL THEN CONTINUE FOR ANNUITANT'S LIFE OR TWO ANNUITANTS' LIVES, AS INDICATED ON THE CONTRACT DATA PAGE ATTACHED HERETO.

MAF003998

**OPTION 5 - COLLEGE ANNUITY** PAYMENTS SHALL BE MADE TO THE NAMED PAYEE FOR PURPOSES OF EDUCATION OVER A STATED TERM OF YEARS. PAYMENTS SHALL BE DEFERRED AS INDICATED ON THE CONTRACT DATA PAGE.

DONOR MAY MAKE ADDITIONAL DEPOSITS, ACCORDING TO THE SCHEDULE SHOWN ON THE CONTRACT DATA PAGE CONTAINED HEREIN.

**OPTION 6 - DEFERRED, WITH INDETERMINATE SETTLEMENT DATE** PAYMENTS SHALL BE DEFERRED, WITH DISBURSEMENTS TO COMMENCE AT DATE TO BE SUBSEQUENTLY DETERMINED BY ANNUITANT, BY NOTICE IN CONTENT AND FORMAT INDICATED BELOW.

**OPTION 7 - OTHER PAYMENTS** THE PROCEEDS MAY BE USED TO SET UP ANY OTHER SETTLEMENT OPTION THAT IS AGREED TO BY DONOR AND MID-AMERICA FOUNDATION.

**OPTION 8 - CONVERSION** DONOR/ANNUITANT MAY CONVERT FROM A TWO LIFE ANNUITY TO A SINGLE LIFE, OR VICE-VERSA, UPON WRITTEN REQUEST. THE FOUNDATION SHALL RECOMPUTE THE ANNUITY CALCULATIONS RESULTING FROM SAID CONVERSION REQUEST, AND SUBMIT SAME TO ANNUITANT. THE NEW PROVISIONS AND FIGURES SHALL GOVERN UPON AMENDMENT, OR CANCELLATION AND REISSUE OF A NEW CONTRACT, EXECUTED BY ALL DONORS/ANNUITANTS AND MID-AMERICA FOUNDATION, INC.

**OPTION 9 -** THE PROCEEDS SHALL BE VESTED IN TRUSTEE IMMEDIATELY, BUT EXACT DETERMINATION OF FINAL ANNUITY AND DEDUCTION FIGURES WILL BE ADJUSTED UPON OBTAINING FINAL DOCUMENTATION AS TO VALUATION.

**OPTION 10 -** RETENTION OF A LIFE ESTATE IN DONOR'S HOMESTEAD, WITH REMAINDER INTEREST TO FOUNDATION.

**SETTLEMENT** ANY PAYMENT BY MID-AMERICA FOUNDATION UNDER THIS CONTRACT IS PAYABLE AT OUR HOME OFFICE. SETTLEMENT OPTIONS ELECTED SUBSEQUENT TO THE ANNUITY DATE SHALL BE CALCULATED AT IRS TABLES AND RATES IN EFFECT AT ISSUE DATE. NO ADJUSTMENT SHALL BE MADE SUBSEQUENTLY DUE TO CHANGES IN ACTUARIAL VALUES FOR LIFE EXPECTANCY IN ANY IRS TABLE.

**PAYMENT ALLOCATION -** DONOR ACKNOWLEDGES THAT ALL PAYMENT ALLOCATIONS AS TO CAPITAL GAIN, TAX-FREE, OR ORDINARY INCOME ARE BASED ON THE COST BASIS PROVIDED BY DONOR. THE FOUNDATION ASSUMES NO RESPONSIBILITY FOR INCORRECT 1099R FORMS BASED ON INCORRECT COST BASIS PROVIDED.

**EVIDENCE OF SURVIVAL** WHEN ANY PAYMENT DEPENDS UPON A PERSON BEING ALIVE ON ANY DATE, MID-AMERICA FOUNDATION SHALL HAVE THE RIGHT TO REQUIRE DUE PROOF THAT SUCH PERSON WAS ALIVE ON SUCH DATE. NO PAYMENT WILL BE MADE UNTIL SUCH PROOF HAS BEEN RECEIVED. THE HOME OFFICE SHALL SUSPEND PAYMENTS UNTIL DOCUMENTATION, SUFFICIENT, IN ITS SOLE DISCRETION, TO ESTABLISH THE NECESSARY PROOF, HAS BEEN PROVIDED. AFTER THREE YEARS, IF SAID PROOF IS NOT FORTHCOMING, THE FOUNDATION'S OBLIGATION TO MAKE PAYMENTS SHALL TERMINATE AND THE FOUNDATION SHALL HAVE NO FURTHER OBLIGATION TO ANY ANNUITANT.

**INTEGRATION** THIS AGREEMENT CONSTITUTES THE ENTIRE AGREEMENT AMONG THE PARTIES. IT SUPERSEDES ANY PRIOR AGREEMENT OR UNDERSTANDINGS AMONG THEM, AND IT MAY NOT BE MODIFIED OR AMENDED IN ANY MANNER OTHER THAN AS SET FORTH HEREIN.

**GOVERNING LAW** THIS AGREEMENT AND THE RIGHTS OF THE PARTIES HEREUNDER SHALL BE GOVERNED BY AND INTERPRETED IN ACCORDANCE WITH THE LAWS OF THE STATE OF ARIZONA.

**SUCCESSORS AND ASSIGNS** EXCEPT AS HEREIN OTHERWISE SPECIFICALLY PROVIDED, THIS AGREEMENT SHALL BE BINDING UPON AND INURE TO THE BENEFIT OF THE PARTIES AND THEIR LEGAL REPRESENTATIVES, HEIRS, ADMINISTRATORS, EXECUTORS, SUCCESSORS AND ASSIGNS.

Client/annuity contract                    (c) Mid-America Foundation, Inc. 1997

MAF003999

**NUMBER AND GENDER**  WHEREVER FROM THE CONTEXT IT APPEARS APPROPRIATE, EACH TERM STATED IN EITHER THE SINGULAR OR THE PLURAL SHALL INCLUDE THE SINGULAR AND THE PLURAL, AND PRONOUNS STATED IN EITHER THE MASCULINE, THE FEMININE, OR THE NEUTER GENDER SHALL INCLUDE THE MASCULINE, FEMININE AND NEUTER.

**CAPTIONS**  CAPTIONS CONTAINED IN THIS AGREEMENT ARE INSERTED ONLY AS A MATTER OF CONVENIENCE AND IN NO WAY DEFINE, LIMIT OR EXTEND THE SCOPE OR INTENT OF THIS AGREEMENT OR ANY PROVISION HEREOF.

**SEVERABILITY**  IF ANY PROVISION OF THIS AGREEMENT, OR THE APPLICATION OF SUCH PROVISION TO ANY PERSON OR CIRCUMSTANCE, SHALL BE HELD INVALID, THE REMAINDER OF THIS AGREEMENT, OR THE APPLICATION OF SUCH PROVISION TO PERSONS OR CIRCUMSTANCES OTHER THAN THOSE TO WHICH IT IS HELD INVALID, SHALL NOT BE AFFECTED THEREBY.

**COUNTERPARTS**  THIS AGREEMENT MAY BE EXECUTED IN MULTIPLE COUNTERPARTS, EACH OF WHICH SHALL BE DEEMED AN ORIGINAL BUT ALL OF WHICH SHALL CONSTITUTE ONE AND THE SAME INSTRUMENT.

**NOTICES**  ALL NOTICES AND DEMANDS REQUIRED OR PERMITTED UNDER THIS AGREEMENT SHALL BE DEEMED PROPERLY GIVEN AND EFFECTIVE UPON RECEIPT (OR, IF REFUSED, UPON THE DATE OF SUCH REFUSAL.) IF IN WRITING AND SENT BY U.S. REGISTERED OR CERTIFIED MAIL, POSTAGE PREPAID, OVERNIGHT AIR COURIER OR PERSONAL DELIVERY TO THE PARTIES AT THEIR ADDRESSES AS SHOWN FROM TIME TO TIME ON THE RECORDS OF THE ANNUITY CONTRACT. ANY PARTY MAY SPECIFY A DIFFERENT ADDRESS BY NOTIFYING THE OTHER PARTY IN WRITING OF SUCH DIFFERENT ADDRESS.

**PAYMENT AT DEATH OF LAST SURVIVING PAYEE**  AFTER THE LAST DESIGNATED PAYEE HAS DIED, MID-AMERICA FOUNDATION WILL PAY ANY REMAINING PAYMENTS, IF REQUIRED BY A TERM SCHEDULE, IN ONE LUMP SUM TO THE ESTATE OF THE ANNUITANT. PAYMENTS EXCEEDING ANNUITANT'S LIFE EXPECTANCY MAY REQUIRE PAYMENTS FROM THE REMAINDER INTEREST.

WITH A GIFT ANNUITY, YOU SIMULTANEOUSLY MAKE A CHARITABLE GIFT AND PROVIDE GUARANTEED PAYMENTS FOR LIFE TO YOURSELF AND/OR ANOTHER PERSON. THE FACT THAT YOU ARE MAKING A CHARITABLE GIFT MAY ENTITLE YOU TO INCOME, GIFT, AND ESTATE TAX DEDUCTIONS.

THESE PAYMENTS ARE A GENERAL OBLIGATION OF OUR ORGANIZATION, AND THEY ARE BACKED BY ALL OF OUR ASSETS. AT PRESENT, OUR TOTAL INVESTED FUNDS ARE IN STOCKS, BONDS, MONEY MARKET FUNDS, AND FEDERAL OBLIGATIONS.

RESPONSIBILITY FOR GOVERNING THE MID-AMERICA FOUNDATION IS VESTED IN A BOARD OF DIRECTORS COMPRISED OF THREE PERSONS, WHO ARE NOMINATED BY THE EXECUTIVE DIRECTOR OF THE FOUNDATION.

COMMON INVESTMENT FUNDS MANAGED BY OUR ORGANIZATION ARE EXEMPT FROM REGISTRATION REQUIREMENTS OF THE FEDERAL SECURITIES LAWS, PURSUANT TO THE EXEMPTION FOR COLLECTIVE INVESTMENT FUNDS AND SIMILAR FUNDS MAINTAINED BY CHARITABLE ORGANIZATIONS UNDER THE PHILANTHROPY PROTECTION ACT OF 1995 (P.L. 104-62). INFORMATION IN THIS DOCUMENT IS PROVIDED TO YOU IN ACCORDANCE WITH THE REQUIREMENTS OF THAT ACT. MID-AMERICA FOUNDATION ACKNOWLEDGES THAT IT WILL BE GUIDED BY DONOR'S WRITTEN REQUEST IN ITS DISTRIBUTION OF THE CHARITABLE REMAINDER TO THE EXTENT PERMITTED BY ALL RELEVANT LAWS IN EXERCISE OF ITS FIDUCIARY POWERS, AS DETERMINED BY ITS BOARD OF DIRECTORS.

**IN WITNESS WHEREOF,** THE FOUNDATION HAS EXECUTED THIS INSTRUMENT.

MID-AMERICA FOUNDATION, INC.

BY: _____          **Date: May 25, 1999**

Robert R. Dillie
Executive Director

MAF004000

Client/annuity contract                                        (c) Mid-America Foundation, Inc. 1997

## MID-AMERICA FOUNDATION, INC.
### IMMEDIATE OR DEFERRED ANNUITY

**IV.   DEFINITIONS**

**Age:**  The Annuitant's age on his or her last birthday.

**Annuitant:**  The person to whom Mid-America Foundation is obligated to initially make periodic payments, according to the terms of the Contract Data Page.

**Annuity Starting Date:**  The Annuity Starting Date is shown on the Contract Data Page.

**Beneficiary:**  The Beneficiary shall be Mid-America Foundation, who shall receive the charitable remainder portion of the charitable gift, unless agreed differently in writing by the parties.

**Charitable Deduction:**  The tax deduction as defined by Sections 170, 664 and 2055 and 2522 of the Internal Revenue Code, and as subsequently modified by amendments to these and other relevant Code sections.

**Charitable Gift:**  The transfer by a donor of an asset for the purposes described in Sections 170, 664, 2055 and 2522 of the Internal Revenue Code, all or part of which may qualify the donor for a charitable deduction, and part of which is the purchase price of an annuity to be provided by the Foundation.

**Contract Anniversary:**  The anniversary of the Issue Date for every year this Contract is in force.

**Contract Data Page:**  The page or pages of the contract between Mid-America Foundation and Annuitant, which spells out all options, payment terms, and performance conditions, which are particular to this annuity agreement, and which are incorporated by reference.

**Contract Year:**  Each period of twelve (12) months beginning on the Issue Date and each Contract Anniversary.

**Donor/Annuitant:**  The party who is making a charitable gift with the intended purpose of making a remainder transfer at death to a Section 501(c)(3) charity, simultaneously with the creation of an annuity interest vesting in himself or herself.

**Foundation:**  An institution which governs itself in all respects necessary as an approved entity under the provisions of Internal Revenue Code Section 501(c)(3).  Where the term "The Foundation" is used, it shall mean the Mid-America Foundation, Inc.

**Issue Date:**  The date this Contract becomes effective if donor is living, and the Charitable Gift has been paid to the Foundation.

**Payee:**   Any party(ies) who receives any proceeds under this Contract.

**Request:**   Request means a request in writing on a form acceptable to Mid-America Foundation, signed and dated by donor and received by Mid-America Foundation, Inc.

**Second Annuitant:**  The party named herein as joint Annuitant or successor-in-interest to Donor/Annuitant.

MAF004001

6

CHARITABLE GIFT ANNUITY
CONTRACT DATA PAGE

| | | |
|---|---|---|
| CONTRACT NUMBER | . | No. 20708 |
| DATE OF CONTRACT | . | MAY 25, 1999 |
| PURCHASE PAYMENT | . | *$49,183.47* |
| ANNUITANT: | . | JOSEPH P. SHERIDAN |
| | | |
| ANNUITANT'S AGE ON ISSUE DATE | . | AGE 84 |
| ANNUITANT'S SEX | . | MALE |
| ANNUITANT'S SOCIAL SECURITY NUMBER | . | 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 |
| ANNUITANT'S ADDRESS AND PHONE | . | 6879 SNOWBERRY CT. |
| | | FREDERICK, MD 21703 |
| | | 301-663-0949 |
| | | |
| SECOND-LIFE ANNUITANT | . | PHILIP D. SHERIDAN |
| ANNUITANT'S AGE ON ISSUE DATE | . | AGE 44 |
| ANNUITANT'S SEX | . | MALE |
| ANNUITANT'S SOCIAL SECURITY NUMBER | . | 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 |
| ANNUITANT'S ADDRESS AND PHONE | . | 1589 JACKSON ST. |
| | | CHARLESTON, W.VA. 25314 |
| | | 304-346-2344 |
| | | |
| JOINT AND SURVIVOR ANNUITY | . | No |
| JOINT AND SUCCESSIVE ANNUITY | . | YES |
| TAX BASIS (ATTACH SCHEDULE IF NECESSARY) | . | $ |
| PROPERTY: SEPARATE/ COMMUNITY/JOINT | . | |
| HOLDING PERIOD (ATTACH SCHEDULE IF NECESSARY) | . | |
| ANNUITY STARTING DATE | . | JULY 1, 1999 |
| DEFERRAL EFFECTIVE DATE | . | |
| FIELD AGENT                   NAME | . | MARTIN BEESON |
| ADDRESS | . | 12527 WINDOVER TURN |
| | | BOWIE, MD 20715 |
| | | |
| PHONE | . | 301-352-6624 |
| | | |
| PAYMENT AMOUNT | . | $ 737.76 |
| FIRST PRORATED PAYMENT AMOUNT | . | $ 291.96 |
| | | |
| GUARANTEED ANNUAL RETURN | . | 6% |
| | | |
| OPTIONAL SCHEDULE OF ADDITIONAL | | |
| CONTRIBUTIONS | . | |

MAF004002

  (c) Mid-America Foundation, Inc. 1997

PAGE 2 OF CONTRACT DATA PAGE

PAYMENT OPTIONS:

| | | | |
|---|---|---|---|
| 1 | IMMEDIATE...................1 LIFETIME | | |
| 2 | IMMEDIATE...................2 LIFETIME | X | |
| | A: JOINT & SURVIVOR | | |
| | B: SUCCESSIVE ANNUITANTS | X | |
| 3 | DEFERRED....................1 LIFETIME | | |
| | DEFERRAL TERM  YRS | | |
| 4 | DEFERRED....................2 LIFETIME | | |
| | A: JOINT & SURVIVOR | | |
| | B: SUCCESSIVE ANNUITANTS | | |
| | DEFERRAL TERM  YRS | | |
| 5 | COLLEGE ANNUITY | | |
| 6. | DEFERRED - UNDETERMINED TERM | | |
| 7. | OTHER AS AGREED | | |
| 8. | CONVERSION | | |
| 9. | CONDITIONAL | | |
| 10. | LIFE ESTATE IN HOMESTEAD | | |

OPTIONAL SCHEDULE OF ADDITIONAL CONTRIBUTIONS

DATE _____          AMOUNT $ _____
DATE _____          AMOUNT $ _____
DATE _____          AMOUNT $ _____
DATE _____          AMOUNT $ _____

DESIGNATION OF REMAINDER INTEREST:

|   | (1) | CONTINUE WITH MID-AMERICA FOUNDATION FOR ADMINISTRATION PURSUANT TO OUR STATED CHARITABLE PURPOSES. |
|---|---|---|
| X | (2) | PAY REMAINDER UPON DEATH TO : |

(TO THE EXTENT PERMITTED BY
FEDERAL OR STATE LAW)

CATHOLIC DIOCESE OF BALTIMORE, RETIRED PRIEST FUND

FURTHER PROVISIONS:

MAF004003



MID-AMERICA
FOUNDATION

# OFFICIAL CERTIFICATE

This is to certify the acceptance of

*Joseph P. Sheridan*

as an official Donor Advised Account of
Mid-America Foundation

Certificate Number *20708*

*May 26, 1999*

DATE

EXECUTIVE DIRECTOR

Tax I.D. #86-0878049

MAF003994

# MID-AMERICA FOUNDATION

Mid-America Estate Services LLC

4 5 7 8

6/14/99

| | |
|---|---|
| 20708 Sheridan | 1,967.34 |
| 20709 Sheridan | 1,967.34 |
| 20710 Sheridan | 1,967.34 |
| 20711 Sheridan | 1,967.34 |
| 20712 Sheridan | 1,967.34 |

9,836.70

MAF009124

Operating account          attach

ED DELUXE BUSINESS FORMS   1-800-328-0304

Philip D. Sheridan          2 Life / Survivor
1589 Jackson St             Pay Joseph Sheridan until death
Charleston, WV  25314       then pay Philip Sheridan

WILSON JONES          G7504 ColumnWrite ®

| | | Cert # 20708 | Rate  6% | | |
|---|---|---|---|---|---|
| | Joseph P. Sheridan | | | | |
| | 6879 Snowberry Ct | | | | |
| | Frederick, MD  21703 | Debit | Credit | | |
| 5/26/99 | Gift rec'd stock | | 49,183.47 | | |
| 5/27/99 | Comm Martin Beeson    4% | 1967.34 | | | |
| 5/27/99 | Comm Mid-Am Est Svcs 4% | 1967.34 | | | |
| 5/27/99 | Admin Fee  MAFG    3.5% | 1721.42 | | | |
| 7/01/99 | 1st Quarterly Payment  36 days | 291.96 | | | |
| 10/01/99 | Quarterly  Payment | 737.76 | | | |

MAF003973

CF7782:200110300660:9999 scanned on ST    .MENTMANAGER by Operator Statement Manage.    . Oct 30, 2001 at 12:04:39 PM - Page 72 of 134.

COMMERCIAL CHECKING

```
                                                        ACCOUNT NUMBER
                                                        0382-7142


        BANK ONE ARIZONA, N.A.              323 05-19        H
        P.O. BOX 71
        PHOENIX, AZ        85001            00
```

```
            MID-AMERICA FOUNDATION                 323
            8630 E VIA DE VENTURA STE 100
            SCOTTSDALE AZ  85258-3358
```

```
            ------------------------------------
-----------------------------   IMPORTANT INFORMATION   ------------------------------
            ------------------------------------
```

GOOD NEWS!  YOU NOW HAVE ACCESS TO FIRST CHICAGO AND NBD ATMS FOR WITHDRAWALS,
INQUIRIES AND TRANSFERS WITH NO ATM FEES.  WITH THE ADDITION OF THESE NEW
LOCATIONS, YOU HAVE USE OF MORE THAN 4,000 ATMS IN 14 STATES WITH NO ATM FEE.
*************************************************************************
THE ONE BUSINESS CARD WORKS LIKE A CHECK AND IS ACCEPTED ANYWHERE THE VISA
LOGO IS DISPLAYED.  PURCHASES ARE AUTOMATICALLY DEDUCTED FROM YOUR BANK ONE
BUSINESS CHECKING ACCOUNT AND ITEMIZED ON YOUR MONTHLY STATEMENT.  CALL
1-800-404-4111 OR COME INTO YOUR NEAREST BANKING CENTER TO APPLY.
*************************************************************************
BUSINESS ONLINE SERVICES LETS YOU USE YOUR PERSONAL COMPUTER TO CHECK
BALANCES, VERIFY DEPOSITS, AND MAKE TRANSFERS BETWEEN BUSINESS CHECKING AND
SAVINGS ACCOUNTS.  WITH OUR EASY-TO-USE SERVICE, BANKING AND BILL PAYING ARE
AS SIMPLE AS POINT AND CLICK.  TO SIGN UP, VISIT US ON THE INTERNET AT
WWW.BANKONE.COM.
*************************************************************************
OUR HIGH BALANCE SAVINGS ACCOUNT OFFERS YOU RATES HIGHER THAN TRADITIONAL
MONEY MARKET ACCOUNTS.  AND, AS YOUR BALANCE INCREASES, SO DOES YOUR YIELD.
PLEASE CALL US AT 1-800-404-4111 OR COME INTO YOUR BANKING CENTER TODAY TO
OPEN AN ACCOUNT.

```
                ------------------------------------
-----------------------     BANK ONE BUSINESS SOLUTIONS     -----------------------
                ------------------------------------
```

```
        CHECKING, SAVINGS, CARDS          BUSINESS LOAN BY PHONE
            480-730-0527                      1-800-404-4111

        BUSINESS CREDIT CARDS             LOST OR STOLEN CARDS
            1-800-346-5538                    1-800-366-2265

        MAILING ADDRESS:  PO BOX 71, PHOENIX, AZ 85001
```

```
                ------------------------------------
----------------------     ACCOUNT SUMMARY AS OF 06-30-99     ----------------------
                ------------------------------------
                - - - - - BALANCE SUMMARY - - - - -
```

```
        BEGINNING BALANCE AS OF 05-28-99            638,269.11
        PLUS      7 DEPOSITS/CREDITS      1,614,139.03
        LESS    377 CHECKS/WITHDRAWALS    1,611,248.96
        ENDING BALANCE AS OF 06-30-99               641,159.18

        LOW BALANCE         282,414.72
```

```
                ------------------------------------
----------------------           DEPOSITS/CREDITS           ----------------------
                ------------------------------------
```

| DATE  | DESCRIPTION   | AMOUNT     | DATE  | DESCRIPTION | AMOUNT     |
|-------|---------------|------------|-------|-------------|------------|
| 06-07 | WIRE TRANSFER | 380,639.61 | 06-18 | DEPOSIT     | 183,401.30 |
| 06-09 | DEPOSIT       | 228,231.78 | 06-24 | DEPOSIT     | 124,201.48 |
| 06-15 | DEPOSIT       | 83,315.00  | 06-28 | DEPOSIT     | 471,386.76 |
| 06-16 | DEPOSIT       | 142,963.10 |       |             |            |

ACC01701

S-3471-A

CF7782:200110300660:9999 scanned on ST. ...MENTMANAGER by Operator Statement Manage.   Oct 30, 2001 at 12:04:39 PM - Page 73 of 134.

```
COMMERCIAL CHECKING                               ACCOUNT NUMBER
                                                  0382-7142


   BANK ONE ARIZONA, N.A.           323 05-19      H


   PAGE   2                   STATEMENT DATE 06-30-99

         MID-AMERICA FOUNDATION


                    ------------------------------------
   ------------------------------   CHECKS/WITHDRAWALS   ----------------------------
                    ------------------------------------
   DATE                    DESCRIPTION OF TRANSACTION              AMOUNT
   06-03 ADP - FEES      ADP PAYROLL FEES      0603 13B4D  0984559     74.00
   06-04 ADP - TAX       ADP TX/FINCL SVC      0604 20B4D 060422A01 18,544.29
   06-09 ADP - FEES      ADP PAYROLL FEES      0609 13B4D  1223096     75.80
   06-11 ADP - TAX       ADP TX/FINCL SVC      0611 20B4D 061123A01 18,105.24
   06-16 ADP - FEES      ADP PAYROLL FEES      0616 13B4D  1407356     12.00
   06-16 ADP - FEES      ADP PAYROLL FEES      0616 13B4D -1407355     74.90
   06-18 ADP - TAX       ADP TX/FINCL SVC      0618 20B4D 061824A01 24,037.70
   06-23 ADP - FEES      ADP PAYROLL FEES      0623 13B4D  1552535     99.20
   06-25 ADP - TAX       ADP TX/FINCL SVC      0625 20B4D 062525A01 51,072.47
   06-30 ADP - FEES      ADP PAYROLL FEES      0630 13B4D  1634248     25.00
   06-30 ADP - FEES      ADP PAYROLL FEES      0630 13B4D  1634247     78.50

   DATE  DESCRIPTION        AMOUNT    DATE  DESCRIPTION              AMOUNT
   06-02 WIRE TRANSFER   20,833.33    06-04 3397                     670.17
   06-01 3305               477.49    06-04 3398                   1,515.28
   06-04 3317*            1,051.61    06-04 3399                     564.87
   06-02 3343*            1,171.44    06-07 3400                   2,041.89
   06-01 3345*              401.46    06-07 3401                   1,699.99
   06-02 3347*              688.35    06-14 3402                     589.21
   06-04 3349*              923.66    06-04 3403                     363.47
   06-03 3351*              477.49    06-04 3404                     392.94
   06-02 3352               670.17    06-09 3405                     477.81
   06-04 3353             1,515.29    06-07 3406                     427.92
   06-02 3354               564.86    06-07 3407                     380.92
   06-07 3355             2,041.90    06-10 3408                   1,051.61
   06-02 3356             1,700.00    06-15 3409                     613.21
   06-03 3357               589.21    06-07 3410                     608.49
   06-02 3359*              392.95    06-03 3411                   1,623.75
   06-02 3360               477.80    06-08 3412                     484.83
   06-01 3361               427.93    06-04 3413                     637.60
   06-01 3362               380.92    06-08 3414                     379.83
   06-04 3363             1,051.61    06-07 3415                     716.64
   06-03 3364               613.22    06-04 3416                   2,048.64
   06-01 3365               608.49    06-08 3417                   1,959.97
   06-01 3369*              379.83    06-04 3418                     533.83
   06-02 3370               716.65    06-07 3419                      65.93
   06-01 3371             2,048.63    06-04 3420                     439.89
   06-08 3372             1,959.98    06-04 3421                     507.21
   06-03 3375*              326.71    06-04 3422                   1,979.16
   06-04 3376             1,979.16    06-07 3423                     479.42
   06-01 3377               479.43    06-07 3424                     411.42
   06-01 3379*              399.25    06-07 3425                     399.26
   06-01 3381*              506.91    06-04 3426                     657.22
   06-02 3382             1,946.54    06-03 3427                     506.90
   06-03 3383               651.40    06-03 3428                   1,625.77
   06-03 3384               595.48    06-04 3429                   1,946.54
   06-02 3386*              349.17    06-07 3430                     651.40
   06-01 3387               647.26    06-07 3431                     595.48
   06-04 3388             1,171.44    06-04 3432                     710.36
   06-04 3389               749.64    06-08 3433                     349.16
   06-04 3390               401.46    06-08 3434                     647.27
   06-07 3391               314.17    06-14 3435                   1,171.44
   06-07 3392               688.34    06-11 3436                     749.64
   06-07 3393               448.21    06-11 3437                     401.46
   06-04 3394               923.67    06-11 3438                     314.18
   06-08 3395             1,124.40    06-11 3439                     688.34
   06-15 3396               477.49    06-14 3440                     448.20
```

ACC01702

S-3471-A

CF7782:200110300660:9999 scanned on ST      MENTMANAGER by Operator Statement Manage      Oct 30, 2001 at 12:04:39 PM - Page 74 of 134.

COMMERCIAL CHECKING                                      ACCOUNT NUMBER
                                                        0382-7142


BANK ONE ARIZONA, N.A.              323 05-19      H


PAGE   3                      STATEMENT DATE 06-30-99

             MID-AMERICA FOUNDATION


                    -----------------------------------
------------------------------   CHECKS/WITHDRAWALS - CONT'D   ------------------------------
                    -----------------------------------

| DATE  | DESCRIPTION | AMOUNT   | DATE  | DESCRIPTION | AMOUNT   |
|-------|-------------|----------|-------|-------------|----------|
| 06-14 | 3441        | 923.66   | 06-23 | 3498        | 427.91   |
| 06-14 | 3442        | 1,124.40 | 06-22 | 3499        | 369.36   |
| 06-21 | 3443        | 477.49   | 06-25 | 3500        | 1,051.61 |
| 06-14 | 3444        | 670.17   | 06-25 | 3501        | 613.22   |
| 06-17 | 3445        | 1,515.28 | 06-21 | 3502        | 608.48   |
| 06-15 | 3446        | 647.07   | 06-21 | 3503        | 1,611.80 |
| 06-14 | 3447        | 2,041.90 | 06-18 | 3504        | 484.82   |
| 06-14 | 3448        | 1,700.00 | 06-17 | 3505        | 632.82   |
| 06-14 | 3449        | 589.21   | 06-22 | 3506        | 379.83   |
| 06-14 | 3450        | 346.08   | 06-23 | 3507        | 716.64   |
| 06-14 | 3451        | 392.95   | 06-17 | 3508        | 1,979.36 |
| 06-15 | 3452        | 466.05   | 06-24 | 3509        | 1,959.98 |
| 06-14 | 3453        | 427.92   | 06-18 | 3510        | 558.27   |
| 06-14 | 3454        | 369.37   | 06-18 | 3511        | 533.83   |
| 06-21 | 3455        | 1,051.61 | 06-21 | 3512        | 1,713.63 |
| 06-16 | 3456        | 613.21   | 06-18 | 3513        | 439.88   |
| 06-14 | 3457        | 608.49   | 06-18 | 3514        | 507.21   |
| 06-11 | 3458        | 1,611.79 | 06-24 | 3515        | 1,979.16 |
| 06-11 | 3459        | 484.83   | 06-21 | 3516        | 479.43   |
| 06-11 | 3460        | 632.83   | 06-24 | 3517        | 411.41   |
| 06-14 | 3461        | 379.83   | 06-18 | 3518        | 399.25   |
| 06-11 | 3462        | 716.65   | 06-18 | 3519        | 639.45   |
| 06-11 | 3463        | 1,979.35 | 06-18 | 3520        | 506.90   |
| 06-15 | 3464        | 1,959.98 | 06-18 | 3521        | 812.88   |
| 06-11 | 3465        | 533.83   | 06-21 | 3522        | 1,946.54 |
| 06-11 | 3466        | 439.89   | 06-21 | 3523        | 651.41   |
| 06-10 | 3467        | 507.21   | 06-23 | 3524        | 595.48   |
| 06-11 | 3468        | 1,979.15 | 06-21 | 3525        | 710.35   |
| 06-14 | 3469        | 479.42   | 06-22 | 3526        | 349.16   |
| 06-11 | 3470        | 411.41   | 06-21 | 3527        | 626.83   |
| 06-11 | 3471        | 399.25   | 06-25 | 3528        | 1,747.62 |
| 06-11 | 3472        | 639.45   | 06-28 | 3529        | 749.64   |
| 06-10 | 3473        | 506.91   | 06-24 | 3530        | 401.46   |
| 06-11 | 3474        | 812.88   | 06-25 | 3531        | 314.18   |
| 06-10 | 3475        | 1,946.54 | 06-25 | 3532        | 688.34   |
| 06-14 | 3476        | 651.40   | 06-25 | 3533        | 448.20   |
| 06-15 | 3477        | 595.48   | 06-28 | 3534        | 1,120.46 |
| 06-11 | 3478        | 710.35   | 06-28 | 3535        | 1,782.65 |
| 06-15 | 3479        | 349.16   | 06-25 | 3537*       | 670.18   |
| 06-14 | 3480        | 626.82   | 06-28 | 3539*       | 2,087.01 |
| 06-18 | 3481        | 1,599.91 | 06-24 | 3540        | 1,699.99 |
| 06-18 | 3482        | 749.64   | 06-25 | 3541        | 346.09   |
| 06-21 | 3483        | 401.46   | 06-30 | 3542        | 392.94   |
| 06-18 | 3484        | 314.17   | 06-28 | 3543        | 466.06   |
| 06-18 | 3485        | 688.34   | 06-28 | 3544        | 427.93   |
| 06-18 | 3486        | 448.20   | 06-30 | 3547*       | 613.21   |
| 06-18 | 3487        | 1,120.45 | 06-25 | 3548        | 608.49   |
| 06-17 | 3488        | 1,782.65 | 06-25 | 3549        | 1,611.80 |
| 06-25 | 3489        | 477.49   | 06-25 | 3550        | 484.83   |
| 06-18 | 3490        | 670.17   | 06-24 | 3551        | 632.83   |
| 06-18 | 3491        | 1,515.28 | 06-28 | 3552        | 379.83   |
| 06-28 | 3492        | 2,041.90 | 06-25 | 3553        | 1,015.50 |
| 06-18 | 3493        | 1,700.00 | 06-24 | 3554        | 1,979.36 |
| 06-25 | 3494        | 589.20   | 06-29 | 3555        | 1,959.98 |
| 06-21 | 3495        | 346.09   | 06-24 | 3556        | 558.28   |
| 06-18 | 3496        | 392.94   | 06-25 | 3557        | 533.83   |
| 06-21 | 3497        | 466.06   | 06-29 | 3558        | 1,713.63 |


ACC01703

S-3471-A

```
COMMERCIAL CHECKING                                    ACCOUNT NUMBER
                                                       0382-7142


     BANK ONE ARIZONA, N.A.              323 05-19        H


     PAGE    4                     STATEMENT DATE 06-30-99

           MID-AMERICA FOUNDATION
```

```
                        -----------------------------------
                        CHECKS/WITHDRAWALS - CONT'D
                        -----------------------------------
```

| DATE  | DESCRIPTION | AMOUNT    | DATE  | DESCRIPTION | AMOUNT    |
|-------|-------------|-----------|-------|-------------|-----------|
| 06-25 | 3559        | 439.89    | 06-11 | 4544        | 3,839.31  |
| 06-24 | 3560        | 507.21    | 06-15 | 4545        | 4,164.71  |
| 06-25 | 3561        | 1,979.15  | 06-11 | 4546        | 5,119.08  |
| 06-28 | 3562        | 479.42    | 06-11 | 4547        | 1,595.64  |
| 06-24 | 3563        | 411.41    | 06-14 | 4548        | 109.44    |
| 06-25 | 3564        | 399.25    | 06-11 | 4549        | 109.44    |
| 06-25 | 3565        | 639.46    | 06-14 | 4550        | 109.44    |
| 06-25 | 3566        | 506.91    | 06-15 | 4551        | 109.44    |
| 06-25 | 3567        | 812.88    | 06-16 | 4552        | 109.44    |
| 06-24 | 3568        | 1,946.54  | 06-14 | 4553        | 109.44    |
| 06-28 | 3569        | 651.40    | 06-15 | 4554        | 109.44    |
| 06-30 | 3570        | 595.48    | 06-15 | 4555        | 109.44    |
| 06-28 | 3573*       | 626.82    | 06-14 | 4556        | 109.40    |
| 06-30 | 3581*       | 1,120.45  | 06-21 | 4557        | 109.44    |
| 06-30 | 3587*       | 1,699.29  | 06-11 | 4558        | 109.44    |
| 06-23 | 4325*       | 220.00    | 06-14 | 4559        | 109.44    |
| 06-07 | 4371*       | 20,454.00 | 06-14 | 4560        | 109.44    |
| 06-10 | 4374*       | 12,877.56 | 06-14 | 4561        | 109.44    |
| 06-29 | 4459*       | 15.00     | 06-11 | 4562        | 109.44    |
| 06-10 | 4471*       | 3,500.00  | 06-14 | 4563        | 109.44    |
| 06-10 | 4472        | 500.00    | 06-24 | 4564        | 109.44    |
| 06-03 | 4479*       | 1,088.00  | 06-16 | 4565        | 109.44    |
| 06-08 | 4480        | 2,835.38  | 06-15 | 4566        | 109.44    |
| 06-04 | 4503*       | 1,500.00  | 06-14 | 4567        | 109.44    |
| 06-14 | 4504        | 1,923.00  | 06-16 | 4568        | 435.50    |
| 06-01 | 4505        | 3,365.38  | 06-11 | 4569        | 37.50     |
| 06-04 | 4507*       | 5,000.00  | 06-18 | 4570        | 1,500.00  |
| 06-01 | 4511*       | 319.33    | 06-23 | 4571        | 17.00     |
| 06-07 | 4513*       | 12,500.00 | 06-15 | 4572        | 1,587.50  |
| 06-03 | 4514        | 8,500.00  | 06-15 | 4573        | 76,328.49 |
| 06-15 | 4515        | 25,000.00 | 06-15 | 4574        | 13,914.00 |
| 06-14 | 4516        | 1,923.00  | 06-14 | 4575        | 1,407.90  |
| 06-14 | 4517        | 1,500.00  | 06-16 | 4576        | 7,000.00  |
| 06-03 | 4519*       | 28,000.00 | 06-21 | 4577        | 9,836.70  |
| 06-10 | 4520        | 10,000.00 | 06-21 | 4578        | 9,836.70  |
| 06-16 | 4521        | 12,943.03 | 06-21 | 4580*       | 31,758.55 |
| 06-09 | 4522        | 3,905.00  | 06-24 | 4582*       | 205.87    |
| 06-16 | 4523        | 555.00    | 06-18 | 4583        | 8,944.20  |
| 06-16 | 4524        | 8,200.00  | 06-24 | 4584        | 999.44    |
| 06-18 | 4525        | 1,500.00  | 06-18 | 4586*       | 569.18    |
| 06-14 | 4526        | 240.84    | 06-22 | 4587        | 80.00     |
| 06-09 | 4527        | 2,000.00  | 06-16 | 4588        | 5,791.26  |
| 06-09 | 4528        | 3,910.60  | 06-22 | 4589        | 696.10    |
| 06-09 | 4529        | 1,424.38  | 06-16 | 4590        | 2,000.00  |
| 06-15 | 4530        | 72.00     | 06-16 | 4591        | 4,925.25  |
| 06-14 | 4531        | 72.30     | 06-17 | 4592        | 1,212.61  |
| 06-11 | 4532        | 33,373.63 | 06-17 | 4593        | 651.88    |
| 06-08 | 4533        | 5,600.00  | 06-21 | 4594        | 131.00    |
| 06-18 | 4534        | 2,080.78  | 06-17 | 4595        | 150.47    |
| 06-11 | 4535        | 647.18    | 06-17 | 4596        | 1,389.50  |
| 06-09 | 4536        | 50,000.00 | 06-18 | 4597        | 8.00      |
| 06-16 | 4537        | 1,500.00  | 06-21 | 4598        | 2,774.60  |
| 06-14 | 4538        | 1,923.00  | 06-16 | 4599        | 2,147.33  |
| 06-14 | 4539        | 6,730.76  | 06-21 | 4600        | 427.52    |
| 06-14 | 4541*       | 4,692.49  | 06-21 | 4601        | 180.35    |
| 06-14 | 4542        | 4,692.49  | 06-18 | 4602        | 2,162.70  |
| 06-23 | 4543        | 3,377.99  | 06-23 | 4603        | 35.00     |

ACC01704

S-3471-A

CF7782:200110300660:9999 scanned on ST    .MENTMANAGER by Operator Statement Manage    Oct 30, 2001 at 12:04:39 PM - Page 76 of 134.

COMMERCIAL CHECKING                                  ACCOUNT NUMBER
                                                       0382-7142

    BANK ONE ARIZONA, N.A.              323 05-19       H

    PAGE    5                    STATEMENT DATE 06-30-99

        MID-AMERICA FOUNDATION

```
                      -------------------------------------
-------------------------------  CHECKS/WITHDRAWALS - CONT'D  -------------------------------
                      -------------------------------------
```

| DATE  | DESCRIPTION | AMOUNT    | DATE  | DESCRIPTION | AMOUNT     |
|-------|-------------|-----------|-------|-------------|------------|
| 06-21 | 4604        | 18.09     | 06-23 | 4639        | 1,350.00   |
| 06-24 | 4607*       | 807.81    | 06-29 | 4640        | 45.00      |
| 06-16 | 4608        | 5,700.31  | 06-30 | 4641        | 24,652.03  |
| 06-17 | 4609        | 575.12    | 06-28 | 4642        | 2,374.00   |
| 06-23 | 4610        | 18.61     | 06-29 | 4643        | 330.00     |
| 06-23 | 4611        | 109.44    | 06-25 | 4644        | 250.00     |
| 06-18 | 4612        | 20,554.84 | 06-24 | 4649*       | 550.79     |
| 06-17 | 4615*       | 1,275.00  | 06-28 | 4650        | 3,365.38   |
| 06-23 | 4617        | 1,500.00  | 06-24 | 4653*       | 600,000.00 |
| 06-17 | 4618        | 13,657.95 | 06-28 | 4654        | 19,516.00  |
| 06-23 | 4619        | 118.11    | 06-28 | 4655        | 4,010.81   |
| 06-22 | 4620        | 1,500.00  | 06-29 | 4656        | 4,375.43   |
| 06-21 | 4621        | 89.47     | 06-28 | 4657        | 5,833.90   |
| 06-22 | 4622        | 16.21     | 06-28 | 4659*       | 124.71     |
| 06-23 | 4624*       | 6,000.00  | 06-25 | 4660        | 59.05      |
| 06-21 | 4625        | 3,365.38  | 06-30 | 4663*       | 124.71     |
| 06-23 | 4626        | 1,923.00  | 06-28 | 4664        | 124.71     |
| 06-18 | 4627        | 11,660.52 | 06-28 | 4665        | 124.71     |
| 06-21 | 4628        | 21,402.56 | 06-28 | 4668*       | 124.71     |
| 06-28 | 4630*       | 52.20     | 06-28 | 4673*       | 124.71     |
| 06-29 | 4631        | 213.04    | 06-29 | 4676*       | 2,813.39   |
| 06-29 | 4632        | 500.00    | 06-28 | 4678*       | 2,992.77   |
| 06-25 | 4635*       | 5,600.00  | 06-25 | 4680*       | 682.26     |
| 06-25 | 4637*       | 1,596.35  | 06-25 | 4683*       | 1,234.66   |
| 06-24 | 4638        | 4,472.47  | 06-30 | 4684        | 21,185.00  |

    365 ENCLOSURES

ACC01705

S-3471-A