# CHARITABLE GIFT ANNUITY
# CLIENT INFORMATION



**STRENGTH & CONFIDENCE THROUGH EXPERIENCE**

## CONFIDENTIAL

The information in this document is personal and confidential

## MID-AMERICA FOUNDATION

STRENGTH & CONFIDENCE THROUGH EXPERIENCE

*8630 E. Via de Ventura, Suite 100*
*Scottsdale, AZ 85258*
*Tel: (800) 535-7722  Fax: (602) 483-2063*
*website: www.mid-americacompanies.com*
*e-mail address: mkt@mid-americacompanies.com*

Exhibit 99

| HOME OFFICE USE ONLY | |
|---|---|
| Date Received: __5/20/99__ | |
| Gift Amount: _____ | |

Client's Last Name     First Name     M.I.

Client's Phone No. #
DWIGHT / PATRICK

Associate's Name     Associate's I.D. #
281  444-3774

Associate's Phone No. #

Associate's Address                    MAY 1 9 1999

# 20713

# MID-AMERICA FOUNDATION
# CHARITABLE GIFT ANNUITY                 1999

## Personal Data

Donor's Full Name: __Ru-Chiung Lee__     Address: __615 Grey Eagle Circle S__
City: __Colorado Springs__     State: __Colorado__     Zip: __80919-1611__
Home Phone Number: (TR) __536-0975__     Alternate Phone Number: (TR) __535-7823__
S.S. #: __442-56 4248__   D.O.B.: __8-2-46__     Place of Birth: __China__
Current Tax Bracket: __39_____%

If Donor is NOT the Annuitant OR if there is a Second Annuitant, please provide the following information:
Full Name:_____     Relationship:_____
Address:_____City:_____State:_____Zip:_____
Home Phone Number: (___)_____Alternate Phone Number: (___)_____
S.S. #:_____D.O.B.:_____Place of Birth:_____

## Asset/Financial Information

Type of Asset being used to fund the annuity: (Attach Schedule as Needed)
[ ✓ ] Cash
[ ✓ ] Stock/Securities
[ ] Real Estate
[ ] Is this the separate property of one spouse?   Holding period:_____
[ ] Other

Fair Market Value:_____Cost Basis:_____

### Desired Pay Out from Annuity:                ### Desired Payment Frequency:

[ ] 5%     [ ] 6%   6.4                [ ] Monthly [ ] Quarterly
[ ] 7%     [ ] 8%                    [ ] Semi-Annually   [ ✓ ] Annually
[ ] Other: __6.4__ %

• If selecting a deferred payment, the first payment date should be:_____

| Charity Name | Address | Phone | Percentage (%) going to charity |
|---|---|---|---|
| Ru Chiung Lee Foundation | Mid America Foundation | 800 535-7722 | 100 |
| | | | |
| | | | |
| | | | |
| | | | |

Gift will be endowed to charity unless otherwise specified.

# MID-AMERICA FOUNDATION
## CLIENT RECEIPT

Mid–America Foundation, Inc. hereby acknowledges receipt of $ _313,805.⁰⁰ Approx_

from _Ru-Chiung Lee_ as Donor, for the purchase of a Charitable Gift Annuity as outlined below:

<small>(Print Donor's Full Name)</small>

      [ ✓ ] One Life / Immediate Payment
      [ ] One Life / Deferred Payment
      [ ] Two Lives / Joint and Survivor Immediate / Successive Payment*
      [ ] Two Lives / Joint and Survivor Deferred / Successive Payment*
      [ ] Fixed Term (College Annuity)
      [ ] One Life Deferred with Indeterminate settlement date

The annuity will have scheduled payments:
      [ ] Monthly
      [ ] Quarterly
      [ ] Semi-Annually
      [ ✓ ] Annually

*All annuity agreements funded with real property will be conditioned upon sale and funding of the annuity contract before payments will commence.*

---

### Charitable Gift Annuity Liquidation and/or Transfer Disclosure

The undersigned Client(s) hereby acknowledge(s) and agree(s) that he/she/they are liquidating and/or transfer-ring the asset(s) identified as _Merrill Lynch acct 646-14N95_ to Mid-America Foundation, Inc. for the purpose of making a charitable gift and for the purpose of entering into a Charitable Gift Annuity Contract with Mid-America Foundation, Inc. The Client(s) acknowledge(s) and agrees(s) that said liquidation and/or transfer of the above identified asset(s) may be subject to an early withdrawal penalty or liquidation loss.

The Donor acknowledges that by entering into a Charitable Gift Annuity Contract with Mid-America Foundation, he/she/they is/are making an irrevocable gift to the Foundation while purchasing a fixed income for the life of the annuitant. The Donor hereby acknowledges that he/she/they has/have been informed of his/her/their absolute right to cancel this contract within three (3) business days of the date below:

| | |
|---|---|
| Client's Signature | 5-13-99     Date |
| Spouse's Signature | Date |
| Associate's Signature | Date |

---

* Donor retains power to revoke interest of second annuitant (non spouses only)

### Transfer Guidelines

It is imperative that the asset be transferred to Mid-America Foundation, Inc. directly. Real estate should not be under contract for sale, and securities should not be liquidated to provide funds, or favored treatment of gain will be lost.

# MID-AMERICA PROCEDURES
# FOR ISSUANCE OF GIFT ANNUITY

## Checks/Cash

All checks received take three business days to clear. After said time period has passed, the annuity contract will then be issued.

## Stocks/Securities

Stocks/Securities take approximately fifteen (15) to thirty (30) days for ownership transfer. Value of stock/securities is determined by date on new certificate or date transfer is made in Mid-America Foundation's brokerage account. The annuity contract will be issued once final value is determined. Please contact Mid-America Foundation, Inc. for Transfer of Ownership forms.

## Life Insurance/Annuities

Life Insurance/Annuities transfer will take approximately thirty (30) days. Once ownership transfer has been completed and surrender value determined, the annuity contract will then be issued.

## Real Estate

Please call Mid-America Foundation, Inc. for specifics on each individual case.

---

### FORMULA TO DETERMINE PAYMENT DATE

If monies and verification of transfer are received or a check has cleared at Mid-America Foundation's Bank by the 20th of the current month, payment will be made on the first day of the following month. If monies and verification are received after the 20th of the current month, payment will not be made on the first day of the following month, but the month after. (i.e. If monies are verified on January 15th, payment will begin on February 1st. If monies are verified on January 25th, payment will begin on March 1st.)



**MID-AMERICA FOUNDATION**

June 24, 1999

Ms. Ru-Chiung Lee
615 Grey Eagle Circles
Colorado Springs, CO 80919-1611

RE:     Gift Annuity Certificate No. 20713

Dear Ms. Lee:

This letter is to serve as confirmation that one Charitable Gift Annuity in the amount of $296,013.73 has been issued in the name of Ru-Chiung Lee.   The certificate and contract have been forwarded to Mr. Lankford for delivery to you.  Please sign the enclosed delivery receipt  and return it to us at your earliest convenience.  Our address is:

> Mid-America Foundation, Inc.
> 8630 E. Via De Ventura
> Suite 100
> Scottsdale, Arizona 85258

Thank you for allowing us the opportunity to assist you with your Charitable and Estate Planning needs.

Sincerely,

Robert R. Dillie
Executive Director

/fim

Enclosure



**MID-AMERICA FOUNDATION**

November 14, 2000


Ru-Chiung Lee
615 Grey Eagle Circles
Colorado Springs, Colorado 80919-1611

      Re:    Correction of Typographical Errors in Charitable Gift Annuity Contract
               Number 20713

Dear Ms. Lee:

Enclosed is a revised Gift Annuity Agreement which corrects the errors that were
included in the earlier version of the Agreement. Once you have reviewed and executed
the enclosed Agreement, I respectfully request that you return the original agreement for
which you signed a delivery receipt on July 14, 1999.

As you discussed with our representative, payment for the prorated portion of the first
year's annuity payment will be remitted prior to year's end.

Thank you once again for your generosity in supporting the charitable efforts of Mid-
America Foundation. If I may of further assistance, or if you have any questions or
concerns, please feel free to give me a call.

Sincerely,

Robert R. Dillie
Executive Director


Enclosures

---

Certificate Number: 20713

MID-AMERICA FOUNDATION, INC.

**GIFT ANNUITY AGREEMENT**

**Notice to Donor**: This annuity is not issued by an insurance company nor regulated by the Colorado Division of Insurance and is not protected by any state guaranty fund or protective association.

This Agreement is made between Ru-Chiung Lee, of 615 Grey Eagle Circles, Colorado Springs, Colorado, 80919-1611 (hereinafter "the Donor"), and Mid-America Foundation, Inc., of 8630 E. Via de Ventura, Suite 100, Scottsdale, Arizona, 85258 (hereinafter "Mid-America Foundation, Inc.").

**1. Transfer of Property by Donor**
   Mid-America Foundation, Inc. certifies that the Donor, as an evidence of her desire to support the work of Mid-America Foundation, Inc. and to make a charitable gift, on June 18, 1999, contributed to Mid-America Foundation, Inc. the property described in Schedule A attached hereto, the fair market value of which is $296,013.73.

**2. Payment of Annuity**
   In consideration of the property transferred by the Donor, Mid-America Foundation, Inc. shall pay an annual annuity of $21,312.99 from the date of this Agreement and shall pay such amount to the Donor so long as she is living.

**3. Payment Dates; First Installment**
   The annuity shall be paid in annual installments of $27,427.37. The first installment shall be payable on October 1, 2000, and shall be prorated on the basis of the number of days in the initial payment period. Subsequent installments beginning on October 1, 2001, and continuing every year thereafter shall be in the full amount of $27,427.37.

**4. Birth Date of Annuitant**
   The Donor's date of birth is August 2, 1946.

**5. Irrevocability; Non-assignability; Termination**
   This annuity is irrevocable and non-assignable, except that it may be assigned to Mid-America Foundation, Inc.. Mid-America Foundation, Inc.'s obligation under this Agreement shall terminate with the regular payment preceding the Donor's death.

**6. Uses and Purposes of Gift**
   Upon satisfying Mid-America Foundation, Inc.'s obligation under this Agreement, an amount equal to the residuum of the gift shall be used by Mid-America Foundation, Inc., in accordance with its established policies and procedures relating to Donor Advised Gifts (or "Advisory Purpose"), as described in Attachment B hereto, for the benefit of the Ru-Chiung Lee Foundation.

**7. Entire Agreement; Governing Law**

This Agreement and Schedule A attached hereto constitute the entire agreement of the parties. This Agreement shall be governed by the laws of the State of Arizona.

This Agreement is effective as of June 18, 1999.

DONOR:                                      MID-AMERICA FOUNDATION, INC.:


_____        _____
Ru-Chiung Lee                               Robert R. Dillie, Executive Director


ATTEST


By: _____

Certificate Number 20713

**Gift Annuity Agreement Between**
**Ru-Chiung Lee and**
**Mid-America Foundation, Inc.**


**SCHEDULE A**


**Description of Property**


Merrill Lynch Priority Client CMA Accounts of Stocks

Certificate Number 20713

MID-AMERICA FOUNDATION, INC.

## GIFT ANNUITY DISCLOSURE STATEMENT

### Description of A Gift Annuity
A gift annuity is a simple contract between the donor(s) and Mid-America Foundation, Inc. In exchange for the donor's(s') contribution, Mid-America Foundation, Inc. promises to make fixed, guaranteed payments for life to one or two annuitants (usually, but not necessarily, the donor(s)). The amount paid is based on the age of the annuitant(s) at the time of the gift, in accordance with Mid-America Foundation, Inc.'s rate schedule.

### Not A Commercial Investment
The act of establishing a gift annuity with Mid-America Foundation, Inc. is not, and should not be viewed as, an investment. Rather, it is a way to receive annuity payments while making a charitable donation. In this respect, Mid-America Foundation, Inc.'s gift annuity is different from a commercial annuity. However, the fact that you are making a charitable gift may provide you with tax benefits, including a current federal income tax charitable deduction (if you itemize your deductions), annuity payments which are partially tax-free, and future estate tax savings.

### Gift Annuity Rates
Generally, the gift annuity rates paid by Mid-America Foundation, Inc. are those suggested by the American Council on Gift Annuities, which is a national organization of charities that has been in existence since 1927. These rates have been calculated so as to provide attractive payments to the donor and/or other annuitant(s) and also to result in a significant portion of the contribution remaining for the charity. Because a charitable gift is involved, the rates are lower than those available through commercial annuities offered by insurance companies and other financial institutions.

### Assets Backing Annuity
The annuity payments are a general obligation of Mid-America Foundation, Inc., and they are backed by all of our assets subject to existing security interests. At October 1, 2000, our total invested funds exceeded $5,000,000.00, and they are invested in stocks, bonds, money market funds, and federal obligations. We also maintain a gift annuity reserve fund valued at more than $300,000.00 that is invested in accordance with the laws of the states in which we offer gift annuities. Assets received by Mid-America Foundation, Inc. for gift annuities are managed by Merrill Lynch, in a conservative and disciplined manner. If Mid-America Foundation, Inc. should ever fail financially, individuals entitled to receive annuities will qualify as general creditors of Mid-America Foundation, Inc.

Mid-America Foundation, Inc. was established in 1997. Responsibility for governing the organization is vested in a Board of Directors comprised of three persons, who are elected annually. Common investment funds managed by our organization are exempt from registration requirements of the federal securities laws, pursuant to the exemption

- 4 -                                    Certificate Number 20713

for collective investment funds and similar funds maintained by charitable organizations under the Philanthropy Protection Act of 1995. (P.L. 104-62). Information in this letter is provided to you in accordance with the requirements of that Act.

**Points to Remember**
- A contribution for a gift annuity is irrevocable. The principal you contribute cannot be returned to you.
- The right to annuity payments may not be assigned to any person or organization, other than Mid-America Foundation, Inc.
- The gift date is the date when you actually transfer assets. In the case of cash, it is the date you mail or deliver a check. In the case of an electronic transfer of securities, it is the date they are received into the account of Mid-America Foundation, Inc. If you have certificates, it is the date they are properly endorsed and mailed or delivered.
- The gift annuity is governed by the laws of the state in which you reside at the time the gift annuity agreement is signed.

**For More Information**
This disclosure statement is intended to provide basic information regarding the gift annuities issued by Mid-America Foundation, Inc. If you have additional questions concerning Mid-America Foundation, Inc.'s gift annuity program, please call or write Robert Dillie, Executive Director, Mid-America Foundation, Inc., 8630 E. Via de Ventura, Suite 100, Scottsdale, Arizona 85258, telephone: (480) 483-7722, facsimile: (480) 483-2063.


Robert R. Dillie
Executive Director

**ATTACHMENT B**

**MID-AMERICA FOUNDATION, INC.**
**POLICY RELATING TO DONOR ADVISED GIFTS**

If the donor has indicated a purpose to which the residuum of the charitable gift annuity is to be directed, such designation of purpose is advisory only, and not legally binding on the directors of Mid-America Foundation, Inc.  The directors will exercise unfettered discretion to determine the amount, manner and frequency of any distributions of the residuum to qualified charitable recipients in accordance with the donor's stated purpose.

MID-AMERICA FOUNDATION



# OFFICIAL CERTIFICATE

This is to certify the acceptance of

## *Ru-Chiung Lee*

as an official Donor Advised Account of
Mid-America Foundation

Certificate Number *20713*

*June 18, 1999*
DATE

_____
EXECUTIVE DIRECTOR

Tax I.D. #86-0878049



**MID-AMERICA FOUNDATION**

June 24, 1999

Mr. Dwight Lankford
15603 Kuykendahl, Suite 150
Houston, TX 77090-3655

Dear Mr. Lankford:

It is with great pleasure that I enclose your commission check in the amount of $23,681.10 resulting from the sale of the Ru-Chiung Lee Gift Annuity.

Mid America's growth and success depends on agents of your caliber. Congratulations on an outstanding job!

Very truly yours,

Robert R. Dillie
Executive Director

615 Grey Eagle Circle S
Colorado Springs, CO 80919-1611

© WILSON JONES COMPANY    G7203 GREEN    7203 BUFF

"REVISED"

| | | | Initials | Date |
|---|---|---|---|---|
| | | Prepared By | | |
| | | Approved By | | |

| | | | Cert # 20713 | Rate 7.2% | |
|---|---|---|---|---|---|
| | Ru-Chiung Lee | | | | |
| | 615 Grey Eagle Circle S | | | | |
| | Colorado Springs, CO 80919-1611 | | Debit | Credit | |
| 6/18/99 | Gift rec'd  cash | | | 296,013.73 | |
| 6/18/99 | Comm  Mid-America Estate Services, LLC 8% | | 23,681.10 | | |
| 6/18/99 | Admin Fee  MAFG         3.5% | | 10,360.48 | | |
| 10/01/00 | 1st Annual Payment     471 days | | 27,427.37 | | |
| 10/01/01 | Annual Payment | | 21,312.99 | | |

# MID-AMERICA COMPANIES

## PAY TRANSMITTAL

Please submit this form with all business written and send to Mid-America.

| ✔ | Type of Business | Cost | Payment Received | Balance Due If Any |
|---|---|---|---|---|
| | Document Preparation | $ | $ | $ |

| ✔ | Type of Business | Premium | Payment Received | Balance Due If Any |
|---|---|---|---|---|
| | Life Insurance | $ | $ | $ |
| | Commercial Annuity | $ | $ | $ |
| ✔ | Charitable Gift Annuity | $ 296,013.73 | $ | $ |

| | |
|---|---|
| Client Name: *Ru-Chiung Lee* | Date: *6/24/99* |
| Writing Associate Name: *Dwight Lankford* | Associate I.D. #: |
| *Mid-America Estate Services, LLC*<br>Payee Name & Address below: | MAC Code #: *20713* |
| *Mid-America Estate Services, LLC*<br>*15603 Kuykendahl STE 150*<br>*Houston, Tx 77090-3655* | Company Business Written With: *MAF* |
| Commission %: *8* | Actual Amount of Premium: |
| Overrides: *N/A* | *296,013.73* |
| 1 | Policy Number: |
| 2 | |
| 3 | Amount Due Agent: *23,681.10* |

### FOR ACCOUNTING USE ONLY

Amount Paid to Agent: $_____     Date Paid:_____

Mid-America Companies
Corporate Headquarters ● 8630 East Via de Ventura ● Suite 100 ● Scottsdale, Arizona 85258 ● (800) 535-7722 ● Fax (602) 483-2063
Website: http://www.mid-americatrust.com ● E-Mail: mkt@mid-americatrust.com

CF7782:200110300660:9999 scanned on ST. EMENTMANAGER by Operator Statement Manage. , Oct 30, 2001 at 12:04:39 PM - Page 77 of 134.

```
COMMERCIAL CHECKING                                    ACCOUNT NUMBER
                                                       0382-7142


     BANK ONE ARIZONA, N.A.            323 05-19        H
     P.O. BOX 71
     PHOENIX, AZ     85001             00




          MID-AMERICA FOUNDATION                   323
          8630 E VIA DE VENTURA STE 100
          SCOTTSDALE AZ  85258-3358
```

```
                    ------------------------------------
--------------------      IMPORTANT INFORMATION       ------------------------------
                    ------------------------------------
     OUR HIGH BALANCE SAVINGS ACCOUNT OFFERS YOU RATES HIGHER THAN TRADITIONAL
     MONEY MARKET ACCOUNTS.  AND, AS YOUR BALANCE INCREASES, SO DOES YOUR YIELD.
     PLEASE CALL US AT 1-800-404-4111 OR COME INTO YOUR BANKING CENTER TODAY TO
     OPEN AN ACCOUNT.
     ***************************************************************************
     BUSINESS ONLINE SERVICES LETS YOU USE YOUR PERSONAL COMPUTER TO CHECK
     BALANCES, VERIFY DEPOSITS, AND MAKE TRANSFERS BETWEEN BUSINESS CHECKING AND
     SAVINGS ACCOUNTS.  WITH OUR EASY-TO-USE SERVICE, BANKING AND BILL PAYING ARE
     AS SIMPLE AS POINT AND CLICK.  TO SIGN UP, VISIT US ON THE INTERNET AT
     WWW.BANKONE.COM.
                    ------------------------------------
--------------------     BANK ONE BUSINESS SOLUTIONS   ------------------------------
                    ------------------------------------
          CHECKING, SAVINGS, CARDS         BUSINESS LOAN BY PHONE
             480-730-0527                     1-800-404-4111

          BUSINESS CREDIT CARDS             LOST OR STOLEN CARDS
             1-800-346-5538                    1-800-366-2265

          MAILING ADDRESS:  PO BOX 71, PHOENIX, AZ 85001
                    ------------------------------------
--------------------  ACCOUNT SUMMARY AS OF 07-30-99   ------------------------------
                    ------------------------------------
              - - - - -  BALANCE SUMMARY - - - - -

     BEGINNING BALANCE AS OF 06-30-99           641,159.18
     PLUS      7 DEPOSITS/CREDITS        590,880.22
     LESS    360 CHECKS/WITHDRAWALS      987,770.57
     ENDING BALANCE AS OF 07-30-99               244,268.83

     LOW BALANCE      121,128.39
                    ------------------------------------
--------------------           DEPOSITS/CREDITS        ------------------------------
                    ------------------------------------
```

| DATE  | DESCRIPTION | AMOUNT     | DATE  | DESCRIPTION | AMOUNT     |
|-------|-------------|------------|-------|-------------|------------|
| 07-09 | DEPOSIT     | 40,019.66  | 07-22 | DEPOSIT     | 100,000.00 |
| 07-14 | DEPOSIT     | 50,000.00  | 07-26 | DEPOSIT     | 250,000.00 |
| 07-16 | DEPOSIT     | 50,000.00  | 07-30 | DEPOSIT     | 860.56     |
| 07-19 | DEPOSIT     | 100,000.00 |       |             |            |

```
                    ------------------------------------
--------------------          CHECKS/WITHDRAWALS       ------------------------------
                    ------------------------------------
```

| DATE  |              | DESCRIPTION OF TRANSACTION |                | AMOUNT    |
|-------|--------------|----------------------------|----------------|-----------|
| 07-01 | ADP - TAX    | ADP TX/FINCL SVC           | 0701 20B4D 063026A01 | 26,531.94 |
| 07-08 | ADP - FEES   | ADP PAYROLL FEES           | 0708 13B4D  1914212  | 25.00     |
| 07-08 | ADP - FEES   | ADP PAYROLL FEES           | 0708 13B4D  1914211  | 74.90     |
| 07-09 | ADP - TAX    | ADP TX/FINCL SVC           | 0709 20B4D 070927A01 | 20,513.95 |
| 07-14 | ADP - FEES   | ADP PAYROLL FEES           | 0714 13B4D  1988657  | 12.00     |

ACC01706

S-3471-A

CF7782:200110300660:9999 scanned on STA    MENTMANAGER by Operator Statement Manage.     Oct 30, 2001 at 12:04:39 PM - Page 78 of 134.

COMMERCIAL CHECKING

ACCOUNT NUMBER
0382-7142

BANK ONE ARIZONA, N.A.            323 05-19        H

PAGE    2                    STATEMENT DATE 07-30-99

MID-AMERICA FOUNDATION

```
                  -------------------------------------
---------------------------- CHECKS/WITHDRAWALS - CONT'D  -------------------------------
                  -------------------------------------
```

| DATE | DESCRIPTION OF TRANSACTION | | AMOUNT |
|------|----------------------------|---|--------|
| 07-14 ADP - FEES | ADP PAYROLL FEES | 0714 13B4D   1988656 | 84.50 |
| 07-16 ADP - TAX | ADP TX/FINCL SVC | 0716 20B4D 071628A01 | 21,689.84 |
| 07-21 ADP - FEES | ADP PAYROLL FEES | 0721 13B4D   2149651 | 77.60 |
| 07-23 ADP - TAX | ADP TX/FINCL SVC | 0723 20B4D 072329A01 | 39,709.52 |
| 07-28 ADP - FEES | ADP PAYROLL FEES | 0728 13B4D   2317896 | 102.80 |
| 07-30 ADP - TAX | ADP TX/FINCL SVC | 0730 20B4D 073030A01 | 22,393.82 - |

| DATE | DESCRIPTION | AMOUNT | DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|------|-------------|--------|
| 07-02 | 3536  | 477.49   | 07-06 | 3619 | 626.83 |
| 07-01 | 3538* | 1,515.28 | 07-14 | 3620 | 1,753.05 |
| 07-01 | 3545* | 369.37   | 07-09 | 3621 | 550.79 |
| 07-06 | 3546  | 1,051.61 | 07-08 | 3622 | 788.33 |
| 07-01 | 3571* | 710.35   | 07-09 | 3623 | 729.91 |
| 07-01 | 3572  | 349.16   | 07-12 | 3624 | 401.47 |
| 07-02 | 3574* | 1,753.06 | 07-09 | 3625 | 297.80 |
| 07-02 | 3575  | 550.80   | 07-12 | 3626 | 688.35 |
| 07-06 | 3576  | 749.64   | 07-09 | 3627 | 448.20 |
| 07-02 | 3577  | 401.46   | 07-09 | 3628 | 1,120.46 |
| 07-06 | 3578  | 271.28   | 07-12 | 3629 | 1,727.87 |
| 07-02 | 3579  | 688.34   | 07-23 | 3630 | 477.49 |
| 07-06 | 3580  | 448.21   | 07-13 | 3631 | 670.17 |
| 07-01 | 3582* | 1,782.65 | 07-19 | 3632 | 1,515.29 |
| 07-08 | 3583  | 477.49   | 07-12 | 3633 | 2,041.90 |
| 07-13 | 3584  | 670.17   | 07-09 | 3634 | 1,700.01 |
| 07-01 | 3585  | 1,515.28 | 07-09 | 3635 | 346.08 |
| 07-12 | 3586  | 2,041.89 | 07-09 | 3636 | 392.95 |
| 07-02 | 3588* | 346.09   | 07-15 | 3637 | 466.06 |
| 07-06 | 3589  | 392.94   | 07-26 | 3638 | 427.92 |
| 07-06 | 3590  | 466.05   | 07-15 | 3639 | 1,051.61 |
| 07-06 | 3591  | 427.92   | 07-14 | 3640 | 615.17 |
| 07-09 | 3592  | 1,051.61 | 07-12 | 3641 | 461.75 |
| 07-07 | 3593  | 613.22   | 07-12 | 3642 | 608.49 |
| 07-06 | 3594  | 608.49   | 07-09 | 3643 | 1,611.80 |
| 07-02 | 3595  | 1,611.80 | 07-09 | 3644 | 484.82 |
| 07-01 | 3596  | 484.83   | 07-08 | 3645 | 632.82 |
| 07-02 | 3597  | 632.83   | 07-13 | 3646 | 359.41 |
| 07-06 | 3598  | 379.83   | 07-09 | 3647 | 866.09 |
| 07-02 | 3599  | 866.10   | 07-08 | 3648 | 1,979.35 |
| 07-01 | 3600  | 1,979.36 | 07-14 | 3649 | 1,950.29 |
| 07-09 | 3601  | 1,959.97 | 07-08 | 3650 | 558.28 |
| 07-01 | 3602  | 558.27   | 07-09 | 3651 | 533.83 |
| 07-02 | 3603  | 533.83   | 07-12 | 3652 | 1,713.64 |
| 07-08 | 3604  | 1,713.63 | 07-14 | 3653 | 439.89 |
| 07-01 | 3605  | 439.89   | 07-08 | 3654 | 507.21 |
| 07-01 | 3606  | 507.21   | 07-09 | 3655 | 360.78 |
| 07-02 | 3607  | 1,979.15 | 07-22 | 3656 | 1,979.16 |
| 07-06 | 3608  | 479.42   | 07-13 | 3657 | 479.43 |
| 07-01 | 3609  | 411.41   | 07-09 | 3658 | 411.42 |
| 07-02 | 3610  | 399.25   | 07-09 | 3659 | 394.35 |
| 07-02 | 3611  | 639.46   | 07-08 | 3660 | 639.45 |
| 07-02 | 3612  | 506.90   | 07-09 | 3661 | 406.63 |
| 07-01 | 3613  | 812.88   | 07-08 | 3662 | 812.88 |
| 07-01 | 3614  | 1,946.54 | 07-09 | 3663 | 1,946.54 |
| 07-07 | 3615  | 651.40   | 07-12 | 3664 | 651.40 |
| 07-06 | 3615  | 595.48   | 07-12 | 3665 | 595.48 |
| 07-01 | 3617  | 648.81   | 07-09 | 3666 | 710.35 |
| 07-06 | 3618  | 349.16   | 07-13 | 3667 | 349.16 |

ACC01707
S-3471-A

CF7782:200110300660:9999 scanned on STA_EMENTMANAGER by Operator Statement Manage_  Oct 30, 2001 at 12:04:39 PM - Page 79 of 134.

COMMERCIAL CHECKING

ACCOUNT NUMBER
0382-7142

BANK ONE ARIZONA, N.A.          323 05-19      H

PAGE    3                 STATEMENT DATE 07-30-99

MID-AMERICA FOUNDATION

```
                          ------------------------------------
------------------------------ CHECKS/WITHDRAWALS - CONT'D  ------------------------------
                          ------------------------------------
```

| DATE | DESCRIPTION | AMOUNT | DATE | DESCRIPTION | AMOUNT |
|------|------|------|------|------|------|
| 07-12 | 3668 | 626.83 | 07-22 | 3725 | 297.80 |
| 07-16 | 3669 | 1,753.06 | 07-22 | 3725 | 317.29 |
| 07-19 | 3670 | 550.80 | 07-23 | 3727 | 688.34 |
| 07-16 | 3671 | 788.33 | 07-23 | 3728 | 1,044.85 |
| 07-19 | 3672 | 729.91 | 07-23 | 3729 | 448.20 |
| 07-16 | 3673 | 401.46 | 07-23 | 3730 · | 317.29 |
| 07-16 | 3674 | 297.80 | 07-27 | 3731 | 1,120.46 |
| 07-16 | 3675 | 688.34 | 07-27 | 3732 | 5,251.88 |
| 07-16 | 3676 | 448.21 | 07-26 | 3733 | 1,727.86 |
| 07-16 | 3677 | 1,120.45 | 07-26 | 3734 | 2,504.22 |
| 07-16 | 3678 | 1,727.86 | 07-30 | 3735 | 918.62 |
| 07-22 | 3679 | 2,172.68 | 07-28 | 3736 | 477.49 |
| 07-23 | 3680 | 477.49 | 07-23 | 3737 | 670.18 |
| 07-15 | 3681 | 670.17 | 07-30 | 3738 | 1,515.28 |
| 07-19 | 3682 | 1,515.28 | 07-23 | 3741* | 1,700.02 |
| 07-19 | 3683 | 2,041.90 | 07-23 | 3743* | 346.09 |
| 07-15 | 3684 | 1,700.01 | 07-26 | 3744 | 392.95 |
| 07-16 | 3685 | 346.09 | 07-26 | 3745 | 317.28 |
| 07-19 | 3686 | 392.94 | 07-26 | 3746 | 466.06 |
| 07-19 | 3687 | 466.06 | 07-26 | 3747 | 317.29 |
| 07-26 | 3688 | 1,051.61 | 07-30 | 3748 | 1,051.61 |
| 07-21 | 3689 | 615.17 | 07-30 | 3749 | 615.18 |
| 07-20 | 3690 | 461.75 | 07-26 | 3750 | 461.75 |
| 07-19 | 3691 | 608.48 | 07-26 | 3751 | 608.49 |
| 07-15 | 3692 | 1,611.80 | 07-26 | 3752 | 317.29 |
| 07-16 | 3693 | 484.83 | 07-23 | 3753 | 1,611.80 |
| 07-15 | 3694 | 632.83 | 07-23 | 3754 | 9,276.26 |
| 07-20 | 3695 | 359.40 | 07-23 | 3755 | 484.83 |
| 07-16 | 3696 | 866.09 | 07-23 | 3756 | 317.29 |
| 07-16 | 3697 | 1,979.36 | 07-26 | 3757 | 632.83 |
| 07-20 | 3698 | 1,950.29 | 07-26 | 3759* | 317.28 |
| 07-16 | 3699 | 558.27 | 07-26 | 3760 | 866.10 |
| 07-15 | 3700 | 533.83 | 07-26 | 3761 | 5,330.47 |
| 07-21 | 3701 | 1,713.63 | 07-22 | 3762 | 1,979.35 |
| 07-30 | 3702 | 439.89 | 07-22 | 3763 | 2,392.85 |
| 07-15 | 3703 | 467.09 | 07-27 | 3764 | 1,950.29 |
| 07-19 | 3704 | 360.78 | 07-27 | 3765 | 8,604.68 |
| 07-22 | 3705 | 1,979.15 | 07-23 | 3766 | 558.27 |
| 07-19 | 3706 | 479.42 | 07-23 | 3767 | 533.83 |
| 07-16 | 3707 | 411.41 | 07-23 | 3768 | 317.29 |
| 07-15 | 3708 | 394.36 | 07-29 | 3769 | 1,713.63 |
| 07-16 | 3709 | 639.46 | 07-30 | 3771* | 317.29 |
| 07-16 | 3710 | 506.90 | 07-22 | 3772 | 426.04 |
| 07-15 | 3711 | 812.88 | 07-23 | 3773 | 360.79 |
| 07-15 | 3712 | 1,946.54 | 07-23 | 3774 | 321.31 |
| 07-19 | 3713 | 651.40 | 07-28 | 3776* | 12,368.35 |
| 07-21 | 3714 | 595.48 | 07-26 | 3777 | 479.42 |
| 07-16 | 3715 | 710.35 | 07-23 | 3778 | 411.41 |
| 07-20 | 3716 | 349.17 | 07-23 | 3779 | 317.29 |
| 07-19 | 3717 | 626.82 | 07-26 | 3780 | 394.35 |
| 07-23 | 3718 | 1,753.05 | 07-22 | 3781 | 317.29 |
| 07-23 | 3719 | 550.79 | 07-23 | 3782 | 639.46 |
| 07-23 | 3720 | 788.33 | 07-23 | 3783 | 317.28 |
| 07-23 | 3721 | 729.91 | 07-23 | 3784 | 506.91 |
| 07-23 | 3722 | 3,401.78 | 07-23 | 3785 | 317.29 |
| 07-26 | 3723 | 401.46 | 07-23 | 3786 | 812.88 |
| 07-26 | 3724 | 317.29 | 07-22 | 3787 | 1,946.54 |

ACC01708

S-3471-A

CF7782:200110300660:9999 scanned on S1  EMENTMANAGER by Operator Statement Manage  1 Oct 30, 2001 at 12:04:39 PM - Page 80 of 134.

COMMERCIAL CHECKING

ACCOUNT NUMBER
0382-7142

BANK ONE ARIZONA, N.A.                 323 05-19        H

PAGE   4                        STATEMENT DATE 07-30-99

MID-AMERICA FOUNDATION

```
                    ----------------------------------
------------------------ CHECKS/WITHDRAWALS - CONT'D -----------------------------------
                    ----------------------------------
```

| DATE | DESCRIPTION | AMOUNT | DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|------|-------------|--------|
| 07-26 | 3788 | 651.40 | 07-01 | 4675 | 124.71 |
| 07-26 | 3789 | 595.48 | 07-16 | 4677* | 3,278.76 |
| 07-23 | 3790 | 710.35 | 07-09 | 4679* | 4,623.27 |
| 07-26 | 3791 | 205.09 | 07-01 | 4681* | 290.90 |
| 07-23 | 3794* | 626.83 | 07-02 | 4682 | 1,234.66 |
| 07-30 | 3797* | 788.33 | 07-22 | 4686* | 23,681.10 |
| 07-30 | 3799* | 401.46 | 07-06 | 4687 | 1,750.00 |
| 07-30 | 3801* | 688.35 | 07-08 | 4688 | 1,750.00 |
| 07-30 | 3803* | 1,120.46 | 07-12 | 4689 | 500.00 |
| 07-29 | 3804 | 1,727.86 | 07-07 | 4690 | 7,000.00 |
| 07-30 | 3808* | 1,515.28 | 07-20 | 4691 | 7,875.88 |
| 07-30 | 3811* | 346.09 | 07-02 | 4692 | 5,000.00 |
| 07-30 | 3816* | 461.75 | 07-06 | 4693 | 3,365.38 |
| 07-30 | 3818* | 1,611.80 | 07-07 | 4694 | 1,923.00 |
| 07-30 | 3819 | 484.82 | 07-28 | 4695 | 1,500.00 |
| 07-29 | 3821* | 632.83 | 07-07 | 4696 | 20,833.33 |
| 07-30 | 3823* | 866.09 | 07-01 | 4697 | 788.33 |
| 07-30 | 3824 | 1,979.36 | 07-02 | 4698 | 60,411.00 |
| 07-30 | 3827* | 533.83 | 07-01 | 4699 | 17,633.39 |
| 07-29 | 3830* | 507.21 | 07-07 | 4700 | 173.04 |
| 07-30 | 3831 | 360.78 | 07-06 | 4701 | 1,000.00 |
| 07-30 | 3832 | 339.84 | 07-06 | 4702 | 99.00 |
| 07-30 | 3837* | 411.41 | 07-02 | 4703 | 1,250.00 |
| 07-29 | 3838 | 394.36 | 07-06 | 4704 | 318.50 |
| 07-30 | 3839 | 639.46 | 07-06 | 4705 | 957.12 |
| 07-29 | 3840 | 506.90 | 07-09 | 4706 | 5,000.00 |
| 07-29 | 3841 | 812.88 | 07-07 | 4707 | 3,069.56 |
| 07-30 | 3842 | 1,946.54 | 07-08 | 4708 | 30,000.00 |
| 07-30 | 3845* | 710.36 | 07-07 | 4709 | 697.00 |
| 07-30 | 3847* | 339.79 | 07-09 | 4710 | 83,120.00 |
| 07-02 | 4540* | 6,400.00 | 07-08 | 4711 | 2,250.00 |
| 07-01 | 4579* | 16,192.20 | 07-15 | 4712 | 25,000.00 |
| 07-06 | 4581* | 718.20 | 07-28 | 4713 | 1,500.00 |
| 07-06 | 4605* | 200.00 | 07-19 | 4714 | 1,923.00 |
| 07-16 | 4613* | 2,075.89 | 07-12 | 4715 | 3,365.38 |
| 07-30 | 4615* | 2,018.07 | 07-08 | 4716 | 6,400.00 |
| 07-01 | 4623* | 375.00 | 07-12 | 4717 | 2,943.23 |
| 07-02 | 4629* | 1,173.12 | 07-12 | 4718 | 1,534.78 |
| 07-08 | 4633* | 2,155.67 | 07-15 | 4719 | 1,355.71 |
| 07-06 | 4634 | 200.00 | 07-15 | 4720 | 39,312.94 |
| 07-02 | 4636* | 800.00 | 07-23 | 4721 | 1,332.84 |
| 07-01 | 4645* | 39,433.23 | 07-21 | 4722 | 552.14 |
| 07-06 | 4646 | 19,931.24 | 07-13 | 4723 | 4,200.35 |
| 07-06 | 4647 | 1,500.00 | 07-13 | 4724 | 16,971.47 |
| 07-16 | 4648 | 6,000.00 | 07-19 | 4725 | 289.00 |
| 07-06 | 4651* | 1,923.00 | 07-19 | 4726 | 155.25 |
| 07-07 | 4652 | 1,014.25 | 07-14 | 4727 | 509.60 |
| 07-02 | 4658* | 1,336.94 | 07-20 | 4728 | 84.74 |
| 07-06 | 4661* | 124.71 | 07-14 | 4729 | 7,067.25 |
| 07-08 | 4662 | 124.71 | 07-14 | 4730 | 3,017.00 |
| 07-01 | 4666* | 124.71 | 07-16 | 4731 | 10,814.40 |
| 07-19 | 4667 | 124.71 | 07-21 | 4732 | 106.50 |
| 07-02 | 4669* | 124.71 | 07-21 | 4733 | 2,000.00 |
| 07-02 | 4670 | 124.71 | 07-15 | 4734 | 1,934.42 |
| 07-01 | 4671 | 124.71 | 07-15 | 4735 | 5,000.00 |
| 07-02 | 4672 | 124.71 | 07-06 | 4736 | 3,947.86 |
| 07-01 | 4674* | 124.71 | 07-20 | 4737 | 1,923.00 |

ACC01709

S-3471-A

CF7782:200110300660:9999 scanned on STATEMENTMANAGER by Operator Statement Manager Oct 30, 2001 at 12:04:39 PM - Page 81 of 134.

```
COMMERCIAL CHECKING                                 ACCOUNT NUMBER
                                                    0382-7142


    BANK ONE ARIZONA, N.A.                   323 05-19        H


    PAGE    5                       STATEMENT DATE 07-30-99

                   MID-AMERICA FOUNDATION
```

```
                    ------------------------------------
----------------------------   CHECKS/WITHDRAWALS - CONT'D   -------------------------------------
                    ------------------------------------

DATE   DESCRIPTION                 AMOUNT    DATE   DESCRIPTION               AMOUNT
07-19 4739*                      3,365.38    07-21 4752                     3,695.64
07-19 4740                      18,894.79    07-26 4753                     1,122.50
07-19 4741                       1,600.00    07-26 4754                       545.00
07-22 4742                       2,100.00    07-27 4755                     1,923.00
07-26 4743                         202.25    07-30 4756                     3,365.38
07-19 4744                          73.60    07-28 4757                     1,500.00
07-19 4745                          24.80    07-22 4760*                      127.89
07-23 4746                         198.50    07-28 4761                     3,400.00
07-22 4748*                      9,389.13    07-30 4764*                      500.00
07-21 4749                       2,500.00    07-27 4769*                   10,435.37
07-28 4750                       2,500.00    07-30 4783*                    1,700.00
07-21 4751                      10,375.38

    349 ENCLOSURES
```

ACC01710
S-3471-A