| HOME OFFICE USE ONLY | Client's Last Name: Welch   First Name: Charles   M.I. N. |
|---|---|
| Date Received: 5/5/99 | 903-984-4800 |
| Gift Amount: ~~$20,000~~ | Client's Phone No. # |
| | Dwight Lankford |
| | Associate's Name    Associate's I.D. # |
| | 251-444-3794 |
| | Associate's Phone No. # |
| | Associate's Address |

# MID-AMERICA FOUNDATION
## CHARITABLE GIFT ANNUITY

### Personal Data
Donor's Full Name: Charles W. Welch         Address: 3418 Pearl St.
City: Kilgore                  State: Texas           Zip: 75662
Home Phone Number: (903) 984-4800          Alternate Phone Number: (___)
S.S. #: 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  D.O.B.: 11/22/33      Place of Birth: Hallsville Texas
Current Tax Bracket: 33 %

If Donor is NOT the Annuitant OR if there is a Second Annuitant, please provide the following information:
Full Name: Mary J. Welch              Relationship: Wife
Address: (Same)      City:           State:        Zip:
Home Phone Number: (___)           Alternate Phone Number: (___)
S.S. #: 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  D.O.B.: 8/1/38   Place of Birth: Harrison Texas

### Asset/Financial Information

Type of Asset being used to fund the annuity: (Attach Schedule as Needed)
[ ] Cash
[X] Stock/Securities
[ ] Real Estate
[ ] Is this the separate property of one spouse?   Holding period: _____
[ ] Other

Fair Market Value: 500,000        Cost Basis: 400,000

### Desired Pay Out from Annuity:

[ ] 5%      [ ] 6%
[ ] 7%      [ ] 8%
[ ] Other: 7.2 %

### Desired Payment Frequency:

[ ] Monthly    [ ] Quarterly
[ ] Semi-Annually   [ ] Annually

• If selecting a deferred payment, the first payment date should be: _____

| Charity Name | Address | Phone | Percentage (%) going to charity |
|---|---|---|---|
| ~~Stephen F. Austin~~ | | | |
| ~~Kilgore Jr. College~~ | | | |
| Charles W & Mary J Welch Family Foundation | | | 100 |

Exhibit 100

Gift will be endowed to charity unless otherwise specified.

MAF007224

# MID-AMERICA FOUNDATION
# CLIENT RECEIPT

Mid-America Foundation, Inc, hereby acknowledges receipt of $ _500,000_
from _Charles & Mary Welch_ as Donor, for the purchase of a Charitable Gift Annuity as outlined below:
(Print Donor's Full Name)

[ ] One Life / Immediate Payment
[ ] One Life / Deferred Payment
[X] Two Lives / Joint and Survivor Immediate / Successive Payment*
[ ] Two Lives / Joint and Survivor Deferred / Successive Payment*
[ ] Fixed Term (College Annuity)
[ ] One Life Deferred with Indeterminate settlement date

The annuity will have scheduled payments:
[X] Monthly
[ ] Quarterly
[ ] Semi-Annually
[ ] Annually

*All annuity agreements funded with real property will be conditioned upon sale and funding of the annuity contract before payments will commence.*

---

**Charitable Gift Annuity Liquidation and/or Transfer Disclosure**

The undersigned Client(s) hereby acknowledge(s) and agree(s) that he/she/they are liquidating and/or transferring the asset(s) identified as _Stock & Securities_ to Mid-America Foundation, Inc. for the purpose of making a charitable gift and for the purpose of entering into a Charitable Gift Annuity Contract with Mid-America Foundation, Inc. The Client(s) acknowledge(s) and agrees(s) that said liquidation and/or transfer of the above identified asset(s) may be subject to an early withdrawal penalty or liquidation loss.

The Donor acknowledges that by entering into a Charitable Gift Annuity Contract with Mid-America Foundation, he/she/they is/are making an irrevocable gift to the Foundation while purchasing a fixed income for the life of the annuitant. The Donor hereby acknowledges that he/she/they has/have been informed of his/her/their absolute right to cancel this contract within three (3) business days of the date below:

X _Charles W Welch_      _5-7-99_
Client's Signature      Date

_Mary J Welch_      _5-7-99_
Spouse's Signature      Date

_[signature]_      _5/7/99_
Associate's Signature      Date

---

* Donor retains power to revoke interest of second annuitant (non spouses only)

### Transfer Guidelines

It is imperative that the asset be transferred to Mid-America Foundation, Inc. directly. Real estate should not be under contract for sale, and securities should not be liquidated to provide funds, or favored treatment of gain will be lost.



# MID-AMERICA FOUNDATION

June 4, 1999

Mr. and Mrs. Charles W. Welch
3412 Pearl Street
Kilgore, TX 75662

RE:   Gift Annuity Certificate No. 20717

Dear Mr. and Mrs. Welch:

This letter is to serve as confirmation that one Charitable Gift Annuity in the amount of $380,932.10 has been issued in the name of Charles W. Welch and Mary J. Welch. The certificate and contract have been forwarded to Mr. Lankford for delivery to you. Please sign the enclosed delivery receipt and return it to us at your earliest convenience. Our address is:

>    Mid-America Foundation, Inc.
>    8630 E. Via De Ventura
>    Suite 100
>    Scottsdale, Arizona 85258

Thank you for allowing us the opportunity to assist you with your Charitable and Estate Planning needs.

Sincerely,

Robert R. Dillie
Executive Director

/fim

Enclosure

MAF007217

Contract Number:     20717

THE FOUNDATION CERTIFIES THAT, **CHARLES W. WELCH AND MARY J. WELCH** AS EVIDENCE OF THEIR DESIRE TO SUPPORT THE WORK OF **MID-AMERICA FOUNDATION, INC.** AND TO MAKE A CHARITABLE GIFT, HAS THIS DAY CONTRIBUTED TO THE FOUNDATION FOR THE USE AND BENEFIT OF THE CHARITIES NAMED HEREIN.

### I.    CONTRACT TERMS

MID-AMERICA FOUNDATION, INC. WILL PAY A JOINT AND SURVIVORSHIP AN ANNUITY TO **CHARLES W. WELCH**, BORN NOVEMBER 22, 1932, SOCIAL SECURITY NUMBER 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, RESIDING AT 3412 PEARL STREET, KILGORE, TX 75662, AND MARY J. WELCH, BORN AUGUST 1, 1938, SOCIAL SECURITY NUMBER 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, RESIDING AT 3412 PEARL STREET, KILGORE, TX 75662, FOR THEIR JOINT LIVES. THE FIRST PAYMENT SHALL BE IN THE AMOUNT OF $2,063.39, TO BE PAID ON THE FIRST DAY OF JULY, 1999, AND CONTINUE MONTHLY THEREAFTER IN THE AMOUNT OF **$2,063.39**, UNTIL THE PASSING OF THE SECOND TO DIE.

THE OBLIGATION OF THE FOUNDATION TO MAKE ANNUITY PAYMENTS SHALL CONTINUE TO THE SURVIVOR FOR HIS/HER LIFETIME BEGINNING WITH THE PAYMENT FOR THE FIRST PERIOD SUCCEEDING THE DEATH OF THE FIRST ANNUITANT TO DIE. THIS ANNUITY IS NONASSIGNABLE EXCEPT TO THE FOUNDATION AND IS IRREVOCABLE.

THE FOUNDATION CERTIFIES THAT, DONOR, AS EVIDENCE OF THEIR DESIRE TO SUPPORT THE WORK OF **MID-AMERICA FOUNDATION**, AND TO MAKE A CHARITABLE GIFT, HAS THIS DAY CONTRIBUTED TO THE FOUNDATION AND HAS REQUESTED THAT THE GIFT BE MADE AVAILABLE FOR THE USE AND BENEFIT OF THE FOLLOWING:

THE CHARLES W. AND MARY J. WELCH FOUNDATION

MID-AMERICA FOUNDATION HEREBY ACKNOWLEDGES RECEIPT OF $ $380,932.10.
THE LAWS OF THE STATE OF ARIZONA SHALL GOVERN THIS ANNUITY.

THIS CONTRACT IS A LEGAL CONTRACT BETWEEN CHARLES W. WELCH AND MARY J. WELCH AND **MID-AMERICA FOUNDATION, INC.** IT IS ISSUED IN CONSIDERATION OF THE APPLICATION AND THE PAYMENT OF THE INITIAL PURCHASE PAYMENT AS PROVIDED IN THIS CONTRACT.

THIS CHARITABLE GIFT ANNUITY IS NOT INSURANCE UNDER THE LAWS OF THE STATE OF TEXAS AND IS NOT SUBJECT TO REGULATION BY THE DEPARTMENT OF INSURANCE OR PROTECTED BY GUARANTY ASSOCIATION WITH THE DEPARTMENT OF INSURANCE.

IF DONOR HAS ANY QUESTIONS, NEEDS INFORMATION ABOUT THEIR CONTRACT OR NEEDS ASSISTANCE IN RESOLVING A COMPLAINT, DONOR CAN WRITE TO MID-AMERICA FOUNDATION, INC. AT 8630 E. VIA DE VENTURA, SUITE 100, SCOTTSDALE, ARIZONA 85258 OR CALL 1- (800)-535-7722.

## II.     THE PERSONS INVOLVED

**OWNER:** The person(s) named as Donor/Annuitant at the time of application is the Owner of this Contract, unless subsequently changed. As Owner, donor may exercise all rights stated in this Contract subject to the rights of any irrevocable Beneficiary.

**ANNUITANT:** The person(s) named at the time of application is the Annuitant, unless subsequently changed. The Annuitant will change if and only if;

- (A)   The Annuitant dies;
- (B)   The Annuitant is someone other than donor who dies; and
- (C)   The Contract provides initially that there will be a permitted successor second-life annuitant.

**BENEFICIARY:** The beneficiary shall be the Mid-America Foundation, Inc. of Scottsdale, Arizona. If Mid-America Foundation, Inc. should no longer be in existence, the beneficiary shall be its corporate successor, or such party as may have been designated as successor by any appropriate court order, but under no condition shall the beneficiary be any institution which is not an approved charity under IRC Section 501(c)(3), or such Code Sections as may be subsequently enacted, to qualify Donor/Annuitant's Charitable Gift for the appropriate charitable deduction.

Upon first Annuitant's death where the annuity is a two-life contract, the Foundation must be provided with Due Proof of Death.

Due Proof of Death is one of the following;

- (A)   A certified copy of a death certificate; or
- (B)   A certified copy of a decree of a court of competent jurisdiction as to a finding of death, or
- (C)   Any other proof acceptable to Mid-America Foundation.

## III.     CONTRACT

This Contract and any attached application, amendments to any attached application and any attached riders or endorsements comprise the entire Contract. All statements made in any application are assumed, in the absence of fraud, to be representations and not warranties. Any changes, modifications or waivers must be in writing. No agent or person other than one of Mid-America Foundation's officers has the authority to change or modify this Contract or waive any of its provisions. Mid-America Foundation may not modify this Contract without donor's consent, except to make it comply with any changes in the Internal Revenue Code, or as required by any other applicable law.

**ASSIGNMENT.** Donor/Annuitant(s) may not assign an interest in this Contract, other than to assign his/her remaining full interest in the annuity to the Foundation.

**POWER TO REVOKE.** DONOR RESERVES THE RIGHT TO REVOKE ALL OR ANY PART OF THE SCHEDULED PAYMENTS TO SECOND ANNUITANT (IF 2 LIFE ANNUITY), TO ANNUITANT (IF DONOR IS NOT AN ANNUITANT), OR TO SPOUSE, AS TO ANY EXTENDED PAYMENTS PAST LIFE EXPECTANCY, ON A JOINT AND SURVIVOR ANNUITY BETWEEN SPOUSES. DONOR MUST PROVIDE THE FOUNDATION WITH A MINIMUM 60 DAY NOTICE, WHICH HAS BEEN WITNESSED AND NOTARIZED, TO EXERCISE THIS POWER OF REVOCATION.

**PREMIUM TAX.** PREMIUM TAXES ARE ANY TAXES RELATED TO THIS CONTRACT IMPOSED ON MID-AMERICA FOUNDATION BY STATES OR OTHER GOVERNMENTAL JURISDICTIONS. IF AND WHEN MID-AMERICA FOUNDATION INCURS PREMIUM TAXES, MID-AMERICA FOUNDATION WILL DEDUCT SUCH TAXES FROM THE ACCOUNT VALUE. SUCH TAXES MAY BE IMPOSED AT THE TIME THE PURCHASE PAYMENT IS MADE, ON THE DATE THE ACCOUNT VALUE IS APPLIED TO A SETTLEMENT OPTION, THE DATE ANY WITHDRAWALS ARE MADE, OR ON OTHER DATES. THE TIME AT WHICH A PREMIUM TAX, IF ANY, IS IMPOSED MAY DEPEND ON DONOR'S PLACE OF RESIDENCE. WHEN MID-AMERICA FOUNDATION HAS AN OPTION AS TO WHEN TO PAY PREMIUM TAXES, MID-AMERICA FOUNDATION MAY POSTPONE THE PAYMENT UNTIL THE LATEST POSSIBLE DATE.

**ANNUAL STATEMENT.** AT LEAST ONCE EACH CONTRACT YEAR, MID-AMERICA FOUNDATION WILL SEND CLIENT A STATEMENT CONTAINING INFORMATION ON THIS CONTRACT, INCLUDING THE ACCOUNT VALUE. THE INFORMATION PRESENTED WILL COMPLY WITH THEN CURRENT REPORTING LAWS.

**INCONTESTABILITY.** MID-AMERICA FOUNDATION WILL NOT CONTEST THE VALIDITY OF THIS CONTRACT AFTER THE ISSUE DATE.

**MISSTATEMENT OF MATERIAL FACT.** IF THE DATE OF BIRTH OR THE SEX OF THE ANNUITANT OR ANY MATERIAL FACT HAS BEEN MISSTATED, THE AMOUNT OF THE PAYMENTS SHALL BE BASED ON THE CORRECTED INFORMATION WITHOUT CHANGING THE DATE OF THE FIRST PAYMENT. THE DOLLAR AMOUNT OF ANY UNDERPAYMENT MADE BY MID-AMERICA FOUNDATION SHALL BE PAID WITH THE NEXT PAYMENT DUE THE PAYEE. THE DOLLAR AMOUNT OF ANY OVERPAYMENT MADE BY MID-AMERICA FOUNDATION DUE TO ANY MISSTATEMENT BE DEDUCTED FROM ANY FUTURE PAYMENTS TO THE PAYEE. MID-AMERICA FOUNDATION SHALL HAVE THE RIGHT TO CORRECT SCRIVENER'S ERRORS.

**SETTLEMENTS.** MID-AMERICA FOUNDATION MAY REQUIRE THAT THIS CONTRACT BE RETURNED TO MID-AMERICA FOUNDATION PRIOR TO ANY SETTLEMENT.

**SETTLEMENT TERMS AND CONDITIONS.** ON THE ANNUITY STARTING DATE, MID-AMERICA FOUNDATION WILL DISTRIBUTE THE ACCOUNT VALUE UNDER THE SETTLEMENT OPTION DESCRIBED IN THE SETTLEMENT OPTIONS SECTION. THE ANNUITY PAYMENTS SHALL BE PAID AS INDICATED ON THE CONTRACT DATA PAGE. THE OPTIONS INCLUDE THE FOLLOWING:

**OPTIONS 1 & 2   PAYMENT FOR ANNUITANT'S LIFETIME - IMMEDIATE, AND PAYMENT FOR SECOND ANNUITANT'S LIFETIME - IMMEDIATE** IF A SETTLEMENT OPTION DEPENDS ON A PERSON'S LIFE, MID-AMERICA FOUNDATION MAY REQUIRE:
  (A)   DUE PROOF OF AGE OR SEX BEFORE PAYMENTS BEGIN; AND
  (B)   DUE PROOF THAT THE PERSON IS STILL ALIVE BEFORE MID-AMERICA FOUNDATION MAKES EACH PAYMENT, UPON REASONABLE CAUSE TO BELIEVE THAT THE PERSON IS NO LONGER LIVING.

**OPTIONS 3 & 4   PAYMENTS BEGINNING AT A DEFERRED DATE - SINGLE AND TWO LIFE ANNUITIES** PAYMENTS MAY BE DEFERRED FOR A STATED NUMBER OF YEARS INDICATED ON THE CONTRACT DATA PAGE. PAYMENTS SHALL THEN CONTINUE FOR ANNUITANT'S LIFE OR TWO ANNUITANTS' LIVES, AS INDICATED ON THE CONTRACT DATA PAGE ATTACHED HERETO.

**OPTION 5 - COLLEGE ANNUITY** PAYMENTS SHALL BE MADE TO THE NAMED PAYEE FOR PURPOSES OF EDUCATION OVER A STATED TERM OF YEARS. PAYMENTS SHALL BE DEFERRED AS INDICATED ON THE CONTRACT DATA PAGE.

DONOR MAY MAKE ADDITIONAL DEPOSITS, ACCORDING TO THE SCHEDULE SHOWN ON THE CONTRACT DATA PAGE CONTAINED HEREIN.

**OPTION 6 - DEFERRED, WITH INDETERMINATE SETTLEMENT DATE** PAYMENTS SHALL BE DEFERRED, WITH DISBURSEMENTS TO COMMENCE AT DATE TO BE SUBSEQUENTLY DETERMINED BY ANNUITANT, BY NOTICE IN CONTENT AND FORMAT INDICATED BELOW.

**OPTION 7 - OTHER PAYMENTS** THE PROCEEDS MAY BE USED TO SET UP ANY OTHER SETTLEMENT OPTION THAT IS AGREED TO BY DONOR AND MID-AMERICA FOUNDATION.

**OPTION 8 - CONVERSION** DONOR/ANNUITANT MAY CONVERT FROM A TWO LIFE ANNUITY TO A SINGLE LIFE, OR VICE-VERSA, UPON WRITTEN REQUEST. THE FOUNDATION SHALL RECOMPUTE THE ANNUITY CALCULATIONS RESULTING FROM SAID CONVERSION REQUEST, AND SUBMIT SAME TO ANNUITANT. THE NEW PROVISIONS AND FIGURES SHALL GOVERN UPON AMENDMENT, OR CANCELLATION AND REISSUE OF A NEW CONTRACT, EXECUTED BY ALL DONORS/ANNUITANTS AND MID-AMERICA FOUNDATION, INC.

**OPTION 9** - THE PROCEEDS SHALL BE VESTED IN TRUSTEE IMMEDIATELY, BUT EXACT DETERMINATION OF FINAL ANNUITY AND DEDUCTION FIGURES WILL BE ADJUSTED UPON OBTAINING FINAL DOCUMENTATION AS TO VALUATION.

**OPTION 10** - RETENTION OF A LIFE ESTATE IN DONOR'S HOMESTEAD, WITH REMAINDER INTEREST TO FOUNDATION.

**SETTLEMENT** ANY PAYMENT BY MID-AMERICA FOUNDATION UNDER THIS CONTRACT IS PAYABLE AT OUR HOME OFFICE. SETTLEMENT OPTIONS ELECTED SUBSEQUENT TO THE ANNUITY DATE SHALL BE CALCULATED AT IRS TABLES AND RATES IN EFFECT AT ISSUE DATE. NO ADJUSTMENT SHALL BE MADE SUBSEQUENTLY DUE TO CHANGES IN ACTUARIAL VALUES FOR LIFE EXPECTANCY IN ANY IRS TABLE.

**PAYMENT ALLOCATION** - DONOR ACKNOWLEDGES THAT ALL PAYMENT ALLOCATIONS AS TO CAPITAL GAIN, TAX-FREE, OR ORDINARY INCOME ARE BASED ON THE COST BASIS PROVIDED BY DONOR. THE FOUNDATION ASSUMES NO RESPONSIBILITY FOR INCORRECT 1099R FORMS BASED ON INCORRECT COST BASIS PROVIDED.

**EVIDENCE OF SURVIVAL** WHEN ANY PAYMENT DEPENDS UPON A PERSON BEING ALIVE ON ANY DATE, MID-AMERICA FOUNDATION SHALL HAVE THE RIGHT TO REQUIRE DUE PROOF THAT SUCH PERSON WAS ALIVE ON SUCH DATE. NO PAYMENT WILL BE MADE UNTIL SUCH PROOF HAS BEEN RECEIVED. THE HOME OFFICE SHALL SUSPEND PAYMENTS UNTIL DOCUMENTATION, SUFFICIENT, IN ITS SOLE DISCRETION, TO ESTABLISH THE NECESSARY PROOF, HAS BEEN PROVIDED. AFTER THREE YEARS, IF SAID PROOF IS NOT FORTHCOMING, THE FOUNDATION'S OBLIGATION TO MAKE PAYMENTS SHALL TERMINATE AND THE FOUNDATION SHALL HAVE NO FURTHER OBLIGATION TO ANY ANNUITANT.

**INTEGRATION** THIS AGREEMENT CONSTITUTES THE ENTIRE AGREEMENT AMONG THE PARTIES. IT SUPERSEDES ANY PRIOR AGREEMENT OR UNDERSTANDINGS AMONG THEM, AND IT MAY NOT BE MODIFIED OR AMENDED IN ANY MANNER OTHER THAN AS SET FORTH HEREIN.

**GOVERNING LAW** THIS AGREEMENT AND THE RIGHTS OF THE PARTIES HEREUNDER SHALL BE GOVERNED BY AND INTERPRETED IN ACCORDANCE WITH THE LAWS OF THE STATE OF ARIZONA.

**SUCCESSORS AND ASSIGNS** EXCEPT AS HEREIN OTHERWISE SPECIFICALLY PROVIDED, THIS AGREEMENT SHALL BE BINDING UPON AND INURE TO THE BENEFIT OF THE PARTIES AND THEIR LEGAL REPRESENTATIVES, HEIRS, ADMINISTRATORS, EXECUTORS, SUCCESSORS AND ASSIGNS.

**NUMBER AND GENDER**  WHEREVER FROM THE CONTEXT IT APPEARS APPROPRIATE, EACH TERM STATED IN EITHER THE SINGULAR OR THE PLURAL SHALL INCLUDE THE SINGULAR AND THE PLURAL, AND PRONOUNS STATED IN EITHER THE MASCULINE, THE FEMININE, OR THE NEUTER GENDER SHALL INCLUDE THE MASCULINE, FEMININE AND NEUTER.

**CAPTIONS**  CAPTIONS CONTAINED IN THIS AGREEMENT ARE INSERTED ONLY AS A MATTER OF CONVENIENCE AND IN NO WAY DEFINE, LIMIT OR EXTEND THE SCOPE OR INTENT OF THIS AGREEMENT OR ANY PROVISION HEREOF.

**SEVERABILITY**  IF ANY PROVISION OF THIS AGREEMENT, OR THE APPLICATION OF SUCH PROVISION TO ANY PERSON OR CIRCUMSTANCE, SHALL BE HELD INVALID, THE REMAINDER OF THIS AGREEMENT, OR THE APPLICATION OF SUCH PROVISION TO PERSONS OR CIRCUMSTANCES OTHER THAN THOSE TO WHICH IT IS HELD INVALID, SHALL NOT BE AFFECTED THEREBY.

**COUNTERPARTS**  THIS AGREEMENT MAY BE EXECUTED IN MULTIPLE COUNTERPARTS, EACH OF WHICH SHALL BE DEEMED AN ORIGINAL BUT ALL OF WHICH SHALL CONSTITUTE ONE AND THE SAME INSTRUMENT.

**NOTICES**  ALL NOTICES AND DEMANDS REQUIRED OR PERMITTED UNDER THIS AGREEMENT SHALL BE DEEMED PROPERLY GIVEN AND EFFECTIVE UPON RECEIPT (OR, IF REFUSED, UPON THE DATE OF SUCH REFUSAL) IF IN WRITING AND SENT BY U.S. REGISTERED OR CERTIFIED MAIL, POSTAGE PREPAID, OVERNIGHT AIR COURIER OR PERSONAL DELIVERY TO THE PARTIES AT THEIR ADDRESSES AS SHOWN FROM TIME TO TIME ON THE RECORDS OF THE ANNUITY CONTRACT. ANY PARTY MAY SPECIFY A DIFFERENT ADDRESS BY NOTIFYING THE OTHER PARTY IN WRITING OF SUCH DIFFERENT ADDRESS.

**PAYMENT AT DEATH OF LAST SURVIVING PAYEE**  AFTER THE LAST DESIGNATED PAYEE HAS DIED, MID-AMERICA FOUNDATION WILL PAY ANY REMAINING PAYMENTS, IF REQUIRED BY A TERM SCHEDULE, IN ONE LUMP SUM TO THE ESTATE OF THE ANNUITANT. PAYMENTS EXCEEDING ANNUITANT'S LIFE EXPECTANCY MAY REQUIRE PAYMENTS FROM THE REMAINDER INTEREST.

WITH A GIFT ANNUITY, YOU SIMULTANEOUSLY MAKE A CHARITABLE GIFT AND PROVIDE GUARANTEED PAYMENTS FOR LIFE TO YOURSELF AND/OR ANOTHER PERSON. THE FACT THAT YOU ARE MAKING A CHARITABLE GIFT MAY ENTITLE YOU TO INCOME, GIFT, AND ESTATE TAX DEDUCTIONS.

THESE PAYMENTS ARE A GENERAL OBLIGATION OF OUR ORGANIZATION, AND THEY ARE BACKED BY ALL OF OUR ASSETS. AT PRESENT, OUR TOTAL INVESTED FUNDS ARE IN STOCKS, BONDS, MONEY MARKET FUNDS, AND FEDERAL OBLIGATIONS.

RESPONSIBILITY FOR GOVERNING THE **MID-AMERICA FOUNDATION** IS VESTED IN A BOARD OF DIRECTORS COMPRISED OF THREE PERSONS, WHO ARE NOMINATED BY THE EXECUTIVE DIRECTOR OF THE FOUNDATION.

COMMON INVESTMENT FUNDS MANAGED BY OUR ORGANIZATION ARE EXEMPT FROM REGISTRATION REQUIREMENTS OF THE FEDERAL SECURITIES LAWS, PURSUANT TO THE EXEMPTION FOR COLLECTIVE INVESTMENT FUNDS AND SIMILAR FUNDS MAINTAINED BY CHARITABLE ORGANIZATIONS UNDER THE PHILANTHROPY PROTECTION ACT OF 1995 (P.L. 104-62). INFORMATION IN THIS DOCUMENT IS PROVIDED TO YOU IN ACCORDANCE WITH THE REQUIREMENTS OF THAT ACT. MID-AMERICA FOUNDATION ACKNOWLEDGES THAT IT WILL BE GUIDED BY DONOR'S WRITTEN REQUEST IN ITS DISTRIBUTION OF THE CHARITABLE REMAINDER TO THE EXTENT PERMITTED BY ALL RELEVANT LAWS IN EXERCISE OF ITS FIDUCIARY POWERS, AS DETERMINED BY ITS BOARD OF DIRECTORS.

**IN WITNESS WHEREOF**, THE FOUNDATION HAS EXECUTED THIS INSTRUMENT.

MID-AMERICA FOUNDATION, INC.

BY: _____          Date: June 1, 1999
    Robert R. Dillie
    Executive Director

MAF007209

Mid-America Foundation, Inc. Texas Annuity Form 4/99-c

MID-AMERICA FOUNDATION, INC.
IMMEDIATE OR DEFERRED ANNUITY

## IV. DEFINITIONS

**Age:** The Annuitant's age on his or her last birthday.

**Annuitant:** The person to whom Mid-America Foundation is obligated to initially make periodic payments, according to the terms of the Contract Data Page.

**Annuity Starting Date:** The Annuity Starting Date is shown on the Contract Data Page.

**Beneficiary:** The Beneficiary shall be Mid-America Foundation, who shall receive the charitable remainder portion of the charitable gift, unless agreed differently in writing by the parties.

**Charitable Deduction:** The tax deduction as defined by Sections 170, 664 and 2055 and 2522 of the Internal Revenue Code, and as subsequently modified by amendments to these and other relevant Code sections.

**Charitable Gift:** The transfer by a donor of an asset for the purposes described in Sections 170, 664, 2055 and 2522 of the Internal Revenue Code, all or part of which may qualify the donor for a charitable deduction, and part of which is the purchase price of an annuity to be provided by the Foundation.

**Contract Anniversary:** The anniversary of the Issue Date for every year this Contract is in force.

**Contract Data Page:** The page or pages of the contract between Mid-America Foundation and Annuitant, which spells out all options, payment terms, and performance conditions, which are particular to this annuity agreement, and which are incorporated by reference.

**Contract Year:** Each period of twelve (12) months beginning on the Issue Date and each Contract Anniversary.

**Donor/Annuitant:** The party who is making a charitable gift with the intended purpose of making a remainder transfer at death to a Section 501(c)(3) charity, simultaneously with the creation of an annuity interest vesting in himself or herself.

**Foundation:** An institution which governs itself in all respects necessary as an approved entity under the provisions of Internal Revenue Code Section 501(c)(3). Where the term "The Foundation" is used, it shall mean the Mid-America Foundation, Inc.

**Issue Date:** The date this Contract becomes effective if donor is living, and the Charitable Gift has been paid to the Foundation.

**Payee:** Any party(ies) who receives any proceeds under this Contract.

**Request:** Request means a request in writing on a form acceptable to Mid-America Foundation, signed and dated by donor and received by Mid-America Foundation, Inc.

**Second Annuitant:** The party named herein as joint Annuitant or successor-in-interest to Donor/Annuitant.

CHARITABLE GIFT ANNUITY
CONTRACT DATA PAGE

| | |
|---|---|
| CONTRACT NUMBER | No. 20717 |
| DATE OF CONTRACT | JUNE 1, 1999 |
| PURCHASE PAYMENT | *$380,932.10* |
| ANNUITANT: | CHARLES W. WELCH |
|     ANNUITANT'S AGE ON ISSUE DATE | AGE 66 |
|     ANNUITANT'S SEX | MALE |
|     ANNUITANT'S SOCIAL SECURITY NUMBER | 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 |
|     ANNUITANT'S ADDRESS AND PHONE | 3412 PEARL STREET |
| | KILGORE, TX 75662 |
| | (903) 984-4800 |
| | |
| SECOND-LIFE ANNUITANT | MARY J. WELCH |
|     ANNUITANT'S AGE ON ISSUE DATE | AGE 60 |
|     ANNUITANT'S SEX | FEMALE |
|     ANNUITANT'S SOCIAL SECURITY NUMBER | 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 |
|     ANNUITANT'S ADDRESS AND PHONE | 3412 PEARL STREET |
| | KILGORE, TX 75662 |
| | (903) 984-4800 |
| | |
| JOINT AND SURVIVOR ANNUITY | YES |
| JOINT AND SUCCESSIVE ANNUITY | NO |
| TAX BASIS (ATTACH SCHEDULE IF NECESSARY) | $ |
| PROPERTY: SEPARATE/ COMMUNITY/JOINT | |
| HOLDING PERIOD (ATTACH SCHEDULE IF NECESSARY) | |
| ANNUITY STARTING DATE | JULY 1, 1999 |
| DEFERRAL EFFECTIVE DATE | |
| FIELD AGENT    NAME | DWIGHT LANKFORD |
|     ADDRESS | 15603 KUYKENDAHL, SUITE 150 |
| | HOUSTON, TX 77060 |
|     PHONE | (281) 444-3774 |
| | |
| PAYMENT AMOUNT | $ 2,063.39 |
| FIRST PRORATED PAYMENT AMOUNT | $ 2,063.39 |
| | |
| GUARANTEED ANNUAL RETURN | 6.5% |
| | |
| OPTIONAL SCHEDULE OF ADDITIONAL CONTRIBUTIONS | |

MAF007211

Mid-America Foundation, Inc. Texas Annuity Form 4/99 ©

PAGE 2 OF CONTRACT DATA PAGE

PAYMENT OPTIONS:
1. IMMEDIATE..................1 LIFETIME
2. IMMEDIATE..................2 LIFETIME   X
   A: JOINT & SURVIVOR   X
   B: SUCCESSIVE ANNUITANTS
3. DEFERRED..................1 LIFETIME
   DEFERRAL TERM  YRS
4. DEFERRED..................2 LIFETIME
   A: JOINT & SURVIVOR
   B: SUCCESSIVE ANNUITANTS
   DEFERRAL TERM  YRS
5. COLLEGE ANNUITY
6. DEFERRED - UNDETERMINED TERM
7. OTHER AS AGREED
8. CONVERSION
9. CONDITIONAL
10. LIFE ESTATE IN HOMESTEAD

OPTIONAL SCHEDULE OF ADDITIONAL CONTRIBUTIONS

DATE _____   AMOUNT $ _____
DATE _____   AMOUNT $ _____
DATE _____   AMOUNT $ _____
DATE _____   AMOUNT $ _____

DESIGNATION OF REMAINDER INTEREST:

    (1)    CONTINUE WITH MID-AMERICA FOUNDATION FOR ADMINISTRATION PURSUANT TO OUR STATED CHARITABLE PURPOSES.

X    (2)    PAY REMAINDER UPON DEATH TO :
                          (TO THE EXTENT PERMITTED BY FEDERAL OR STATE LAW)

                       THE CHARLES W. AND MARY J. WELCH FAMILY FOUNDATION

FURTHER PROVISIONS:

MAF007212

Mid-America Foundation, Inc. Texas Annuity Form 4.99c



# MID-AMERICA FOUNDATION

## OFFICIAL CERTIFICATE

This is to certify the acceptance of

*Charles W. Welch and Mary J. Welch*

as an official Donor Advised Account of
Mid-America Foundation

Certificate Number 20717

June 1, 1999
DATE

*[signature]*
EXECUTIVE DIRECTOR

Tax I.D. #86-0878049

MAF007203

Charles W. and Mary J. Welch
3412 Pearl St
Kilgore, TX 75662

|          | Charles W. and Mary J. Welch | Cert #20717 | Rate 6.5% |
|----------|------------------------------|-------------|-----------|
|          | 3412 Pearl St                |             |           |
|          | Kilgore, TX 75662            | Debit       | Credit    |
| 6/01/99  | Gift rec'd stock             |             | 380,932.10 |
| 6/04/99  | Comm Mid-Am. Est. Svcs 8%    | 30,474.57   |           |
| 6/04/99  | Admin Fee MAFG  3.5%         | 13,332.62   |           |
| 7/01/99  | 1st Month Payment  1 mo.     | 2,063.39    |           |
| 8/01/99  | Monthly Payment              | 2,063.39    |           |

MAF007222

**MID-AMERICA COMPANIES**

## PAY TRANSMITTAL

Please submit this form with all business written and send to Mid-America.

| ✓ | Type of Business | Cost | Payment Received | Balance Due If Any |
|---|---|---|---|---|
|   | Document Preparation | $ | $ | $ |

| ✓ | Type of Business | Premium | Payment Received | Balance Due If Any |
|---|---|---|---|---|
|   | Life Insurance | $ | $ | $ |
|   | Commercial Annuity | $ | $ | $ |
| ✓ | Charitable Gift Annuity | $ 380,932.10 | $ ✓ | $ ✓ |

Client Name: Charles W. Welch  
Date: 6-04-99

Writing Associate Name:  
Mid-America Estate Services, LLC  
Associate I.D. #:

Payee Name & Address below:  
MAC Code #: 20717

Company Business Written With: MAF

Commission %: 8%  
Actual Amount of Premium: 380,932.10

Overrides:  
1  
2  
3  

Policy Number:

Amount Due Agent: 30,474.57

**FOR ACCOUNTING USE ONLY**

Amount Paid to Agent: $ _____   Date Paid: _____

---

Mid-America Companies  
Corporate Headquarters • 8630 East Via de Ventura • Suite 100 • Scottsdale, Arizona 85258 • (800) 535-7722 • Fax (602) 483-2063  
Website: http:\www.mid-americatrust.com • E-Mail: mkt@mid-americatrust.com

MAF007223

**MID-AMERICA FOUNDATION**
Mid-America Estate Services LLC

4645

20717
20682

6/24/99

30,474.57
8,958.66

39,433.23

Operating account        attach

DELUXE BUSINESS FORMS  1-800-328-0304

MAF009223

```
CF7782:200110300660:9999 scanned on ST.   :MENTMANAGER by Operator Statement Manage.   Oct 30, 2001 at 12:04:39 PM - Page 77 of 134.

    COMMERCIAL CHECKING                                        ACCOUNT NUMBER
                                                                 0382-7142


       BANK ONE ARIZONA, N.A.              323 05-19    H
       P.O. BOX 71
       PHOENIX, AZ        85001            00




                     MID-AMERICA FOUNDATION          323
                     8630 E VIA DE VENTURA STE 100
                     SCOTTSDALE AZ  85258-3358




                              ------------------------------------
  -----------------------------           IMPORTANT INFORMATION            ------------------------------------
                              ------------------------------------
          OUR HIGH BALANCE SAVINGS ACCOUNT OFFERS YOU RATES HIGHER THAN TRADITIONAL
          MONEY MARKET ACCOUNTS.  AND, AS YOUR BALANCE INCREASES, SO DOES YOUR YIELD.
          PLEASE CALL US AT 1-800-404-4111 OR COME INTO YOUR BANKING CENTER TODAY TO
          OPEN AN ACCOUNT.
          ****************************************************************************
          BUSINESS ONLINE SERVICES LETS YOU USE YOUR PERSONAL COMPUTER TO CHECK
          BALANCES, VERIFY DEPOSITS, AND MAKE TRANSFERS BETWEEN BUSINESS CHECKING AND
          SAVINGS ACCOUNTS.  WITH OUR EASY-TO-USE SERVICE, BANKING AND BILL PAYING ARE
          AS SIMPLE AS POINT AND CLICK.  TO SIGN UP, VISIT US ON THE INTERNET AT
          WWW.BANKONE.COM.
                              ------------------------------------
  -----------------------------         BANK ONE BUSINESS SOLUTIONS          ------------------------------------
                              ------------------------------------
              CHECKING, SAVINGS, CARDS       BUSINESS LOAN BY PHONE
                    480-730-0527                1-800-404-4111

                BUSINESS CREDIT CARDS         LOST OR STOLEN CARDS
                    1-800-346-5538               1-800-366-2265

               MAILING ADDRESS:  PO BOX 71, PHOENIX, AZ 85001
                              ------------------------------------
  ----------------------------- ACCOUNT SUMMARY AS OF 07-30-99 --------------------------------
                              ------------------------------------
                         - - - - - BALANCE SUMMARY - - - - -

              BEGINNING BALANCE AS OF 06-30-99                641,159.18
              PLUS     7 DEPOSITS/CREDITS         590,880.22
              LESS   360 CHECKS/WITHDRAWALS       987,770.57
              ENDING BALANCE AS OF 07-30-99                   244,268.83

              LOW BALANCE         121,128.39

                              ------------------------------------
  -----------------------------              DEPOSITS/CREDITS               ------------------------------------
                              ------------------------------------
                                              AMOUNT    DATE  DESCRIPTION                  AMOUNT
  DATE    DESCRIPTION                                                                   100,000.00
  07-09  DEPOSIT                               40,019.66  07-22 DEPOSIT                 250,000.00
  07-14  DEPOSIT                               50,000.00  07-26 DEPOSIT                      860.56
  07-16  DEPOSIT                               50,000.00  07-30 DEPOSIT
  07-19  DEPOSIT                              100,000.00
                              ------------------------------------
  -----------------------------              CHECKS/WITHDRAWALS             ------------------------------------
                              ------------------------------------
                                                                                         AMOUNT
  DATE                         DESCRIPTION OF TRANSACTION
  07-01  ADP - TAX        ADP TX/FINCL SVC        0701 20B4D 063026A01                  26,531.94
  07-08  ADP - FEES       ADP PAYROLL FEES        0708 13B4D    1914212                     25.00
  07-08  ADP - FEES       ADP PAYROLL FEES        0708 13B4D    1914211                     74.90
  07-09  ADP - TAX        ADP TX/FINCL SVC        0709 20B4D 070927A01                  20,513.95
  07-14  ADP - FEES       ADP PAYROLL FEES        0714 13B4D    1988657                     12.00
```

ACC01706
S-3471-A

CF7782:200110300660:9999 scanned on ST.  .MENTMANAGER by Operator Statement Manage.  Oct 30, 2001 at 12:04:39 PM - Page 78 of 134.

```
COMMERCIAL CHECKING                                    ACCOUNT NUMBER
                                                         0382-7142


    BANK ONE ARIZONA, N.A.              323 05-19      H


    PAGE    2                       STATEMENT DATE 07-30-99

                        MID-AMERICA FOUNDATION
```

------------------------------------ CHECKS/WITHDRAWALS - CONT'D ------------------------------------

| DATE | DESCRIPTION OF TRANSACTION | | | AMOUNT |
|---|---|---|---|---|
| 07-14 ADP - FEES | ADP PAYROLL FEES | 0714 13B4D | 1988656 | 84.50 |
| 07-16 ADP - TAX | ADP TX/FINCL SVC | 0716 20B4D | 071628A01 | 21,689.84 |
| 07-21 ADP - FEES | ADP PAYROLL FEES | 0721 13B4D | 2149651 | 77.60 |
| 07-23 ADP - TAX | ADP TX/FINCL SVC | 0723 20B4D | 072329A01 | 39,709.52 |
| 07-28 ADP - FEES | ADP PAYROLL FEES | 0728 13B4D | 2317896 | 102.80 |
| 07-30 ADP - TAX | ADP TX/FINCL SVC | 0730 20B4D | 073030A01 | 22,393.82 - |

| DATE | DESCRIPTION | AMOUNT | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 07-02 | 3536 | 477.49 | 07-06 | 3619 | 626.83 |
| 07-01 | 3538* | 1,515.28 | 07-14 | 3620 | 1,753.05 |
| 07-01 | 3545* | 369.37 | 07-09 | 3621 | 550.79 |
| 07-06 | 3546 | 1,051.61 | 07-08 | 3622 | 788.33 |
| 07-01 | 3571* | 710.35 | 07-09 | 3623 | 729.91 |
| 07-01 | 3572 | 349.16 | 07-12 | 3624 | 401.47 |
| 07-02 | 3574* | 1,753.06 | 07-09 | 3625 | 297.80 |
| 07-02 | 3575 | 550.80 | 07-12 | 3626 | 688.35 |
| 07-06 | 3576 | 749.64 | 07-09 | 3627 | 448.20 |
| 07-02 | 3577 | 401.46 | 07-09 | 3628 | 1,120.46 |
| 07-06 | 3578 | 271.28 | 07-12 | 3629 | 1,727.87 |
| 07-02 | 3579 | 688.34 | 07-23 | 3630 | 477.49 |
| 07-06 | 3580 | 448.21 | 07-13 | 3631 | 670.17 |
| 07-01 | 3582* | 1,782.65 | 07-19 | 3632 | 1,515.29 |
| 07-08 | 3583 | 477.49 | 07-12 | 3633 | 2,041.90 |
| 07-13 | 3584 | 670.17 | 07-09 | 3634 | 1,700.01 |
| 07-01 | 3585 | 1,515.28 | 07-09 | 3635 | 346.08 |
| 07-12 | 3586 | 2,041.89 | 07-09 | 3636 | 392.95 |
| 07-02 | 3588* | 346.09 | 07-15 | 3637 | 466.06 |
| 07-06 | 3589 | 392.94 | 07-26 | 3638 | 427.92 |
| 07-06 | 3590 | 466.05 | 07-15 | 3639 | 1,051.61 |
| 07-06 | 3591 | 427.92 | 07-14 | 3640 | 615.17 |
| 07-09 | 3592 | 1,051.61 | 07-12 | 3641 | 461.75 |
| 07-07 | 3593 | 613.22 | 07-12 | 3642 | 608.49 |
| 07-06 | 3594 | 608.49 | 07-09 | 3643 | 1,611.80 |
| 07-02 | 3595 | 1,611.80 | 07-09 | 3644 | 484.82 |
| 07-01 | 3596 | 484.83 | 07-08 | 3645 | 632.82 |
| 07-02 | 3597 | 632.83 | 07-13 | 3646 | 359.41 |
| 07-06 | 3598 | 379.83 | 07-09 | 3647 | 866.09 |
| 07-02 | 3599 | 866.10 | 07-08 | 3648 | 1,979.35 |
| 07-01 | 3600 | 1,979.36 | 07-14 | 3649 | 1,950.29 |
| 07-09 | 3601 | 1,959.97 | 07-08 | 3650 | 558.28 |
| 07-01 | 3602 | 558.27 | 07-09 | 3651 | 533.83 |
| 07-02 | 3603 | 533.83 | 07-13 | 3652 | 1,713.64 |
| 07-08 | 3604 | 1,713.63 | 07-14 | 3653 | 439.89 |
| 07-01 | 3605 | 439.89 | 07-08 | 3654 | 507.21 |
| 07-01 | 3606 | 507.21 | 07-09 | 3655 | 360.78 |
| 07-02 | 3607 | 1,979.15 | 07-22 | 3656 | 1,979.16 |
| 07-06 | 3608 | 479.42 | 07-12 | 3657 | 479.43 |
| 07-01 | 3609 | 411.41 | 07-09 | 3658 | 411.42 |
| 07-02 | 3610 | 399.25 | 07-09 | 3659 | 394.35 |
| 07-02 | 3611 | 639.46 | 07-08 | 3660 | 639.45 |
| 07-02 | 3612 | 506.90 | 07-09 | 3661 | 406.63 |
| 07-01 | 3613 | 812.88 | 07-08 | 3662 | 812.88 |
| 07-01 | 3614 | 1,946.54 | 07-09 | 3663 | 1,946.54 |
| 07-07 | 3615 | 651.40 | 07-12 | 3664 | 651.40 |
| 07-06 | 3616 | 595.48 | 07-12 | 3665 | 595.48 |
| 07-01 | 3617 | 648.81 | 07-09 | 3666 | 710.35 |
| 07-06 | 3618 | 349.16 | 07-13 | 3667 | 349.16 |

ACC01707
S-3471-A

CF7782:200110300660:9999 scanned on ST.   _MENTMANAGER by Operator Statement Manage   . Oct 30, 2001 at 12:04:39 PM - Page 79 of 134.

COMMERCIAL CHECKING                                  ACCOUNT NUMBER
                                                      0382-7142

BANK ONE ARIZONA, N.A.           323 05-19      H

PAGE    3                    STATEMENT DATE 07-30-99

                        MID-AMERICA FOUNDATION


```
                       ----------------------------------
-----------------------     CHECKS/WITHDRAWALS - CONT'D    -----------------------------------
                       ----------------------------------
```

| DATE  | DESCRIPTION | AMOUNT    | DATE  | DESCRIPTION | AMOUNT     |
|-------|-------------|-----------|-------|-------------|------------|
| 07-12 | 3668        | 626.83    | 07-22 | 3725        | 297.80     |
| 07-16 | 3669        | 1,753.06  | 07-22 | 3726        | 317.29     |
| 07-19 | 3670        | 550.80    | 07-23 | 3727        | 688.34     |
| 07-16 | 3671        | 788.33    | 07-23 | 3728        | 1,044.85   |
| 07-19 | 3672        | 729.91    | 07-23 | 3729        | 448.20     |
| 07-16 | 3673        | 401.46    | 07-23 | 3730 -      | 317.29     |
| 07-16 | 3674        | 297.80    | 07-27 | 3731        | 1,120.46   |
| 07-16 | 3675        | 688.34    | 07-27 | 3732        | 5,251.88   |
| 07-16 | 3676        | 448.21    | 07-26 | 3733        | 1,727.86   |
| 07-16 | 3677        | 1,120.45  | 07-26 | 3734        | 2,504.22   |
| 07-16 | 3678        | 1,727.86  | 07-30 | 3735        | 918.62     |
| 07-22 | 3679        | 2,172.68  | 07-28 | 3736        | 477.49     |
| 07-23 | 3680        | 477.49    | 07-23 | 3737        | 670.18     |
| 07-15 | 3681        | 670.17    | 07-30 | 3738        | 1,515.28   |
| 07-19 | 3682        | 1,515.28  | 07-23 | 3741*       | 1,700.02   |
| 07-19 | 3683        | 2,041.90  | 07-23 | 3743*       | 346.09     |
| 07-15 | 3684        | 1,700.01  | 07-26 | 3744        | 392.95     |
| 07-16 | 3685        | 346.09    | 07-26 | 3745        | 317.28     |
| 07-19 | 3686        | 392.94    | 07-26 | 3746        | 466.06     |
| 07-19 | 3687        | 466.06    | 07-26 | 3747        | 317.29     |
| 07-26 | 3688        | 1,051.61  | 07-30 | 3748        | 1,051.61   |
| 07-21 | 3689        | 615.17    | 07-30 | 3749        | 615.18     |
| 07-20 | 3690        | 461.75    | 07-26 | 3750        | 461.75     |
| 07-19 | 3691        | 608.48    | 07-26 | 3751        | 608.49     |
| 07-15 | 3692        | 1,611.80  | 07-26 | 3752        | 317.29     |
| 07-16 | 3693        | 484.83    | 07-23 | 3753        | 1,611.80   |
| 07-15 | 3694        | 632.83    | 07-23 | 3754        | 9,276.26   |
| 07-20 | 3695        | 359.40    | 07-23 | 3755        | 484.83     |
| 07-16 | 3696        | 866.09    | 07-23 | 3756        | 317.29     |
| 07-16 | 3697        | 1,979.36  | 07-26 | 3757        | 632.83     |
| 07-20 | 3698        | 1,950.29  | 07-26 | 3759*       | 317.28     |
| 07-16 | 3699        | 558.27    | 07-26 | 3760        | 866.10     |
| 07-16 | 3700        | 533.83    | 07-26 | 3761        | 5,330.47   |
| 07-21 | 3701        | 1,713.63  | 07-22 | 3762        | 1,979.35   |
| 07-30 | 3702        | 439.89    | 07-22 | 3763        | 2,392.85   |
| 07-15 | 3703        | 467.09    | 07-27 | 3764        | 1,950.29   |
| 07-19 | 3704        | 360.78    | 07-27 | 3765        | 8,604.68   |
| 07-22 | 3705        | 1,979.15  | 07-23 | 3766        | 558.27     |
| 07-19 | 3706        | 479.42    | 07-23 | 3767        | 533.83     |
| 07-16 | 3707        | 411.41    | 07-23 | 3768        | 317.29     |
| 07-15 | 3708        | 394.36    | 07-29 | 3769        | 1,713.63   |
| 07-16 | 3709        | 639.46    | 07-30 | 3771*       | 317.29     |
| 07-16 | 3710        | 506.90    | 07-22 | 3772        | 426.04     |
| 07-15 | 3711        | 812.88    | 07-23 | 3773        | 360.79     |
| 07-15 | 3712        | 1,946.54  | 07-23 | 3774        | 321.31     |
| 07-19 | 3713        | 651.40    | 07-28 | 3776*       | 12,368.35  |
| 07-21 | 3714        | 595.48    | 07-26 | 3777        | 479.42     |
| 07-16 | 3715        | 710.35    | 07-23 | 3778        | 411.41     |
| 07-20 | 3716        | 349.17    | 07-23 | 3779        | 317.29     |
| 07-19 | 3717        | 626.82    | 07-26 | 3780        | 394.35     |
| 07-23 | 3718        | 1,753.05  | 07-22 | 3781        | 317.29     |
| 07-23 | 3719        | 550.79    | 07-23 | 3782        | 639.46     |
| 07-23 | 3720        | 788.33    | 07-23 | 3783        | 317.28     |
| 07-23 | 3721        | 729.91    | 07-23 | 3784        | 506.91     |
| 07-23 | 3722        | 3,401.78  | 07-23 | 3785        | 317.29     |
| 07-26 | 3723        | 401.46    | 07-23 | 3786        | 812.88     |
| 07-26 | 3724        | 317.29    | 07-22 | 3787        | 1,946.54   |

ACC01708

S-3471-A

CF7782:200110300660:9999 scanned on STATEMENTMANAGER by Operator Statement Manager on Oct 30, 2001 at 12:04:39 PM - Page 80 of 134.

```
COMMERCIAL CHECKING                                      ACCOUNT NUMBER
                                                           0382-7142


   BANK ONE ARIZONA, N.A.              323 05-19       H


      PAGE   4                       STATEMENT DATE 07-30-99

                            MID-AMERICA FOUNDATION
```

----------------------------- CHECKS/WITHDRAWALS - CONT'D -----------------------------

| DATE  | DESCRIPTION | AMOUNT    | DATE  | DESCRIPTION | AMOUNT    |
|-------|-------------|-----------|-------|-------------|-----------|
| 07-26 | 3788        | 651.40    | 07-01 | 4675        | 124.71    |
| 07-26 | 3789        | 595.48    | 07-16 | 4677*       | 3,278.76  |
| 07-23 | 3790        | 710.35    | 07-09 | 4679*       | 4,623.27  |
| 07-26 | 3791        | 205.09    | 07-01 | 4681*       | 290.90    |
| 07-23 | 3794*       | 626.83    | 07-02 | 4682        | 1,234.66  |
| 07-30 | 3797*       | 788.33    | 07-22 | 4686*       | 23,681.10 |
| 07-30 | 3799*       | 401.46    | 07-06 | 4687        | 1,750.00  |
| 07-30 | 3801*       | 688.35    | 07-08 | 4688        | 1,750.00  |
| 07-30 | 3803*       | 1,120.46  | 07-12 | 4689        | 500.00    |
| 07-29 | 3804        | 1,727.86  | 07-07 | 4690        | 7,000.00  |
| 07-30 | 3808*       | 1,515.28  | 07-20 | 4691        | 7,875.88  |
| 07-30 | 3811*       | 346.09    | 07-02 | 4692        | 5,000.00  |
| 07-30 | 3816*       | 461.75    | 07-06 | 4693        | 3,365.38  |
| 07-30 | 3818*       | 1,611.80  | 07-07 | 4694        | 1,923.00  |
| 07-30 | 3819        | 484.82    | 07-28 | 4695        | 1,500.00  |
| 07-29 | 3821*       | 632.83    | 07-07 | 4696        | 20,833.33 |
| 07-30 | 3823*       | 866.09    | 07-01 | 4697        | 788.33    |
| 07-30 | 3824        | 1,979.36  | 07-02 | 4698        | 60,411.00 |
| 07-30 | 3827*       | 533.83    | 07-01 | 4699        | 17,633.39 |
| 07-29 | 3830*       | 507.21    | 07-07 | 4700        | 173.04    |
| 07-30 | 3831        | 360.78    | 07-06 | 4701        | 1,000.00  |
| 07-30 | 3832        | 339.84    | 07-06 | 4702        | 99.00     |
| 07-30 | 3837*       | 411.41    | 07-02 | 4703        | 1,250.00  |
| 07-29 | 3838        | 394.36    | 07-06 | 4704        | 318.50    |
| 07-30 | 3839        | 639.46    | 07-06 | 4705        | 957.12    |
| 07-29 | 3840        | 506.90    | 07-09 | 4706        | 5,000.00  |
| 07-29 | 3841        | 812.88    | 07-07 | 4707        | 3,069.56  |
| 07-30 | 3842        | 1,946.54  | 07-08 | 4708        | 30,000.00 |
| 07-30 | 3845*       | 710.36    | 07-07 | 4709        | 697.00    |
| 07-30 | 3847*       | 339.79    | 07-09 | 4710        | 83,120.00 |
| 07-02 | 4540*       | 6,400.00  | 07-08 | 4711        | 2,250.00  |
| 07-01 | 4579*       | 16,192.20 | 07-15 | 4712        | 25,000.00 |
| 07-06 | 4581*       | 718.20    | 07-28 | 4713        | 1,500.00  |
| 07-06 | 4605*       | 200.00    | 07-19 | 4714        | 1,923.00  |
| 07-16 | 4613*       | 2,075.89  | 07-12 | 4715        | 3,365.38  |
| 07-30 | 4615*       | 2,018.07  | 07-08 | 4716        | 6,400.00  |
| 07-01 | 4623*       | 375.00    | 07-12 | 4717        | 2,943.23  |
| 07-02 | 4629*       | 1,173.12  | 07-12 | 4718        | 1,534.78  |
| 07-08 | 4633*       | 2,155.67  | 07-15 | 4719        | 1,355.71  |
| 07-06 | 4634        | 200.00    | 07-15 | 4720        | 39,312.94 |
| 07-02 | 4636*       | 800.00    | 07-23 | 4721        | 1,332.84  |
| 07-01 | 4645*       | 39,433.23 | 07-21 | 4722        | 552.14    |
| 07-06 | 4646        | 19,931.24 | 07-13 | 4723        | 4,200.35  |
| 07-06 | 4647        | 1,500.00  | 07-13 | 4724        | 16,971.47 |
| 07-16 | 4648        | 6,000.00  | 07-19 | 4725        | 289.00    |
| 07-06 | 4651*       | 1,923.00  | 07-19 | 4726        | 155.25    |
| 07-07 | 4652        | 1,014.25  | 07-14 | 4727        | 509.60    |
| 07-02 | 4658*       | 1,336.94  | 07-20 | 4728        | 84.74     |
| 07-06 | 4661*       | 124.71    | 07-14 | 4729        | 7,067.25  |
| 07-08 | 4662        | 124.71    | 07-14 | 4730        | 3,017.00  |
| 07-01 | 4666*       | 124.71    | 07-16 | 4731        | 10,814.40 |
| 07-19 | 4667        | 124.71    | 07-21 | 4732        | 106.50    |
| 07-02 | 4669*       | 124.71    | 07-21 | 4733        | 2,000.00  |
| 07-02 | 4670        | 124.71    | 07-15 | 4734        | 1,934.42  |
| 07-01 | 4671        | 124.71    | 07-15 | 4735        | 5,000.00  |
| 07-02 | 4672        | 124.71    | 07-26 | 4736        | 3,947.86  |
| 07-01 | 4674*       | 124.71    | 07-20 | 4737        | 1,923.00  |

ACC01709
S-3471-A

CF7782:200110300660:9999 scanned on S1    .MENTMANAGER by Operator Statement Manag.    . Oct 30, 2001 at 12:04:39 PM - Page 81 of 134.

COMMERCIAL CHECKING

ACCOUNT NUMBER
0382-7142

BANK ONE ARIZONA, N.A.          323 05-19      H

PAGE    5                    STATEMENT DATE 07-30-99

MID-AMERICA FOUNDATION

CHECKS/WITHDRAWALS - CONT'D

| DATE | DESCRIPTION | AMOUNT | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 07-19 | 4739* | 3,365.38 | 07-21 | 4752 | 3,695.64 |
| 07-19 | 4740 | 18,894.79 | 07-26 | 4753 | 1,122.50 |
| 07-19 | 4741 | 1,600.00 | 07-26 | 4754 | 545.00 |
| 07-22 | 4742 | 2,100.00 | 07-27 | 4755 | 1,923.00 |
| 07-26 | 4743 | 202.25 | 07-30 | 4756 | 3,365.38 |
| 07-19 | 4744 | 73.60 | 07-28 | 4757 | 1,500.00 |
| 07-19 | 4745 | 24.80 | 07-22 | 4760* | 127.89 |
| 07-23 | 4746 | 198.50 | 07-28 | 4761 | 3,400.00 |
| 07-22 | 4748* | 9,389.13 | 07-30 | 4764* | 500.00 |
| 07-21 | 4749 | 2,500.00 | 07-27 | 4769* | 10,435.37 |
| 07-28 | 4750 | 2,500.00 | 07-30 | 4783* | 1,700.00 |
| 07-21 | 4751 | 10,375.38 | | | |

349 ENCLOSURES

ACC01710
S-3471-A