# EXHIBIT B
# TO
# SEPARATE STATEMENT
# OF FACTS

Burton M. Bentley, Esq. (Bar No. 00980)
**BURTON M. BENTLEY, P.C.**
5343 North 16th Street, Suite 480
Phoenix, Arizona 85016
(602) 861-3055
(602) 861-3230 fax

Attorney for Defendant Carroll

# IN THE UNITED STATES DISTRICT COURT

## IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| LAWRENCE J. WARFIELD, RECEIVER, | CAUSE NO. CIV'03 2390 PHX JAT |
| Plaintiff, | |
| vs | **DECLARATION OF ROBERT CARROLL IN SUPPORT OF DEFENDANTS' OBJECTION TO THIS COURT'S PERSONAL JURISDICTION** |
| MICHAEL ALANIZ, et al. | |
| Defendants. | |

I, Robert Carroll, being first duly sworn, upon oath, depose and state as follows:

1      I am a Defendant in the above-entitled cause, and if asked to testify, I would testify to the facts hereinafter set forth, all of which are within my own personal knowledge.

2.      I have never resided in Arizona; had relatives residing in Arizona; attended school in Arizona; owned a bank account in Arizona; conducted business in Arizona; had an Arizona driver license or any other license issued by any governmental agency in Arizona; solicited customers for any product or purpose then residing in Arizona; or voted in Arizona.

3      I was hired by Mid-America Foundation as an independent contractor.

4      I have never been to Mid-America in Arizona. I attended Graceland College Mid-America workshop June 10-13, 1996 in Indiana.

- 1 -

5.    I never had any conversations with Robert Dillie or any other Mid-America representative about the day-to-day operations of Mid-America.

6    I am a licensed insurance salesman in the State of California.

7    The Mid-America charitable gift annuities ("CGA") sold by me were sold outside the State of Arizona to non-residents of Arizona, and the dates and amounts thereof, are as follows:

| Owner | CGA # | Date | Amount | Commissions |
|---|---|---|---|---|
| Martha Petersen | 20854 | 7/13/00 | $1,040,317.58 | $72,822.23 |
| Ken McMillan | 20481 | 10/30/97 | $150,000.00 | $10,704.33 |
| | | TOTAL | $1,190,317.58 | $83,526.56 |

8.    My Arizona vacations were prior to my first CGA sale listed above, between 1979-1982, with my three children and my wife.

9.    I have had no contacts with Arizona, other than as set forth above, and for this reason, I declare that the State of Arizona has no personal jurisdiction over my person in connection with this case.

///
///
///
///
///
///
///
///
///

-2-

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Dated this 16th day of December, 2005.

3

4  Robert Carroll

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Burton M. Bentley, Esq. (Bar No. 00980)
**BURTON M. BENTLEY, P.C.**
5343 North 16th Street, Suite 480
Phoenix, Arizona 85016
(602) 861-3055
(602) 861-3230 fax

Attorney for Charles Davis

## IN THE UNITED STATES DISTRICT COURT

## IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| LAWRENCE J. WARFIELD, RECEIVER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ALANIZ, et al.<br><br>Defendants. | CAUSE NO. CIV'03 2390 PHX JAT<br><br>**DECLARATION OF CHARLES DAVIS IN SUPPORT OF DEFENDANTS' OBJECTION TO THIS COURT'S PERSONAL JURISDICTION** |

I, Charles Davis, being first duly sworn, upon oath, depose and state as follows:

1.      I am a Defendant in the above-entitled cause, and if asked to testify, I would testify to the facts hereinafter set forth, all of which are within my own personal knowledge.

2.      I have never resided in Arizona; had relatives residing in Arizona; attended school in Arizona; owned a bank account in Arizona; conducted business in Arizona; had an Arizona driver license or any other license issued by any governmental agency in Arizona; owned real property in Arizona; solicited customers for any product or purpose then residing in Arizona; or voted in Arizona.

3.      I was hired by Mid-America Foundation as an independent contractor.

4       I met with Robert Dillie, Andy Anderson, Bob Albright, Dudley Calhoun, et al., in the Mid-America Foundation and/or Mid-America Group organization on 10/15/97, 11/13/98

- 1 -

and 3/20/99, when I was in Arizona for the specific purpose of attending a training session sponsored by Mid-America Foundation, Inc. and/or Mid-America Group.

5    I never had any conversations with Robert Dillie or any other Mid-America representative about the day to day operations of Mid-America.

6.   I am a licensed to sell insurance in the State of Massachusetts.

7    The Mid-America charitable gift annuities ("CGA") sold by me were sold outside of the State of Arizona to non-residents of Arizona, and the dates and amounts thereof, are as follows:

| Owner | CGA # | Date | Amount | Commission |
|---|---|---|---|---|
| Mary Lavigne | 20624 | 11/16/98 | $57,574 00 | $4,605.92 |
| Mary Lavigne | 20812 | 2/21/00 | $7,560 00 | $604 80 |
| Gerald & Beatrice White | 20664 | 2/11/99 | $173,466 62 | $13,877 33 |
| Gerald & Beatrice White | 20666 | 3/15/99 | $42,547 63 | $3,403 81 |
| Smith P. Theimann, Jr | 20735 | 9/8/99 | $301,792.08 | $6,035 84 |
| Smith P Theimann, Jr | 20745 | 9/17/99 | $278,009 19 | $5,560 18 |
| Smith P Theimann, Jr | 20746 | 10/12/99 | $387,962 50 | $9,699 06 |
| Smith P Theimann, Jr | 20749 | 10/12/99 | $212,378 79 | $5,309 47 |
| Smith P Theimann, Jr | 20764 | 11/18/99 | $224,889 52 | $5,622 23 |
| Smith P Theimann, Jr | 20773 | 1/5/00 | $640,077.09 | $12,801.56 |
| Smith P. Theimann, Jr. | 20807 | 1/24/00 | $14,960 84 | $374 02 |
| Smith P Theimann, Jr | 20778 | 1/24/00 | $122,019 13 | $3,045 95 |
| Smith P Theiman, Jr | 20804 | 2/7/00 | $29,023.89 | $580.48 |
| Fiore, Nicholas & Lena | 20843 | 6/21/00 | $987,113 90 | $98,711 39 |
| LaFond, Joan | 20845 | 6/14/00 | $282,542 70 | $28,254 27 |
| McNutt, Norman | | | | |

All Theimann CGA's were actually sold by Paul Richard. I only received override.

8.   I have never vacationed in Arizona.

9.   I have had no contacts with Arizona, other than as set forth above, and for this reason, I declare that the State of Arizona has no personal jurisdiction over my person in connection with this case.

///

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 21 day of December, 2005.

Charles Davis

Formatted: Justified

- 3 -

Burton M. Bentley, Esq. (Bar No 00980)
**BURTON M. BENTLEY, P.C.**
5343 North 16th Street, Suite 480
Phoenix, Arizona 85016
(602) 861-3055
(602) 861-3230 fax

Attorney for Defendant Derk

## IN THE UNITED STATES DISTRICT COURT

## IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| LAWRENCE J. WARFIELD, RECEIVER,<br><br>Plaintiff,<br><br>vs<br><br>MICHAEL ALANIZ, et al.<br><br>Defendants. | CAUSE NO. CIV'03 2390 PHX JAT<br><br>**DECLARATION OF RICHARD DERK IN SUPPORT OF DEFENDANTS' OBJECTION TO THIS COURT'S PERSONAL JURISDICTION** |

I, Richard Derk, being first duly sworn, upon oath, depose and state as follows:

1.    I am a Defendant in the above-entitled cause, and if asked to testify, I would testify to the facts hereinafter set forth, all of which are within my own personal knowledge

2.    I have never resided in Arizona; had relatives residing in Arizona; attended school in Arizona; owned a bank account in Arizona, conducted business in Arizona, had an Arizona driver license or any other license issued by any governmental agency in Arizona; owned real property in Arizona; solicited customers for any product or purpose then residing in Arizona; or voted in Arizona.

3    I was hired by Mid-America as an independent contractor.

- 1 -

4.     I met with Michelle Wagner, Thomas Bishop and Fernando Sam-sin in the Mid-America Foundation and/or Mid-America Group organization in January 2001, when I was in Arizona for the specific purpose of attending a training session sponsored by Mid-America Foundation, Inc. and/or Mid-America Group, and was at Mid-America University for two days, I believe.

5.     I never had any conversations with Robert Dillie or any other Mid-America representative about the day to day operations of Mid-America.

6     I am licensed to sell insurance in the State of ~~Illinois~~. *Florida*

7.     The Mid-America charitable gift annuities ("CGA") sold by me were sold outside of the State of Arizona to non-residents of Arizona, and the dates and amounts thereof, are as follows

*1214*

| Owner | CGA # | Date | Amount | Commission |
|-------|-------|------|--------|------------|
| Louis Taylor | 20883 | 12/21/00 | $518,500 00 | $36,555.61 |
| Mary Cole | 20892 | 12/21/00 | $118,500 00 | $8,295.00 |
| | | TOTAL | $637,000 00 | $44,850.61 |

*12/12*

8     My other visits to Arizona, if any, were brief vacations, other than as set forth in Paragraph 3 above.

9.     I have had no contacts with Arizona, other than as set forth above, and for this reason, I declare that the State of Arizona has no personal jurisdiction over my person in connection with this case.

///

///

///

///

1

I declare under penalty of perjury that the foregoing is true and correct

2

Dated this ___ day of December, 2005.

3

4

Richard Derk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Burton M. Bentley, Esq. (Bar No. 00980)
**BURTON M. BENTLEY, P.C.**
5343 North 16th Street, Suite 480
Phoenix, Arizona 85016
(602) 861-3055
(602) 861-3230 fax

Attorney for Defendant Frazier

## IN THE UNITED STATES DISTRICT COURT

## IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| LAWRENCE J. WARFIELD, RECEIVER, | **CAUSE NO. CIV'03 2390 PHX JAT** |
| Plaintiff, | |
| vs. | **DECLARATION OF ORVILLE DALE FRAZIER IN SUPPORT OF DEFENDANTS' OBJECTION TO THIS COURT'S PERSONAL JURISDICTION** |
| MICHAEL ALANIZ, et al. | |
| Defendants. | |

I, Orville Dale Frazier, being first duly sworn, upon oath, depose and state as follows:

1.      I am a Defendant in the above-entitled cause, and if asked to testify, I would testify to the facts hereinafter set forth, all of which are within my own personal knowledge.

2.      I have never resided in Arizona; had relatives residing in Arizona; attended school in Arizona; owned a bank account in Arizona; conducted business in Arizona; had an Arizona driver license or any other license issued by any governmental agency in Arizona; owned real property in Arizona; solicited customers for any product or purpose then residing in Arizona; or voted in Arizona.

3.      I was hired by Mid-America as an independent contractor.

4.      I attended one meeting in South Dakota presented by an agent of Mid-America. Due diligence was performed by me, and I consequently met with numerous employees,

- 1 -

attorneys and accountants of Mid-America and Board of Trustee Members.

5. I never had any conversations with Robert Dillie or any other Mid-America representative about the day-to-day operations of Mid-America.

6. I am licensed to sell insurance in the State of South Dakota.

7 The Mid-America charitable gift annuities ("CGA") sold by me were sold outside the State of Arizona to non-residents of Arizona, and the dates and amounts thereof, are as follows:

| Owner | CGA # | Date | Amount | Commission |
|---|---|---|---|---|
| Edna Lucklum | 20585 | 7/6/01 | $27,884.00 | $2,283 06 |
| Edna Lucklum | 20929 | 9/13/01 | $28,538.28 | $1,951.85 |
| Walter & Stella Mortenson | 20590 | 10/14/98 | $450,000 | $36,000.00 |
| | | TOTAL | $506,422 28 | $40,234.91 |

8. I have never vacationed in Arizona.

9. I have had no contacts with Arizona, other than as set forth above, and for this reason, I declare that the State of Arizona has no personal jurisdiction over my person in connection with this case.

///

///

///

///

///

///

///

///

///

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Dated this 23 day of December, 2005.

3

4                                    Orville Dale Frazier

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Burton M. Bentley, Esq. (Bar No  00980)
**BURTON M. BENTLEY, P.C.**
5343 North 16th Street, Suite 480
Phoenix, Arizona 85016
(602) 861-3055
(602) 861-3230 fax

Attorney for Defendant Kerher

## IN THE UNITED STATES DISTRICT COURT

## IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| LAWRENCE J  WARFIELD, RECEIVER, | **CAUSE NO. CIV'03 2390 PHX JAT** |
| Plaintiff, | |
| vs | **DECLARATION OF RONALD A. KERHER IN SUPPORT OF DEFENDANTS' OBJECTION TO THIS COURT'S PERSONAL JURISDICTION** |
| MICHAEL ALANIZ, et al. | |
| Defendants | |

I, Ronald A. Kerher, being first duly sworn, upon oath, depose and state as follows:

1      I am a Defendant in the above-entitled cause, and if asked to testify, I would testify to the facts hereinafter set forth, all of which are within my own personal knowledge

2.      I have never resided in Arizona, had relatives residing in Arizona, attended school in Arizona; owned a bank account in Arizona; driver license in Arizona, owned real property in Arizona; or voted in Arizona

3.      I was hired by Mid-America as an independent contractor

4      I have had approximately four South Dakota residents who vacation in Arizona that I spoke with in my business, and I continue to work with them or their Power of Attorney.

- 1 -

I have never conducted CGA business in Arizona.  I only serviced clients holding existing accounts.  There were no new solicitations to Arizona residents

5.      I hold Arizona <u>Non-Resident</u> Securities (NASD) appointment and Arizona <u>Non-Resident</u> Insurance license.

6.      I never had any conversations with Robert Dillie or any other Mid-America Representative about the day-to-day operations of Mid-America.

7.      Additionally, I am licensed to sell insurance in the States of South Dakota, Iowa, Minnesota, Oregon, Nebraska, California, Missouri and Alabama

8.      I have never attended any Mid-America meetings in Arizona   I attended one meeting in South Dakota presented by an agent of Mid-America.  Due diligence was performed by Defendant Orville Dale Frazier, who met with numerous employees, attorneys and accountants of Mid-America and Board of Trustee Members.

9      The Mid-America charitable gift annuities ("CGA") sold by me and the dates and amounts thereof, are as follows

| Owner | CGA # | Date | Amount | Commission |
|-------|-------|------|--------|------------|
| Irene Mehlhaff | 20697 | 4/26/99 | $16,000 00 | $1,280 00 |
| Verla Park | 20704 | 5/28/99 | $396,981 93 | $31,758 55 |
| | | TOTAL | $412,981 93 | $33,038 55 |

11      My other visits to Arizona, if any, were brief vacations, other than as set forth in Paragraph 3 above both prior to and after my first CGA sale listed above.

12.      I have had no contacts with Arizona, other than as set forth above, and for this reason, I declare that the State of Arizona has no personal jurisdiction over my person in connection with this case

///

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Dated this ___ day of December, 2005

3                                    *Ronald A Kerher*

4                                    Ronald A. Kerher

Burton M. Bentley, Esq. (Bar No. 00980)
**BURTON M. BENTLEY, P.C.**
5343 North 16th Street, Suite 480
Phoenix, Arizona 85016
(602) 861-3055
(602) 861-3230 fax

Attorney for Defendant Lankford

## IN THE UNITED STATES DISTRICT COURT

## IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| LAWRENCE J. WARFIELD, RECEIVER, | **CAUSE NO. CIV'03 2390 PHX JAT** |
| Plaintiff, | |
| vs | **DECLARATION OF DWIGHT LANKFORD IN SUPPORT OF DEFENDANTS' OBJECTION TO THIS COURT'S PERSONAL JURISDICTION** |
| MICHAEL ALANIZ, et al. | |
| Defendants. | |

I, Dwight Lankford, being first duly sworn, upon oath, depose and state as follows:

1.     I am a Defendant in the above-entitled cause, and if asked to testify, I would testify to the facts hereinafter set forth, all of which are within my own personal knowledge.

2     I have never resided in Arizona; had relatives residing in Arizona, attended school in Arizona; owned a bank account in Arizona; conducted business in Arizona; had an Arizona driver license, owned real property in Arizona, solicited customers for any product or purpose then residing in Arizona; or voted in Arizona   I have an Arizona Non-Resident Insurance License.

3.     I was hired by Mid-America as an independent contractor.

4.     I met with Robert Dillie, Mike Maksudian and Bo Diaz in the Mid-America Foundation and/or Mid-America Group organization in 1998, 1999 and 2000, when I was in

Arizona for the specific purpose of attending training sessions sponsored by Mid-America Foundation, Inc. and/or Mid-America Group.  I did training for Mid-America Living Trust on trust and legal document sales in 1998 and 1999.

     5.     I never had any conversations with Robert Dillie or any other Mid-America representative about the day-to-day operations of Mid-America.

     6     I am licensed to sell insurance in the State of Texas.

     7.     The Mid-America charitable gift annuities ("CGA") sold by me were sold outside the State of Arizona to non-residents of Arizona, and the dates and amounts thereof, are as follows:

| Owner | CGA # | Date | Amount | Commission |
|---|---|---|---|---|
| Joseph Altizer | 20772 | 12/31/00 | $47,867 42 | $3,829.39 |
| Velda Cox | 20587 | 10/7/98 | $314,397 51 | $12,575 90 |
| Velda Cox | 20614 | 10/7/98 | $314,397.51 | $12,575 90 |
| Ronald DeDoes | 20760 | 11/29/98 | $1,334,376 90 | $120,093 84 |
| Althea Drake | 20922 | 8/6/01 | $418,888 74 | $33,511 10 |
| Jeanne V Fuller | 20621 | 11/30/98 | $315,938 12 | $25,275 05 |
| Rayford Green | 20707 | 6/30/99 | $249,140.53 | $19,931 24 |
| Cecil Griffith | 20619 | 11/16/98 | $65,000 00 | $5,200 00 |
| Mark & Martha Kuehne | 20521 | 3/19/98 | $100,000 00 | $4,500 00 |
| Ru-Chiung Lee | 20713 | 7/19/99 | $296,013.73 | $23,681.10 |
| Leonard Menius | 20695 | 4/19/99 | $283,250 00 | $22,660 00 |
| Edgar A. Orr | 20513 | 3/3/98 | $382,517 00 | $30,601.36 |
| Cleo Bell (Wade) Polk | 20519 | 3/13/98 | $100,000 00 | $8,000 00 |
| Cleo Bell (Williams) Polk | 20520 | 3/13/98 | $100,000 00 | $8,000 00 |
| Nettie Shaw | 20658 | 11/25/99 | $100,000.00 | $8,000 00 |
| Joseph Sheridan | 20708 | 6/18/99 | $49,183 50 | $1,967 34 |
| Joseph Sheridan | 20709 | 6/18/99 | $49,183 50 | $1,967 34 |
| Joseph Sheridan | 20710 | 6/18/99 | $49,183.50 | $1,967 34 |
| Joseph Sheridan | 20711 | 6/18/99 | $49,183 50 | $1,967 34 |
| Charles Thiebeault III | 20531 | 5/28/98 | $31,902 11 | $2,552 16 |
| Ron Lou Thrash | 20682 | 6/25/99 | $111,983 31 | $8,958 66 |
| Joseph Tullis | 20601 | 10/15/98 | $25,000 00 | $2,000 00 |
| Winifred Vice | 20757 | 10/26/99 | $64,000 00 | $5,120.00 |
| Betty J (Mark) Wade | 20534 | 4/17/98 | $75,000.00 | $6,000 00 |
| Betty J (Cheryl) Wade | 20535 | 4/17/98 | $75,000.00 | $6,000 00 |
| Betty J Wade | 20536 | 6/8/98 | $75,000.00 | $6,000 00 |
| Charles Welch | 20706 | 6/14/99 | $102,500 00 | $8,200 00 |
| Charles Welch | 20717 | 6/25/99 | $380,932 10 | $30,474.57 |
| | | TOTAL | $5,559,838 98 | $421,609 63 |

8.      My other visits to Arizona, if any, concerned business with master general agents Unkefer & Associates, Inc. and Ward Bell and Associates, Inc. and brief vacations, other than as set forth in Paragraph 3 above, which occurred after my first CGA sale listed above.

9.      I have had no contacts with Arizona, other than as set forth above, and for this reason, I declare that the State of Arizona has no personal jurisdiction over my person in connection with this case.

///

///

///

///

///

- 3 -

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 22 day of December, 2005.

Dwight Lankford

1  Burton M. Bentley, Esq. (Bar No. 00980)
2  **BURTON M. BENTLEY, P.C.**
   5343 North 16th Street, Suite 480
3  Phoenix, Arizona 85016
   (602) 861-3055
4  (602) 861-3230 fax

5  Attorney for Defendant Richard

6                **IN THE UNITED STATES DISTRICT COURT**

7                    **IN THE DISTRICT OF ARIZONA**

8  LAWRENCE J. WARFIELD, RECEIVER,          **CAUSE NO. CIV'03 2390 PHX JAT**

9                                Plaintiff,

10                                           **DECLARATION OF PAUL E. RICHARD**
   vs.                                       **IN SUPPORT OF DEFENDANTS'**
11                                           **OBJECTION TO THIS COURT'S**
   MICHAEL ALANIZ, et al.                    **PERSONAL JURISDICTION**
12

13                                Defendants.

14

15        I, Paul E. Richard, being first duly sworn, upon oath, depose and state as follows:

16        1.      I am a Defendant in the above-entitled cause, and if asked to testify, I would

17  testify to the facts hereinafter set forth, all of which are within my own personal knowledge.

18        2.      I have never resided in Arizona; had relatives residing in Arizona; attended

19  school in Arizona; owned a bank account in Arizona; conducted business in Arizona; had an

20  Arizona driver license or any other license issued by any governmental agency in Arizona;

21  owned real property in Arizona; solicited customers for any product or purpose then residing in

22  Arizona; or voted in Arizona.

23        3.      I was hired by Mid-America *as an independent contractor.*

24

25

                                        - 1 -

4.      I attended a sales training session on living trusts and CGAs around December 5, 1997 at the office of C.J. Davis Agency, 27 Main Street, Wakefield, Massachusetts.   The trainers were Robert Dillie and Robert Allbright from Mid-America.

5.      I never had any conversations with Robert Dillie or any other Mid-America representative about the day-to-day operations of Mid-America.

6.      I am licensed to sell insurance in the State of Maine.

7.      The Mid-America charitable gift annuities ("CGA") sold by me were sold outside of the State of Arizona to a non-resident of Arizona, and the dates and amounts thereof, are as follows:

| Owner | CGA # | Contract Date | Amount | Commission |
|-------|-------|---------------|--------|------------|
| Smith Theimann | 20764 | 10/12/99 | $224,889.52 | $14,617.81 |
| Smith Theimann | 20745 | 8/30/99 | $278,009.19 | $16,680 55 |
| Smith Theimann | 20778 | 12/27/99 | $121,839.13 | $7,919 54 |
| Smith Theimann | 20746 | 9/27/99 | $387,962.50 | $25,217.56 |
| Smith Theimann | 20749 | 9/27/99 | $212,378.79 | $13,804 62 |
| Smith Theimann | 20807 | 1/10/00 | $14,960.84 | $972 45 |
| Smith Theimann | 20773 | 12/9/99 | $640,077.99 | $44,805.46 |
| Smith Theimann | 20735 | 8/23/99 | $301,792.08 | $18,107.52 |
| Smith Theimann | 20804 | 1/27/00 | $29,023 89 | $1,741.43 |
|  |  | TOTAL | $2,110,933 93 | $143,866 94 |

8.      I have never vacationed in Arizona.

9.      I have had no contacts with Arizona, other than as set forth above, and for this reason, I declare that the State of Arizona has no personal jurisdiction over my person in connection with this case.

///

///

///

///

- 2 -

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Dated this 20th day of December, 2005.

3

4                                                    Paul E. Richard

Burton M. Bentley, Esq  (Bar No. 00980)
**BURTON M. BENTLEY, P.C.**
5343 North 16ᵗʰ Street, Suite 480
Phoenix, Arizona 85016
(602) 861-3055
(602) 861-3230 fax

Attorney for Defendant Wehrly

## IN THE UNITED STATES DISTRICT COURT

## IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| LAWRENCE J. WARFIELD, RECEIVER, | **CAUSE NO. CIV'03 2390 PHX JAT** |
| Plaintiff, | |
| vs. | **DECLARATION OF PATRICK WEHRLY IN SUPPORT OF DEFENDANTS' OBJECTION TO THIS COURT'S PERSONAL JURISDICTION** |
| MICHAEL ALANIZ, et al. | |
| Defendants. | |

I, Patrick Wehrly, being first duly sworn, upon oath, depose and state as follows:

1.     I am a Defendant in the above-entitled cause, and if asked to testify, I would testify to the facts hereinafter set forth, all of which are within my own personal knowledge.

2     I met with Robert Dillie and Felicia Majewski in the Mid-America Foundation and/or Mid-America Group organization on a few occasions, when I was in Arizona for the specific purpose of attending three or four training sessions sponsored by Mid-America Foundation, Inc. and/or Mid-America Group

3.     I was hired by Mid-America as an independent contractor

4      The Mid-America charitable gift annuities ("CGA") sold by me and the dates and amounts thereof, are as follows:

| Owner | CGA # | Date | Amount | Commission |
|---|---|---|---|---|
| Dorothy F  Culloton | 20544 | 5/27/98 | $250,000 00 | $15,000 00 |
| Dorothy F  Culloton | 20545 | 5/27/98 | $500,000 00+ | $15,000 00 |
| Louise F  Sweeney |  | 8/3/98 | $216,229 10 |  |
| Esther Plasman | 20549 | 10/20/98 | $146,000 00+ | $12,459 88 |
|  |  | TOTAL | $216,229.10 |  |

5.      My wife and I lived in Arizona between the approximate dates of February 1995 and September 1998.  During that time I had bank accounts in Arizona and conducted an estate planning business in Arizona.  I also had an Arizona Driver's License during that time.  I did not solicit Mid-America Annuity business in Arizona during that time, however I did solicit other annuity business in Arizona during that time.  I attended insurance school in Arizona in 1996 or 1997.

6.      I am licensed to sell insurance in the State of Texas.  I have a non-resident insurance license in Oklahoma, Arkansas, Louisiana, Colorado, Arizona, Georgia, South Dakota and Alabama.

7.      I never had any conversations with Robert Dillie or any other Mid-America representative about the day to day operations of Mid-America.

8.      Since moving out of Arizona, I have had two brief visits to Arizona for vacations.

9.      I have no contacts with Arizona, other than those set forth above, and for this reason, I declare that the State of Arizona has no personal jurisdiction over my person in connection with this case.

- 2 -

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Dated this 28 day of December, 2005.

3

4                                              Patrick Wehrly

5