**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Lawrence J. Warfield, Receiver, ) | No. CV 03-2390-PHX-JAT |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| Michael Alaniz, *et al.*, ) |  |
| Defendants. ) |  |

The Court hereby refers the Motion to Quash Writs of Garnishment (Doc. #784) to Magistrate Judge Lawrence Anderson pursuant to Local Rule of Civil Procedure 72.2(16) and the Court's minute entry of September 13, 2007 (Doc. # 761).

DATED this 26th day of September, 2007.

James A. Teilborg
United States District Judge