**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence J. Warfield, as Receiver,<br><br>　　　　Judgment Creditor,<br><br>vs.<br><br>Michael Alaniz; Patrick Wehrly and Andrea Wehrley; et al.,<br><br>　　　　Judgment Debtors,<br><br>Equitrust Life Insurance Co.; et al.,<br><br>　　　　Garnishees. | No. CV-03-2390-PHX-JAT (LOA)<br><br>**ORDER QUASHING WRITS OF GARNISHMENT RELATED TO JUDGMENT DEBTORS PATRICK WEHRLY AND ANDREA WEHRLY ONLY** |

　　　　Pursuant to the Judgment-Creditor's Application to Quash the Writs of Garnishment, filed by the Judgment-Creditor, and there being no known objection thereto and good cause appearing,[1]

　　　　**IT IS ORDERED** quashing the Earnings and Non-Earnings Writs of

---

[1] Instead of filing a motion, the better practice would have been for Judgment-Creditor's counsel to provide a written stipulation or, at a minimum, set forth in his motion that none of the Garnishees who have appeared or served herein have any objection to the Motion similar to the requirement set forth in LRCiv 7.3(b).

Garnishment issued by the Clerk and directed to the following Garnishees only as Judgment Debtors Patrick Wehrly and Andrea Wehrly:

| **Garnishees** |
| --- |
| Allianz Life Insurance Co. of North America |
| American Equity Investment Life Insurance Co. |
| American Investors Life Insurance Company, Inc. |
| Americo Financial Life and Annuity Insurance Co. |
| Amerus Life Insurance Co. |
| Equitrust Life Insurance Co. |
| Lincoln Benefit Life Company |
| Metropolitan Life Insurance Co. |
| National Western Life Insurance Co. |
| North American Compnay For Life and Health  Insurance |
| OM Financial Life Insurance Co. |
| Pacific Life Insurance Co. |
| Sun Life Assurance Company of Canada (U.S.) |
| Investors Insurance Corporation |

**IT IS FURTHER ORDERED** that no answer fees have been requested by the Garnishees and therefore, no attorney fees' or taxable costs are awarded.

Dated this 28th day of September, 2007.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge