**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence J. Warfield, as Receiver,  )<br>  )<br>    Judgment Creditor,  )<br>  )<br>vs.  )<br>  )<br>Michael Alaniz; Charles Davis; et al.,  )<br>  )<br>    Judgment Debtors,  )<br>_____)<br>  )<br>OM Financial Life Insurance Co.,  )<br>  )<br>    Garnishee.  )<br>  ) | No. CV 03-2390-PHX-JAT<br><br>**ORDER** |

On October 9, 2007, Judgment-Creditor Lawrence Warfield applied for Judgment on Garnishment for non-earnings against Garnishee OM Financial Life Insurance Co. (Doc. #791). In its Verified Answer, Garnishee OM Financial Life Insurance Co. indicated that at the time the writ of garnishment was served, OM Financial owed the Judgment-Debtor Charles Davis the total sum of $7.13. Judgment-Debtor Charles Davis did not file an objection to the writ of garnishment or Application for Judgment on Garnishment. On October 16, 2007, the Magistrate Judge issued a Report and Recommendation ("R&R")(Doc. #806) recommending that the Court enter a Judgment on Garnishment against Garnishee OM Financial Life Insurance Co. in the total sum of $7.13.

1  Neither party has filed objections to the R&R.  Accordingly, the Court hereby accepts
2  the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not
3  required to conduct "any review at all . . . *of any issue* that is not the subject of an objection"
4  (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en*
5  *banc*) ("statute makes it clear that the district judge must review the magistrate judge's
6  findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis
7  in original));  *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #806) is **ACCEPTED**; and

**IT IS FURTHER ORDERED** GRANTING Warfield's Application for Judgment on Garnishment (Doc. #791) against Garnishee OM Financial Life Insurance Co. in the amount of $7.13.

**IT IS FURTHER ORDERED** that the amounts retained by Garnishee OM Financial pursuant to the writ of garnishment and this Order are to be immediately paid to Lawrence J. Warfield, as Receiver, c/o its attorney Michael Zdancewicz, P.L.L.C.

DATED this 6th day of December, 2007.

James A. Teilborg
United States District Judge