**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence J. Warfield, as Receiver, ) | No. CV 03-2390-PHX-JAT |
| ) | |
| Judgment Creditor, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Michael Alaniz; Charles Davis; et al., ) | |
| ) | |
| Judgment Debtors, ) | |
| ) | |
| ) | |
| ING USA Annuity Life and Insurance Co.,) | |
| ) | |
| Garnishee. ) | |
| ) | |

On October 15, 2007, Judgment-Creditor Lawrence Warfield applied for Judgment on Garnishment for non-earnings against Garnishee ING USA Annuity Life and Insurance Co. (Doc. #804). In its Verified Answer, Garnishee ING USA Annuity Life and Insurance Co. indicated that at the time the writ of garnishment was served, ING USA owed the Judgment-Debtor Robert Carroll the total sum of $9,929.11 (Doc. #762 at 1). Judgment-Debtor Robert Carroll did not file an objection to the writ of garnishment, the Answer of the Garnishee, or the Application for Judgment on Garnishment. On October 22, 2007, the Magistrate Judge issued a Report and Recommendation ("R&R")(Doc. #808) recommending that the Court enter a Judgment on Garnishment against Garnishee ING USA Annuity Life and Insurance Co. in the total sum of $9,929.11.

1   Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts
2   the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not
3   required to conduct "any review at all . . . *of any issue* that is not the subject of an objection"
4   (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en
5   banc*) ("statute makes it clear that the district judge must review the magistrate judge's
6   findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis
7   in original));  *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

   Accordingly,

   **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #808) is **ACCEPTED**; and

   **IT IS FURTHER ORDERED** GRANTING Warfield's Application for Judgment on Garnishment (Doc. #804) against Garnishee ING USA Annuity Life and Insurance Co. in the amount of $9,929.11.

   **IT IS FURTHER ORDERED** that the amounts retained by Garnishee ING USA Annuity Life and Insurance Co. pursuant to the writ of garnishment and this Order are to be immediately paid to Lawrence J. Warfield, as Receiver, c/o its attorney Michael Zdancewicz, P.L.L.C.

   DATED this 6th day of December, 2007.

   James A. Teilborg
   United States District Judge