**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence J. Warfield, as Receiver, ) | No. CV 03-2390-PHX-JAT |
| ) Judgment Creditor, ) | **ORDER** |
| ) vs. ) | |
| ) Michael Alaniz; Charles Davis; et al., ) | |
| ) Judgment Debtors, ) | |
| ──────────────────────────── ) | |
| American Investors Life Insurance Co., ) | |
| ) Garnishee. ) | |

    Judgment-Creditor Lawrence Warfield issued a writ of garnishment against Garnishee American Investors Life Insurance Co. (Doc. #639). In its Verified Answer, Garnishee American Investors Life Insurance Co. indicated that at the time the writ of garnishment was served, the "total amount of indebtedness of monies of the judgment debtor [Paul Richard] in possession of garnishee [American Investors]" was $19,099.40 (Doc. #803 at 1). The Answer also claimed that the property was the personal property of Paul Richard. Judgment-Debtor Paul Richard filed an Objection to Garnishment (Doc. #814) and a Motion for Hearing on Garnishment (Doc. #805). Mr. Richard alleges that the American Investors annuity, valued at $19,099.40, is exempt from garnishment under Arizona law. Judgment-Creditor Warfield never filed a response to the Objection. The Magistrate Judge scheduled

1 a hearing on the Objection for November 7, 2007, but vacated the hearing because Mr.
2 Warfield never filed a response. On November 7, 2007, the Magistrate Judge issued a Report
3 and Recommendation ("R&R")(Doc. #818) recommending that the Court sustain Mr.
4 Richard's Objection to Garnishment.

5     Neither party has filed objections to the R&R. The Court therefore hereby accepts the
6 R&R.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not
7 required to conduct "any review at all . . . *of any issue* that is not the subject of an objection"
8 (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en
9 banc*) ("statute makes it clear that the district judge must review the magistrate judge's
10 findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis
11 in original));  *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

12     Accordingly,

13     **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc.
14 #818) is **ACCEPTED**; and

15     **IT IS FURTHER ORDERED** SUSTAINING Judgment-Debtor Paul Richard's
16 Objection to Garnishment (Doc. #814).

17     DATED this 6th day of December, 2007.

*[signature]*

James A. Teilborg
United States District Judge

- 2 -