**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence J. Warfield, as Receiver, ) | No. CV 03-2390-PHX-JAT |
| Judgment Creditor, ) | |
| vs. ) | **ORDER** |
| Michael Alaniz; Charles Davis; et al., ) | |
| Judgment Debtors, ) | |
| Midland National Life Insurance Co., ) | |
| Garnishee. ) | |

On December 18, 2007, Judgment-Creditor Lawrence Warfield filed an Amended Application for Judgment on Garnishment for non-earnings against Garnishee Midland National Life Insurance Co. (Doc. #825). In its Answer, Midland National Life Insurance Co. indicated that the Judgment Debtor was an independent contract of Garnishee, and was not employed by Garnishee. But that Garnishee would pay $5,758.13 in the form of commission upon the issuance of an annuity contract. Garnishee indicated it was withholding $1,439.53 to apply toward the Judgment.

On January 25, 2008, the Magistrate Judge issued a Report and Recommendation ("R&R")(Doc. #828) recommending that the Court enter a Judgment on Garnishment against Garnishee Midland National Life Insurance Co. in the total sum of $1.439.53. No party has

objected to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original));  *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #828) is **ACCEPTED**; and

**IT IS FURTHER ORDERED** GRANTING Warfield's Amended Application for Judgment on Garnishment (Doc. #825) against Garnishee Midland National Life Insurance Co. in the amount of $1,439.53.

**IT IS FURTHER ORDERED** that the amounts retained by Garnishee Midland National Life Insurance Co. pursuant to the writ of garnishment and this Order are to be immediately paid to Lawrence J. Warfield, as Receiver, c/o its attorney Michael Zdancewicz, P.L.L.C.

DATED this 4th day of March, 2008.

James A. Teilborg
United States District Judge