**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lawrence J. Warfield, as Receiver, | ) | No. CV 03-2390-PHX-JAT |
|       Judgment Creditor, | ) ) | **ORDER** |
| vs. | ) ) | |
| Michael Alaniz; Charles Davis; et al., | ) ) | |
|       Judgment Debtors, | ) ) ) | |
| Penn Treaty Network America Insurance Co., | ) ) ) | |
|       Garnishee. | ) ) | |

On December 26, 2007, Judgment-Creditor Lawrence Warfield filed an Application for Judgment on Garnishment against Garnishee Penn Treaty Network America Insurance Co. (Doc. #827). In its Answer, Penn Treaty indicated that it was holding two commission checks totaling $341.28 for Judgment Creditor Robert Carroll. Mr. Carroll is an independent insurance agent, not an employee, of Penn Treaty.

On February 28, 2008, the Magistrate Judge issued a Report and Recommendation ("R&R")(Doc. #832) recommending that the Court deny Warfield's Application for Judgment on Garnishment against Garnishee Penn Treaty (Doc. #827). The Magistrate Judge found that the amounts owed to Mr. Carroll were "earnings" exempted from garnishment under Arizona's garnishment statutes.

1  No party has objected to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #832) is **ACCEPTED**; and

**IT IS FURTHER ORDERED** DENYING Warfield's Application for Judgment on Garnishment against Garnishee Penn Treaty Network America Insurance Co. (Doc. #827).

DATED this 13th day of March, 2008.

*[signature]*
James A. Teilborg
United States District Judge